UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SPARTAN GROUP HOLDINGS, LLC | § | CASE NO. 23-42384-11 |
| SPARTAN CONCRETE CONSTRUCTION, LLC | § | CASE NO. 23-42385-11 |
| SPARTAN ENGINEERING SERVICES, LLC | § | CASE NO. 23-42386-11 |
| SPARTAN EQUIPMENT LEASING, LLC | § | CASE NO. 23-42387-11 |
| SPARTAN FABRICATION SERVICES, LLC | § | CASE NO. 23-42388-11 |
| SPARTAN METALS DISTRIBUTION, LLC | § | CASE NO. 23-42389-11 |
| SPARTAN REINFORCING, LLC | § | CASE NO. 23-42390-11 |
| SPARTAN VALLEY CHILI ROAD, LLC | § | CASE NO. 23-42391-11 |
| | § | |
| Debtors. | § | CHAPTER 11 |
| | § | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for BMO Bank N.A., formerly known as BMO Harris Bank N.A. ("BMO"), a creditor herein, and pursuant to 11 U.S.C. §§ 342 and 1109(b) and FED. R. BANKR. P. 2002, 9007 and 9010 hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon *BMO* by and through:

Jason D. Curry
Quarles & Brady LLP
One Renaissance Square, Two North Central Avenue
Suite 600
Phoenix, AZ 85004-2322
(602) 229-5626 – Direct Dial
(602) 229-5690 – Direct Fax
Email: Jason.Curry@quarles.com

Catherine G. Allen
Quarles & Brady LLP
One Renaissance Square, Two North Central Avenue
Suite 600
Phoenix, AZ 85004-2322
(602) 229-5200 – Direct Dial
(602) 229-5690 – Direct Fax
Email: Catherine.Allen@quarles.com

Kenneth Stohner, Jr.
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
(214) 953-6000 – Direct Dial
(214) 953-6803 – Direct Fax
Email: kstohner@jw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, electronically or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Notices, Pleadings and Orders shall not be deemed or construed as *BMO's*: (a) waiver of the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court; (b) waiver of the right to trial by jury in any proceeding so eligible in this case or in any case, controversy, or proceeding related to this case; (c) waiver of the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (d) waiver of the right to contest jurisdiction or appropriate venue to this proceeding or any related proceeding; or (e) waiver of any other rights or claims, actions, defenses, setoffs or recoupments which *BMO* has or may hereafter obtain, in law or in equity, all of which

2

rights, claims, actions, defenses, setoffs and recoupments *BMO* expressly reserves. This Notice of Appearance and Request for Service of Notices, Pleadings and Orders is not, and shall not be construed to be, a consent by *BMO* pursuant to 28 U.S.C. § 157(c)(2).

Dated: December 14, 2023

                            **JACKSON WALKER LLP**
                            /s/ *Kenneth Stohner, Jr.*
                            Kenneth Stohner, Jr.
                            State Bar No. 19263700
                            **JACKSON WALKER LLP**
                            2323 Ross Ave., Suite 600
                            Dallas, TX  75201
                            Phone: (214) 953-6000
                            Fax:  (214) 661-6803
                            Email: kstohner@jw.com

                            **COUNSEL FOR BMO BANK N.A.**

## CERTIFICATE OF SERVICE

     I certify that on December 14, 2023, a true and correct copy of the foregoing was served via CM/ECF to all parties authorized to receive electronic notice in these cases.

                            /s/ *Kenneth Stohner, Jr.*
                            Kenneth Stohner, Jr.

38453930v.1