**SERVICE LIST**

BMO Harris Bank N.A.
50 S. 6th Street, Suite 1000
Minneapolis, MN 55402
614-857-2183
thomas.byrne@bmo.com

Suncoast Post-Tension
PO Box 951146
Dallas, TX 75395-1146
972-287-0307
credit@suncoast-pt.com

Deacero USA, Inc.
PO Box 843739
Dallas, TX 75248-3739
800-332-2376
gnettelg@deacero.com

Prime Batch Inc.
545 E. Church St.
Lewisville, TX 75057
972-212-9999
ar@primbatchinc.com

STS Steel
Technologies LLC
25219 Kuykendahl Rd.
Tomball, TX 77375
346-272-5031
paulinaf@steeltech-us.com

Diverse Capital LLC
323 Sunny Isles Blvd #505
North Miami Beach, FL 33160
631-520-0020
submit@diversecapitalllc.com

Riverside Capital
45 Rockefeller Center
630 Fifth Avenue, Suite 400
New York, NY 10111
212-265-6575
10111subs@riversidecapitalny.com
Subs@riversidecapitalny.com

Duferco Steel LLC
800 Gessner Rd.#1150
Houston, TX 77024
631-520-0020
diana.gatto@dith.com

Martin Marietta
4123 Parklake Ave.
Raleigh, NC 27612
919-783-4530
crystal.goad@martinmarietta.com

Wave Advance
200 South Andrews Ave.
Suite 504
Fort Lauderdale, FL 33301
jason@waveadvancegrp.com

Mountain States Escrow Inc.
Jesus Octavio Torres
2064 Southern Star Loop
Las Cruces, NM 88011
575-526-9741
luci@mountainstatesescrow.net

Vinton Steel LLC
PO Box 201727
Dallas, TX 75320
915-886-2000
arvinton@vintonstel.com

L & P Rebar Installers LLC
515 Roper St.
Houston, TX 77034
832-450-8170
eflores@landprebar.com

Colorado Department of Revenue
201 W. Colfax Ave.
Department 1009
Denver, CO 80202
720-913-9300

Balanced Management, LLC
3117 Stanford Ave
Dallas, TX 75225
646-854-2906
jcooper@c6capllc.com

BLW Place & Finish, LLC
PO Box 360698
Dallas, TX 75336
972-286-3200
ona@blwplaceandfinish.com

Rio Grande Co. Inc.
3990 Havana Street
Denver, CO 80239
303-218-6401
achacon@riograndeco.com

White Cap, LP
PO Box 4582
Orlando, FL 32802-4852
866-857-0295
kent.johnson@whitecap.com

Redstone
1330 Avenue of
Americas 23rd Floor
New York, NY 10019
954-890-2545
us@redstoneadvance.com

Dynasty Capital
700 Canal St. 1st Floor
Stamford, CT 06902
646-660-4511
admin@dynastycapitalllc.com

BMO Harris Bank NA
c/o Jason D. Curry
Quarles & Brady LLP
One Renaissance Square
Two N. Central Avenue Ste 600
Phoenix, AZ 85004-2322

Dallas County
c/o John K. Turner
Linebarger Goggan Blair & Sampson
2777 N. Stemmons Frwy Ste 100
Dallas, TX 75207

US Trustee  (EDTX)
Office of the U.S. Trustee
110 N. College Ave., Ste 300
Tyler, TX 75702-7226

Carrollton-Farmers Branch ISD
c/o Linda D. Reece
Perdue, Brandon, Fielder, Collins
1919 S. Shiloh Rd. Ste 640, LB 40
Garland, TX 75042

WillScot Mobile Mini Inc.
4646 E. Van Buren St Ste 400
Phoenix AZ 85008
4808811834
Recovery@willscot.com

Adrian J. Cano Holdings LLC
6021 Connection Dr Ste 200
Irving, TX 75039

Spartan Group Holdings, LLC
6021 Connection Dr Ste 200
Irving, TX 75039

4885-0049-0903v.2

| | | |
|---|---|---|
| Spartan Engineering Services LLC<br>6021 Connection Dr Ste 200<br>Irving, TX 75039 | Spartan Metals Distribution, LLC<br>6021 Connection Dr Ste 200<br>Irving, TX 75039 | Spartan Fabrication Services, LLC<br>6021 Connection Dr Ste 200<br>Irving, TX 75039 |
| Spartan Valley Chili Road, LLC<br>6021 Connection Dr Ste 200<br>Irving, TX 75039 | Spartan Reinforcing, LLC<br>6021 Connection Dr Ste 200<br>Irving, TX 75039 | Spartan Concrete Construction, LLC<br>6021 Connection Dr Ste 200<br>Irving, TX 75039 |
| Spartan Equipment Leasing, LLC<br>6021 Connection Dr Ste 200<br>Irving, TX 75039 | Jesco Construction Co. Inc.<br>Attn: James/Glenn Synnott<br>P O BOX 17066<br>Austin TX 78760<br>glenn@domainindustries.com | ProVenture Capital, LLC<br>2613 E. 16th St.<br>Brooklyn, NY 11235 |
| Legacy Capital 26, LLC<br>290 Harbor Dr.<br>Stamford, CT 06902 | C6 Capital Funding, LLC<br>8791 South Redwood Road<br>Suite 200<br>West Jordan, UT 84088 | Eminent Funding, LLC<br>369 Lexington Avenue<br>2nd and 3rd Floors<br>New York, NY 10017<br>robert@eminentfunding.com |