**Spartan Group - Cash Collateral**

18-Dec-23

| Week | 1 | 2 | 3 | 14-day |
|---|---|---|---|---|
| Date (Week Ending) | 12/15/2023 | 12/22/2023 | 12/27/2023 | Budget |
| Budget/Actual | *Actual* | *Budget* | *Budget* | |
| **Cash Flow** | | | | |
| **Receipts** | | | | |
| Customer Receipts (Existing A/R) | 50,733 | 8,650 | 3,129,551 | $ 3,188,934 |
| Customer Receipts (New Billings) | - | - | - | $ - |
| Customer Receipts (Retention & Change Order) | - | - | - | $ - |
| **Total Receipts** | 50,733 | 8,650 | 3,129,551 | $ 3,188,934 |
| **Disbursements** | | | | |
| **Inventory** | | | | |
| Direct Materials | - | - | 657,330 | $ 657,330 |
| Other Direct Materials | - | - | 27,664 | $ 27,664 |
| CGS | | | | |
| Concrete, Rebar & Related Materials | - | 269,230 | 471,050 | $ 740,280 |
| SCC - Thursday Pour | - | - | | $ - |
| SR Work (Samsung) | - | - | | $ - |
| Freight and material movement | - | 7,975 | 3,409 | $ 11,384 |
| Total Inventory | - | 277,205 | 1,159,453 | $ 1,436,658 |
| **Payroll & Related Expenses** | | | | |
| Fixed Payroll & Taxes | - | 33,183 | 163,355 | $ 196,538 |
| Prefiling Fixed Payroll & Taxes | | 283,985 | | |
| Direct Payroll & Taxes | - | 48,380 | 112,184 | $ 160,564 |
| Prefiling Direct Payroll & Taxes | | 254,718 | | |
| Subcontractors | - | - | 179,816 | $ 179,816 |
| Health Insurance | | 89,160 | 45,874 | $ 135,034 |
| | | | | $ - |
| Total Payroll & Related | - | 709,426 | 501,229 | $ 1,210,655 |
| **Operating Expenses** | | | | |
| Insurance | - | - | 203,926 | $ 203,926 |
| Sales Tax | - | - | | $ - |
| Rent Buildings | | | | $ - |
| Engineering Layout Services (Advance Geo) | | 6,560 | 3,500 | $ 10,060 |
| Rebar Bender Software Shop (aSa) | | 8,584 | | $ 8,584 |
| Utilities, Internet, Phone | | | 4,811 | $ 4,811 |
| Prefiling Utilities, Internet, Phone | | | 4,676 | $ 4,676 |
| Cloud Server Data,Admin Software and Outside IT support | | | 46,876 | $ 46,876 |
| Office Expenses (FEDEX, Dig Print, etc) | | - | 278 | $ 278 |
| Direct Travel Expense | | 4,784 | 2,342 | $ 7,126 |
| Bank Fees | - | - | | $ - |
| Repairs and Maintenance | | - | 978 | |
| Total Operating Expenses | - | 19,928 | 267,387 | $ 287,316 |
| **Restructuring Professional Fees** | | | | |
| DIP Fee | - | - | - | $ - |
| CRO Fees | | 160,000 | 65,000 | $ 225,000 |
| Investment Banker | - | - | 75,000 | $ 75,000 |
| Company Legal Fees (Restructuring) | | - | - | $ - |
| Company Legal Fees (Liens and Claims) | | - | 45,000 | $ 45,000 |
| International Legal Fees | | - | - | $ - |
| UCC Legal | - | - | - | $ - |
| UCC Financial Advisors | - | - | - | $ - |
| U.S. Trustee | - | - | - | $ - |
| Claims Agent | | 6,000 | - | $ 6,000 |
| Independent Board Member | - | - | - | $ - |
| Total Restructuring Professional Fees | - | 166,000 | 185,000 | $ 351,000 |
| **Cash** | | | | |
| Cash | 86,742 | - | - | $ 86,742 |
| Remaining availability | 86,742 | - | - | $ 86,742 |
| **Total Disbursements** | - | 1,172,559 | 2,113,070 | 3,285,629 |
| **Cash Flow** | 137,474 | (1,163,909) | 1,016,482 | $ (96,694) |
| **Cummulative Cash Flow** | 137,474 | (1,026,434) | (9,953) | $ (9,953) |

Exhibit "A"