Davor Rukavina, Esq.
Texas Bar No. 24030781
Julian P. Vasek, Esq.
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas  75201-6659
Telephone: (214) 855-7500
Email: drukavina@munsch.com
Email: jvasek@munsch.com

PROPOSED ATTORNEYS FOR
THE DEBTORS-IN-POSSESSION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: <br><br> Spartan Group Holdings, LLC, <br><br> Debtor. | § § § § § § § § | Chapter 11 <br><br> Case No. 23-42384 <br><br> Joint Administration Requested |
| In re: <br><br> Spartan Concrete Construction, LLC, <br><br> Debtor. | § § § § § § § § | Chapter 11 <br><br> Case No. 23-42385 <br><br> Joint Administration Requested |
| In re: <br><br> Spartan Engineering Services, LLC, <br><br> Debtor. | § § § § § § § § | Chapter 11 <br><br> Case No. 23-42386 <br><br> Joint Administration Requested |
| In re: <br><br> Spartan Equipment Leasing, LLC, <br><br> Debtor. | § § § § § § § § | Chapter 11 <br><br> Case No. 23-42387 <br><br> Joint Administration Requested |

| In re: | § § | Chapter 11 |
|---|---|---|
| Spartan Fabrication Services, LLC, | § § § | Case No. 23-42388 |
| Debtor. | § § § | Joint Administration Requested |
| In re: | § § | Chapter 11 |
| Spartan Metals Distribution, LLC, | § § § | Case No. 23-42389 |
| Debtor. | § § § | Joint Administration Requested |
| In re: | § § | Chapter 11 |
| Spartan Reinforcing, LLC, | § § § | Case No. 23-42390 |
| Debtor. | § § § | Joint Administration Requested |
| In re: | § § | Chapter 11 |
| Spartan Valley Chili Road, LLC, | § § § | Case No. 23-42391 |
| Debtor. | § § § | Joint Administration Requested |

## CERTIFICATE OF SERVICE REGARDING CERTAIN "FIRST DAY" MATTERS

The undersigned hereby certifies that he caused the following documents to be served on the dates, to the recipients, and an in the manner described below:

1. ***Notice of Designation as Complex Chapter 11 Case*** **(Case No. 23-42384, Dkt. No. 14)**

    a. On December 18, 2023, via first class U.S. mail, postage prepaid, on the recipients listed in **Exhibit A**.

    b. On December 18, 2023, via email on the recipients with email addresses listed in **Exhibit A**.

    c. On December 19, 2023, via email on the following recipients:

        i. ar@primebatchinc.com
        ii. arvinton@vintonsteel.com
        iii. yolanda.atzingen@dith.com

      iv. subs@riversidecapitalny.com
      v. uw@redstoneadvance.com

2. ***Debtors' Emergency Motion for Joint Administration* (Case No. 23-42384, Dkt. No. 15)[1]**

    a. On December 18, 2023, via first class U.S. mail, postage prepaid, on the recipients listed in **Exhibit A**.

    b. On December 18, 2023, via email on the recipients with email addresses listed in **Exhibit A**.

    c. On December 19, 2023, via email on the following recipients:

        i. ar@primebatchinc.com
        ii. arvinton@vintonsteel.com
        iii. yolanda.atzingen@dith.com
        iv. subs@riversidecapitalny.com
        v. uw@redstoneadvance.com

3. ***Debtors' Emergency Motion to Extend Deadline to File Schedules and Statement of Financial Affairs*, (Case No. 23-42384, Dkt. No. 16)**

    a. On December 18, 2023, via first class U.S. mail, postage prepaid, on the recipients listed in **Exhibit A**.

    b. On December 18, 2023, via email on the recipients with email addresses listed in **Exhibit A**.

    c. On December 19, 2023, via email on the following recipients:

        i. ar@primebatchinc.com
        ii. arvinton@vintonsteel.com
        iii. yolanda.atzingen@dith.com
        iv. subs@riversidecapitalny.com
        v. uw@redstoneadvance.com

4. ***Debtors' Emergency Motion for Authority to Pay Prepetition Wages* (Case No. 23-42384, Dkt. No. 17)**

    a. On December 18, 2023, via first class U.S. mail, postage prepaid, on the recipients listed in **Exhibit A**.

---

[1] This motion is also filed as Dkt. No. 11 in Case No. 23-42385, Dkt. No. 12 in Case No. 23-42386, Dkt. No. 11 in Case No. 23-42387, Dkt. No. 11 in Case No. 23-42388, Dkt. No. 11 in Case No. 23-42389, Dkt. No. 11 in Case No. 23-42390, and Dkt. No. 11 in Case No. 23-42391.  Only the copy filed in the lead case was served.

    b. On December 18, 2023, via email on the recipients with email addresses listed in **Exhibit A**.

    c. On December 19, 2023, via email on the following recipients:

        i. ar@primebatchinc.com
        ii. arvinton@vintonsteel.com
        iii. yolanda.atzingen@dith.com
        iv. subs@riversidecapitalny.com
        v. uw@redstoneadvance.com

5. ***Debtors' Emergency Motion for Entry of Order Facilitating Sections 362(a) and 542(a) of the Bankruptcy Code*** **(Case No. 23-42384, Dkt. No. 18)**

    a. On December 18, 2023, via first class U.S. mail, postage prepaid, on the recipients listed in **Exhibit A**.

    b. On December 18, 2023, via email on the recipients with email addresses listed in **Exhibit A**.

    c. On December 18, 2023, via overnight Federal Express on the recipients listed on **Exhibit B**.

    d. On December 18, 2023, via email on the recipients with email addresses listed on **Exhibit B**.

    e. On December 19, 2023, via email on the following recipients:

        i. ar@primebatchinc.com
        ii. arvinton@vintonsteel.com
        iii. yolanda.atzingen@dith.com
        iv. subs@riversidecapitalny.com
        v. uw@redstoneadvance.com

6. ***Debtors' Emergency Motion for Interim and Final Use of Cash Collateral*** **(Case No. 23-42384, Dkt. No. 20)**

    a. On December 19, 2023, via first class U.S. mail, postage prepaid, on the recipients listed in **Exhibit C**.

    b. On December 19, 2023, via email on the recipients with email addresses listed in **Exhibit C**.

    c. On December 19, 2023, via overnight Federal Express on the recipients listed in **Exhibit D**,[2] and on the following recipient:

        i. Corporation Service Company
           As Representative
           801 Adlai Stevenson Dr
           Springfield, IL, 62703

    d. On December 19, 2023, via email on the recipients with email addresses listed in **Exhibit D**.

7. *Debtors' Motion for Emergency Hearing on Certain "First Day" Matters* **(Case No. 23-42384, Dkt. No. 21)**

    a. On December 19, 2023, via first class U.S. mail, postage prepaid, on the recipients listed in **Exhibit C**.

    b. On December 19, 2023, via email on the recipients with email addresses listed in **Exhibit C**.

    c. On December 19, 2023, via overnight Federal Express on the recipients listed in **Exhibit D**,[3] and on the following recipient:

        i. Corporation Service Company
           As Representative
           801 Adlai Stevenson Dr
           Springfield, IL, 62703

    d. On December 19, 2023, via email on the recipients with email addresses listed in **Exhibit D**.

8. *Notice of Emergency Hearing on Certain "First Day" Matters* **(Case No. 23-42384, Dkt. No. 23)**

    a. On December 19, 2023, via first class U.S. mail, postage prepaid, on the recipients listed in **Exhibit C**.

    b. On December 19, 2023, via email on the recipients with email addresses listed in **Exhibit C**.

---

[2] With the exception of Corporation Service Company, As Representative, P.O. Box 2576, Springfield, IL 62708, which was sent by USPS Priority Express.

[3] With the exception of Corporation Service Company, As Representative, P.O. Box 2576, Springfield, IL 62708, which was sent by USPS Priority Express.

    c. On December 19, 2023, via overnight Federal Express on the recipients listed in **Exhibit D**,[4] and on the following recipient:

        i. Corporation Service Company
          As Representative
          801 Adlai Stevenson Dr
          Springfield, IL, 62703

    d. On December 19, 2023, via email on the recipients with email addresses listed in **Exhibit D**.

9. ***Order Granting Motion for Emergency Hearing*** **(Case No. 23-42384, Dkt. No. 23; Case No. 23-42385, Dkt. No. 13; Case No. 23-42386, Dkt. No. 14; Case No. 23-42387, Dkt. No. 14; Case No. 23-42388, Dkt. No. 13; Case No. 23-42389, Dkt. No. 13; Case No. 23-42390, Dkt. No. 13; Case No. 23-42391, Dkt. No. 13)**

    a. On December 19, 2023, via first class U.S. mail, postage prepaid, on the recipients listed in **Exhibit C**.

    b. On December 19, 2023, via email on the recipients with email addresses listed in **Exhibit C**.

    c. On December 19, 2023, via overnight Federal Express on the recipients listed in **Exhibit D**,[5] and on the following recipient:

        i. Corporation Service Company
          As Representative
          801 Adlai Stevenson Dr
          Springfield, IL, 62703

    d. On December 19, 2023, via email on the recipients with email addresses listed in **Exhibit D**.

RESPECTFULLY SUBMITTED this 20th day of December, 2023.

---

[4] With the exception of Corporation Service Company, As Representative, P.O. Box 2576, Springfield, IL 62708, which was sent by USPS Priority Express.

[5] With the exception of Corporation Service Company, As Representative, P.O. Box 2576, Springfield, IL 62708, which was sent by USPS Priority Express.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ *Julian P. Vasek*
    Davor Rukavina, Esq.
    Texas Bar No. 24030781
    Julian P. Vasek, Esq.
    Texas Bar No. 24070790
    500 N. Akard St., Ste. 4000
    Dallas, Texas 75201
    Telephone: (214) 855-7500
    Email: drukavina@munsch.com
    Email: jvasek@munsch.com

**PROPOSED ATTORNEYS FOR THE DEBTORS-IN-POSSESSION**

**SERVICE LIST**

| | | |
|---|---|---|
| BMO Harris Bank N.A.<br>50 S. 6th Street, Suite 1000<br>Minneapolis, MN 55402<br>614-857-2183<br>thomas.byrne@bmo.com | Suncoast Post-Tension<br>PO Box 951146<br>Dallas, TX 75395-1146<br>972-287-0307<br>credit@suncoast-pt.com | Deacero USA, Inc.<br>PO Box 843739<br>Dallas, TX 75248-3739<br>800-332-2376<br>gnettelg@deacero.com |
| Prime Batch Inc.<br>545 E. Church St.<br>Lewisville, TX 75057<br>972-212-9999<br>ar@primbatchinc.com | STS Steel<br>Technologies LLC<br>25219 Kuykendahl Rd.<br>Tomball, TX 77375<br>346-272-5031<br>paulinaf@steeltech-us.com | Diverse Capital LLC<br>323 Sunny Isles Blvd #505<br>North Miami Beach, FL 33160<br>631-520-0020<br>submit@diversecapitalllc.com |
| Riverside Capital<br>45 Rockefeller Center<br>630 Fifth Avenue, Suite 400<br>New York, NY 10111<br>212-265-6575<br>10111subs@riversidecapitalny.com<br>Subs@riversidecapitalny.com | Duferco Steel LLC<br>800 Gessner Rd.#1150<br>Houston, TX 77024<br>631-520-0020<br>diana.gatto@dith.com | Martin Marietta<br>4123 Parklake Ave.<br>Raleigh, NC 27612<br>919-783-4530<br>crystal.goad@martinmarietta.com |
| Wave Advance<br>200 South Andrews Ave.<br>Suite 504<br>Fort Lauderdale, FL 33301<br>jason@waveadvancegrp.com | Mountain States Escrow Inc.<br>Jesus Octavio Torres<br>2064 Southern Star Loop<br>Las Cruces, NM 88011<br>575-526-9741<br>luci@mountainstatesescrow.net | Vinton Steel LLC<br>PO Box 201727<br>Dallas, TX 75320<br>915-886-2000<br>arvinton@vintonstel.com |
| L & P Rebar Installers LLC<br>515 Roper St.<br>Houston, TX 77034<br>832-450-8170<br>eflores@landprebar.com | Colorado Department of Revenue<br>201 W. Colfax Ave.<br>Department 1009<br>Denver, CO 80202<br>720-913-9300 | Balanced Management, LLC<br>3117 Stanford Ave<br>Dallas, TX 75225<br>646-854-2906<br>jcooper@c6capllc.com |
| BLW Place & Finish, LLC<br>PO Box 360698<br>Dallas, TX 75336<br>972-286-3200<br>ona@blwplaceandfinish.com | Rio Grande Co. Inc.<br>3990 Havana Street<br>Denver, CO 80239<br>303-218-6401<br>achacon@riograndeco.com | White Cap, LP<br>PO Box 4582<br>Orlando, FL 32802-4852<br>866-857-0295<br>kent.johnson@whitecap.com |
| Redstone<br>1330 Avenue of<br>Americas 23rd Floor<br>New York, NY 10019<br>954-890-2545<br>us@redstoneadvance.com | Dynasty Capital<br>700 Canal St. 1st Floor<br>Stamford, CT 06902<br>646-660-4511<br>admin@dynastycapitalllc.com | BMO Harris Bank NA<br>c/o Jason D. Curry<br>Quarles & Brady LLP<br>One Renaissance Square<br>Two N. Central Avenue Ste 600<br>Phoenix, AZ 85004-2322 |
| Dallas County<br>c/o John K. Turner<br>Linebarger Goggan Blair & Sampson<br>2777 N. Stemmons Frwy Ste 100<br>Dallas, TX 75207 | US Trustee  (EDTX)<br>Office of the U.S. Trustee<br>110 N. College Ave., Ste 300<br>Tyler, TX 75702-7226 | Carrollton-Farmers Branch ISD<br>c/o Linda D. Reece<br>Perdue, Brandon, Fielder, Collins<br>1919 S. Shiloh Rd. Ste 640, LB 40<br>Garland, TX 75042 |
| WillScot Mobile Mini Inc.<br>4646 E. Van Buren St Ste 400<br>Phoenix AZ 85008<br>4808811834<br>Recovery@willscot.com | Adrian J. Cano Holdings LLC<br>6021 Connection Dr Ste 200<br>Irving, TX 75039 | Spartan Group Holdings, LLC<br>6021 Connection Dr Ste 200<br>Irving, TX 75039 |

4885-0049-0903v.2

Exhibit A

Spartan Engineering Services LLC
6021 Connection Dr Ste 200
Irving, TX 75039

Spartan Metals Distribution, LLC
6021 Connection Dr Ste 200
Irving, TX 75039

Spartan Fabrication Services, LLC
6021 Connection Dr Ste 200
Irving, TX 75039

Spartan Valley Chili Road, LLC
6021 Connection Dr Ste 200
Irving, TX 75039

Spartan Reinforcing, LLC
6021 Connection Dr Ste 200
Irving, TX 75039

Spartan Concrete Construction, LLC
6021 Connection Dr Ste 200
Irving, TX 75039

Spartan Equipment Leasing, LLC
6021 Connection Dr Ste 200
Irving, TX 75039

Jesco Construction Co. Inc.
Attn: James/Glenn Synnott
P O BOX 17066
Austin TX 78760
glenn@domainindustries.com

ProVenture Capital, LLC
2613 E. 16th St.
Brooklyn, NY 11235

Legacy Capital 26, LLC
290 Harbor Dr.
Stamford, CT 06902

C6 Capital Funding, LLC
8791 South Redwood Road
Suite 200
West Jordan, UT 84088

Eminent Funding, LLC
369 Lexington Avenue
2nd and 3rd Floors
New York, NY 10017
robert@eminentfunding.com

James and Glenn Synnott
PO Box 809
Cedar Creek, TX 78612

Jesus Octavio Torres
2064 Southern Star Loop
Las Cruces, NM 88011

Clyde Pine
PO Box 1977
El Paso, TX 79999

4885-0049-0903v.2

Exhibit A

| | | |
|---|---|---|
| Diverse Capital, LLC<br>323 Sunny Isles BLVD<br>Suite 503<br>Sunny Isles Beach, FL 33160 | ProVenture Capital, LLC<br>2613 E. 16th St.<br>Brooklyn, NY 11235 | Legacy Capital 26, LLC<br>290 Harbor Dr.<br>Stamford, CT 06902 |
| C6 Capital Funding, LLC<br>8791 South Redwood Road<br>Suite 200<br>West Jordan, UT 84088 | Redstone Advance, Inc.<br>1330Avenue of Americas<br>23d Floor<br>New York, NY 10019 | Riverside Capital NY<br><br>Subs@riversidecapitalny.com |
| Wave Advance Inc.<br>200 South Andrews Ave<br>Suite 504<br>Fort Lauderdale, FL 33301 | Balanced Management, LLC<br>1800 Second St.<br>Unit 603<br>Sarasota, FL 34236<br>jcooper@c6capllc.com | Eminent Funding, LLC<br>369 Lexington Avenue<br>2nd and 3rd Floors<br>New York, NY 10017<br>robert@eminentfunding.com |
| Dynasty Capital 26, LLC<br>700 Canal St 1st Floor,<br>Stamford, CT 06902 | | |

Exhibit B

**SERVICE LIST**

| | | |
|---|---|---|
| BMO Harris Bank N.A.<br>50 S. 6th Street, Suite 1000<br>Minneapolis, MN 55402<br>614-857-2183<br>thomas.byrne@bmo.com | Suncoast Post-Tension<br>PO Box 951146<br>Dallas, TX 75395-1146<br>972-287-0307<br>credit@suncoast-pt.com | Deacero USA, Inc.<br>PO Box 843739<br>Dallas, TX 75248-3739<br>800-332-2376<br>gnettelg@deacero.com |
| Prime Batch Inc.<br>545 E. Church St.<br>Lewisville, TX 75057<br>972-212-9999<br>ar@primebatchinc.com | STS Steel<br>Technologies LLC<br>25219 Kuykendahl Rd.<br>Tomball, TX 77375<br>346-272-5031<br>paulinaf@steeltech-us.com | Diverse Capital LLC<br>323 Sunny Isles Blvd #505<br>North Miami Beach, FL 33160<br>631-520-0020<br>submit@diversecapitalllc.com |
| Riverside Capital<br>45 Rockefeller Center<br>630 Fifth Avenue, Suite 400<br>New York, NY 10111<br>212-265-6575<br>subs@riversidecapitalny.com<br>Subs@riversidecapitalny.com | Duferco Steel LLC<br>800 Gessner Rd.#1150<br>Houston, TX 77024<br>631-520-0020<br>yolanda.atzingen@dith.com | Martin Marietta<br>4123 Parklake Ave.<br>Raleigh, NC 27612<br>919-783-4530<br>crystal.goad@martinmarietta.com |
| Wave Advance<br>200 South Andrews Ave.<br>Suite 504<br>Fort Lauderdale, FL 33301<br>jason@waveadvancegrp.com | Mountain States Escrow Inc.<br>Jesus Octavio Torres<br>2064 Southern Star Loop<br>Las Cruces, NM 88011<br>575-526-9741<br>luci@mountainstatesescrow.net | Vinton Steel LLC<br>PO Box 201727<br>Dallas, TX 75320<br>915-886-2000<br>arvinton@vintonsteel.com |
| L & P Rebar Installers LLC<br>515 Roper St.<br>Houston, TX 77034<br>832-450-8170<br>eflores@landprebar.com | Colorado Department of Revenue<br>201 W. Colfax Ave.<br>Department 1009<br>Denver, CO 80202<br>720-913-9300 | Balanced Management, LLC<br>3117 Stanford Ave<br>Dallas, TX 75225<br>646-854-2906<br>jcooper@c6capllc.com |
| BLW Place & Finish, LLC<br>PO Box 360698<br>Dallas, TX 75336<br>972-286-3200<br>ona@blwplaceandfinish.com | Rio Grande Co. Inc.<br>3990 Havana Street<br>Denver, CO 80239<br>303-218-6401<br>achacon@riograndeco.com | White Cap, LP<br>PO Box 4582<br>Orlando, FL 32802-4852<br>866-857-0295<br>kent.johnson@whitecap.com |
| Redstone<br>1330 Avenue of<br>Americas 23rd Floor<br>New York, NY 10019<br>954-890-2545<br>uw@redstoneadvance.com | Dynasty Capital<br>700 Canal St. 1st Floor<br>Stamford, CT 06902<br>646-660-4511<br>admin@dynastycapitalllc.com | BMO Harris Bank NA<br>c/o Jason D. Curry<br>Quarles & Brady LLP<br>One Renaissance Square<br>Two N. Central Avenue Ste 600<br>Phoenix, AZ 85004-2322 |
| Dallas County<br>c/o John K. Turner<br>Linebarger Goggan Blair & Sampson<br>2777 N. Stemmons Frwy Ste 100<br>Dallas, TX 75207 | US Trustee (EDTX)<br>Office of the U.S. Trustee<br>110 N. College Ave., Ste 300<br>Tyler, TX 75702-7226 | Carrollton-Farmers Branch ISD<br>c/o Linda D. Reece<br>Perdue, Brandon, Fielder, Collins<br>1919 S. Shiloh Rd. Ste 640, LB 40<br>Garland, TX 75042 |
| WillScot Mobile Mini Inc.<br>4646 E. Van Buren St Ste 400<br>Phoenix AZ 85008<br>4808811834<br>Recovery@willscot.com | Adrian J. Cano Holdings LLC<br>6021 Connection Dr Ste 200<br>Irving, TX 75039 | Spartan Group Holdings, LLC<br>6021 Connection Dr Ste 200<br>Irving, TX 75039 |

Exhibit C

Spartan Engineering Services LLC
6021 Connection Dr Ste 200
Irving, TX 75039

Spartan Metals Distribution, LLC
6021 Connection Dr Ste 200
Irving, TX 75039

Spartan Fabrication Services, LLC
6021 Connection Dr Ste 200
Irving, TX 75039

Spartan Valley Chili Road, LLC
6021 Connection Dr Ste 200
Irving, TX 75039

Spartan Reinforcing, LLC
6021 Connection Dr Ste 200
Irving, TX 75039

Spartan Concrete Construction, LLC
6021 Connection Dr Ste 200
Irving, TX 75039

Spartan Equipment Leasing, LLC
6021 Connection Dr Ste 200
Irving, TX 75039

Jesco Construction Co. Inc.
Attn: James/Glenn Synnott
P O BOX 17066
Austin TX 78760
glenn@domainindustries.com

ProVenture Capital, LLC
2613 E. 16th St.
Brooklyn, NY 11235

Legacy Capital 26, LLC
290 Harbor Dr.
Stamford, CT 06902

C6 Capital Funding, LLC
8791 South Redwood Road
Suite 200
West Jordan, UT 84088

Eminent Funding, LLC
369 Lexington Avenue
2nd and 3rd Floors
New York, NY 10017
robert@eminentfunding.com

James and Glenn Synnott
PO Box 809
Cedar Creek, TX 78612

Jesus Octavio Torres
2064 Southern Star Loop
Las Cruces, NM 88011

Clyde Pine
PO Box 1977
El Paso, TX 79999

Attn: Ally Bank Department
AIS Portfolio Services, LLC
Account: XXXXXXXX5802
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
Fax (817) 461-8070

T. Josh Judd
Andrews Myers, P.C.
1885 Saint James Place, 15th Floor
Houston, Texas 77056
832-786-4877– Facsimile
jjudd@andrewsmyers.com

Exhibit C

| | | |
|---|---|---|
| Diverse Capital, LLC<br>323 Sunny Isles BLVD<br>Suite 503<br>Sunny Isles Beach, FL 33160 | ProVenture Capital, LLC<br>2613 E. 16th St.<br>Brooklyn, NY 11235 | Legacy Capital 26, LLC<br>290 Harbor Dr.<br>Stamford, CT 06902 |
| C6 Capital Funding, LLC<br>8791 South Redwood Road<br>Suite 200<br>West Jordan, UT 84088 | Redstone Advance, Inc.<br>1330 Avenue of Americas<br>23d Floor<br>New York, NY 10019 | Riverside Capital NY<br><br>Subs@riversidecapitalny.com |
| Wave Advance Inc.<br>200 South Andrews Ave<br>Suite 504<br>Fort Lauderdale, FL 33301 | Balanced Management, LLC<br>1800 Second St.<br>Unit 603<br>Sarasota, FL 34236<br>jcooper@c6capllc.com | Eminent Funding, LLC<br>369 Lexington Avenue<br>2nd and 3rd Floors<br>New York, NY 10017<br>robert@eminentfunding.com |
| Dynasty Capital 26, LLC<br>700 Canal St 1st Floor,<br>Stamford, CT 06902 | CT Corporate System<br>As Representative<br>330 N. Brand Blvd., Suite 700<br>Attn: SPRS<br>Glendale, CA 91203 | First Corporate Solutions<br>As Representative<br>914 S. Street<br>Sacramento, CA 95811<br>SPRS@ficoso.com |
| Corporation Service Company<br>As Representative<br>P.O. Box 2576<br>Springfield, IL 62708<br>UCCSPREP@cscglobal.com | | |

Exhibit D