IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| SPARTAN GROUP HOLDINGS, LLC, *et al.*, | § § § | Case No. 23-42384 |
| Debtors.[1] | § § § | Joint Administration Requested |

## ORDER FACILITATING SECTIONS 362(A) AND 542(A) OF THE BANKRUPTCY CODE AND PROVIDING PROTECTIONS TO INTERESTED PARTIES

CAME ON FOR EMERGENCY HEARING the *Debtors' Emergency Motion for Entry of Order Facilitating Sections 362(a) and 542(a) of the Bankruptcy Code* (the "Motion"), filed by Spartan Group Holdings, LLC; Spartan Concrete Construction, LLC; Spartan Engineering Services, LLC; Spartan Equipment Leasing, LLC; Spartan Fabrication Services, LLC; Spartan Metals Distribution, LLC; Spartan Reinforcing, LLC; and Spartan Valley Chili Road, LLC (collectively, the "Debtors"), the debtors-in-possession in the above styled and numbered bankruptcy case (the "Bankruptcy Case").

Finding that service and notice of the Motion was sufficient and appropriate under the circumstances and that the relief requested therein is lawful, appropriate, and provides adequate protection to all interested parties, and that the Court has the jurisdiction and authority to enter this order, including under 11 U.S.C. §§ 105(a), 362(a), and 542(a) in order to carry out the provisions of the Bankruptcy Code, and that this Order does not change any substantive right, law, or obligation, but instead only provides for a mechanism with corresponding protections to facilitate the Bankruptcy Code, to ensure that property of the estate is turned over, and to protect all interests

---

[1] The debtors and the last four digits of the EINs are Spartan Group Holdings, LLC (5865), Spartan Concrete Construction, LLC (5378), Spartan Engineering Services, LLC (9172), Spartan Equipment Leasing, LLC (9972), Spartan Fabrication Services, LLC (1692), Spartan Metals Distribution, LLC (3800), Spartan Reinforcing, LLC (6811), and Spartan Valley Chili Road, LLC (1399).

of the Debtors, their creditors, and any third parties with respect to the subject matter hereon, it is hereby:

ORDERED that the Motion is GRANTED as provided for herein; it is further

ORDERED that, any account debtor or person (each an "Obligor") who owes any account receivable or other debt (each a "Receivable") to any of the Debtors, including on account of any construction contract or subcontract, shall comply with 11 U.S.C. 542(a) notwithstanding any purported instruction from any alleged creditor, factor, or buyer of the Debtors' receivables (each a "Competing Creditor") to pay the Receivable to them, by paying, as soon as possible,[2] the Receivable to the Debtors into their debtor-in-possession account, and, upon doing the same, such Obligor shall be: (i) deemed for all purposes to have complied with sections 362 and 542 of the Bankruptcy Code with respect to such Receivable; (ii) shall receive a dollar-for-dollar credit against its obligations to the Debtors as provided for in any otherwise applicable contract or agreement; and (iii) and shall have no liability to any Competing Creditor with respect to such Receivable or the transfer of funds to the Debtors, notwithstanding any contrary instruction to pay or transfer the Receivable to such Competing Creditor, provision of the Uniform Commercial Code, or provision of otherwise applicable law to the contrary; it is further

ORDERED that, to comply with the foregoing, the Obligor shall make any payment out only to the Debtors and not to any alleged vendor, subcontractor, or other person to whom the Debtors may owe funds, and each such alleged vendor, subcontractor, or other person may file such claim, including a secured claim, against the Debtors as may be appropriate and may seek such relief from this Court regarding the same as may be appropriate; it is further

---

[2] The payment shall be deemed to be made "as soon as possible" if made within five (5) days of the entry of this Order or a subsequent day that the Debtors agree, in writing, to be as "soon as possible" in their discretion.

ORDERED that any Obligor who does not comply with the above (including by delaying said compliance) shall remain liable to the Debtors and to each Competing Creditor to the extent such liability otherwise exists, including for failure to comply with the Bankruptcy Code, the Uniform Commercial Code, or otherwise, and that the Debtors may immediately sue the same and seek such injunctive relief, attorney's fees, and sanctions for failure to turnover and for violating the automatic stay as may otherwise be applicable and proper; it is further

ORDERED that, with respect to each Receivable that is actually paid by an Obligor to the Debtors pursuant to this Order, each Competing Creditor is ordered and commanded to not interfere with any payment by any Obligor of any Receivable to the Debtors, including by seeking any legal relief regarding the same from any other court, threatening any Obligor with any legal or other action or damages regarding the same, or taking or threatening any action against any person to recover, collect, or obtain such Receivable; provided, however, that nothing in this order limits a Competing Creditor's right to assert in this Court an interest in or claim to the Receivables or against the Debtors under the Bankruptcy Code or any applicable non-bankruptcy law; it is further

ORDERED that all claims, liens, interests and encumbrances (each, an "Interest") to any Receivable the subject of this Order, including any such Interest assertable by any Obligor or Competing Creditor, shall attach to the payment of the Receivable and all proceeds thereof with the same validity, extent, and priority as otherwise exists, and subject to all defenses, claims, and causes of action, regarding the same that the Debtors and their estates may hold; it is further

ORDERED that, to the extent that an Obligor asserts that any of proceeds of the Receivable would be "trust funds" when in the hands of the Debtors, the Obligor shall inform the Debtors of such assertion (including by identifying any alleged beneficiary of the trust funds (other than the

Debtors) and the amount of such alleged trust funds payable to such beneficiary), and, upon the payment of the Receivable to the Debtors (including any such alleged trust fund portion), the Debtors shall hold the portion of such payment asserted to be such trust funds and shall not use the same pending a separate order regarding any alleged use or payment of trust funds, *provided, however,* that if the Debtors agree with respect to any such assertion regarding trust funds, then the Debtors may pay the same to the vendor or subcontractor entitled to such trust funds from such payment from the Obligor without further order of the Court, and the Debtors shall keep an accounting of the same, otherwise, if the Debtors do not agree with the Obligor that the amount owing (or portion thereof) constitutes trust funds, the Debtors shall promptly seek appropriate relief from this Court regarding such alleged trust funds; it is further

ORDERED that nothing in this Order requires any Obligor to release or waive any Interest that it may have with respect to a Receivable or to forgo any remedy that it may have under applicable contract or law (except to the extent superseded by the Bankruptcy Code, and in all events subject to the automatic stay), or to pay over to the Debtors any portion of a Receivable that is disputed by the Obligor, and the payment of any such Receivable under this Order shall remain subject to all such Interests and disputes; it is further

ORDERED that, for the avoidance of doubt, to the extent that any Receivable or the proceeds or payment thereof is "cash collateral" as defined in section 363(a) of the Bankruptcy Code, nothing in this Order authorizes the Debtors to use the same, without prejudice to any request by the Debtors to use the same pursuant to separate motion as may be otherwise appropriate, and the Debtors' use of "cash collateral" will be governed by separate order; it is further

ORDERED that, for the avoidance of doubt, nothing in this order grants any person, including any Obligor, any relief from the automatic stay; it is further

ORDERED that, for the avoidance of doubt, and as provided for in section 552(a) of the Bankruptcy Code, no account receivable, change order, or other right to payment earned or generated by the Debtors after December 13, 2023, shall be subject to any prepetition security interest, lien, or purchase or factoring agreement, except as otherwise provided pursuant to separate order of the Court, and without prejudice to any holder thereof seeking relief under section 552(b) or any other section of the Bankruptcy Code, and including with respect to any replacement lien; it is further

ORDERED that this Order shall not apply in any way to Commerce Construction Company, L.P. or to any dispute between the Debtors and Commerce Construction Company, L.P.; it is further

ORDERED that this Order shall not apply in any way to Bob Moore Construction, Inc., or to any dispute between the Debtors and Bob Moore Construction, Inc.; it is further

ORDERED that this Court shall retain jurisdiction to the maximum extent possible to interpret and enforce this Order, and to enforce all aspects of the Bankruptcy Code, including sections 362(a) and 542(a).

Signed on 12/27/2023

*Brenda T. Rhoades*                    ST

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Eastern District of Texas

| | |
|---|---|
| In re: | Case No. 23-42384-btr |
| Spartan Group Holdings, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0540-4 | User: admin | Page 1 of 7 |
| Date Rcvd: Dec 27, 2023 | Form ID: pdf400 | Total Noticed: 215 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2023:

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Spartan Group Holdings, LLC, 6021 Connection Drive, Suite 200, Irving, TX 75039-2607 |
| aty | | Jason D. Curry, Quarles & Brady LLP, One Renaissance Square, Two North Central Ave., Suite 600 Phoenix, AZ 85004-2322 |
| cr | + | Balanced Management, LLC, 3117 Stanford Ave., Dallas, TX 75225-7702 |
| cr | + | Bob Moore Construction, Inc, 3611 William D Tate Ave, Grapevine, TX 76051-7103 |
| cr | + | Colorado Department of Revenue, 201 W. Colfax Ave., Department 1009, Denver, CO 80202-5332 |
| cr | + | Diverse Capital LLC, 323 Sunny Isles Blvd. #505, North Miami Beach, FL 33160-4675 |
| cr | + | Dynasty Capital, 700 Canal St., 1st Floor, Stamford, CT 06902-5921 |
| cr | + | Mountain States Escrow Inc., Jesus Octavio Torres, 2064 Southern Star Loop, Las Cruces, NM 88011-4078 |
| cr | + | Redstone, 1330 Avenue of Americas, 23rd Floor, New York, NY 10019-5443 |
| cr | + | Riverside Capital, 45 Rockefeller Center, 630 Fifth Avenue, Suite 400, New York, NY 10111-0501 |
| cr | + | STS Steel Technologies LLC, 25219 Kuykendahl Rd., Tomball, TX 77375-3438 |
| cr | + | Wave Advance, 200 South Andrews Ave., Suite 504, Fort Lauderdale, FL 33301-2066 |
| cr | + | White Cap, LP, PO Box 4582, Orlando, FL 32802-4582 |
| 8347771 | + | AB Rebar, 3347 Sylvan Ave, Dallas, TX 75212-2838 |
| 8347772 | + | ABC Concrete Sawing & Trucking, c/o Carla I Flores, 889 W. Laramie Ln., Dallas, TX 75217-8029 |
| 8347773 | + | ACH Capital UT, LLC, 8791 S Redwood Rd # 200, West Jordan, UT 84088-5724 |
| 8347775 | + | ACT Saw Cutting & Removal, P O BOX 168328, Irving, TX 75016-8328 |
| 8347790 | | APFS, LLC-Bridgepoint Consulting, 7076 Solutions Center, Chicago, TX 60677-7000 |
| 8347791 | ++ | APPLIED SYSTEMS ASSOCIATES INC, 5270 LOGAN FERRY ROAD, MURRYSVILLE PA 15668-9727 address filed with court:, Applied Systems Associates, Inc., 5270 Logas Ferry Road, Murrysville, PA 15668 |
| 8347774 | + | AcrobatAnt, LLC, 1717 S Boulder Ave #601, Tulsa, OK 74119-4814 |
| 8347776 | + | Advanced Geodetic Surveys, 23111 FM 1462 Rd, Damon, TX 77430-8397 |
| 8347777 | + | Aeon MX Group LLC, 1020 W Loop N, Suite 264, Houston, TX 77055-7256 |
| 8347778 | + | Agriland FS Inc., 421 N 10th Street, Winterset, IA 50273-1365 |
| 8347779 | | Airgas, P.O. Box 734671, Dallas, TX 75373-4671 |
| 8347780 | + | Airmix Welding Supply, 11420 Rojas, Suite 3, El Paso, TX 79936-6446 |
| 8347781 | + | Alfa Tech Consulting Engineers, Inc, 1321 Ridder Park Drive #50, San Jose, CA 95131-2306 |
| 8347782 | + | Alliance Benefit Group of Houston, Inc., 7908 N. Sam Houston Pkwy. W, Suite 500, Houston, TX 77064-3513 |
| 8347783 | + | Alliance Safety Incorporated, 3500 N Windsor Dr, Suite 400, Aurora, CO 80011-8120 |
| 8347785 | + | Amazing Light Inc, 1604 Daisy Lane, Flower Mound, TX 75028-5147 |
| 8347786 | | Amazon Capital Services, P.O. Box 035184, Seattle, WA 98124-5184 |
| 8347788 | + | Andrew Myers P.C., 1885 Saint James Place, 15th Floor, Houston, TX 77056-4175 |
| 8347789 | + | Antonio Marquez Castruita, 15131 Bois D Arc Ln, Manor, TX 78653-3446 |
| 8347792 | | Arrow Rebar DDS LLC, 641, State Bank Colony, 2nd Cross,, Capital Towers, 3rd Floor, Salem, Tamil Nadu, India 636 004 |
| 8347793 | | Atlas Energy Tower LLC, P.O. Box 650850, Dept 1044, Dallas, Texas 75265-0850 |
| 8347794 | + | Avanse Place and Finish Concrete, 1001 King Dr, Bedford, TX 76022-7106 |
| 8347800 | + | BER Management, LLC, P.O. Box 251, Franktown, CO 80116-0251 |
| 8347802 | + | BLW Place & Finish, LLC, PO Box 360698, Dallas, TX 75336-0698 |
| 8347803 | + | BMO Harris Bank N.A., 50 S 6th Street, Suite 1000, Minneapolis, MN 55402-1500 |
| 8347795 | + | Babcock Scott & Babcock, P.C., 370 East South Temple, 4th Floor, Salt Lake City, UT 84111-1255 |
| 8347796 | + | Barnsco Texas, 2609 Qillowbrook Road, Dallas, TX 75220-4422 |
| 8347797 | + | Barsplice Products, Inc, 4900 Webster Street, Dayton, OH 45414-4831 |
| 8347798 | + | Barton Supply, 14800 E. Moncrieff Place, Aurora, CO 80011-1211 |

| | | |
|---|---|---|
| 8347799 | + | Beemac, P.O. Box 6315, Hermitage, PA 16148-0924 |
| 8347934 | + | Blair Services, 1131 Normandy Dr, Grapevine, TX 76051-3385 |
| 8347801 | + | Blue Heron Technologies, LLC, 101 E Park Blvd., Suite 600, Plano, TX 75074-8818 |
| 8347804 | + | Brian L Miller, 2806 Twin Coves Dr, Highland Village, TX 75077-1841 |
| 8347805 | + | Bullseye Transportation, LLC, 130 West 7th Street, North Bend, NE 68649-4401 |
| 8347806 | + | Burlington Junction Railway, P.O. Box 37, Burlington, IA 52601-0037 |
| 8347807 | + | Burnco Texas LLC, 8505 Freeport Parkway, Suite 190, Irving, TX 75063-2532 |
| 8347808 | + | Buyers Safety LLC, P.O. Box 733732, Dallas, TX 75373-3732 |
| 8347812 | + | CD Fuels LLC, 9720 Boat Club, Fort Worth, TX 76179-6000 |
| 8347821 | | CRS Specialties, 72 Clark Street, Welland, ON L3B 5W6 |
| 8347809 | + | Cable Tech Sling & Supply, 5085 Oakland St, Denver, CO 80239-2723 |
| 8347811 | + | Camblin Steel Service Inc, 548 Gibson Dr., Suite 150, Roseville, CA 95678-5501 |
| 8347813 | + | Colgan Industries, P.O. Box 20297, Beaumont, TX 77720-0297 |
| 8347814 | + | Colony Hardware Corporation, 3025 N Great Southwest Pkwy, Grand Prairie, TX 75050-6483 |
| 8347817 | + | Concrete Reinforcing Products, c/o A.G. Royce Metal Marketing LLC, 1381 Sawgrass Corporate Pkwy, Fort Lauderdale, FL 33323-2889 |
| 8347818 | | Concrete Reinforcing Steel Institute, Department 20-1024, P.O. Box 5940, Carol Stream, IL 60197-5940 |
| 8347819 | | Conveyors & Materials Handling Inc, 460 Eagle Dr, El Paso, TX 79912-5683 |
| 8347820 | + | Creative Risk Solutions LLC, 2727 Grand Prairie Pkwy, Waukee, IA 50263-8844 |
| 8347822 | + | Cyclone Trucking Inc, 545 East Church St, Lewisville, TX 75057-4009 |
| 8347823 | + | D Pon Consulting LLC, 4232 Round Valley Lane, Roanoke, TX 76262-1979 |
| 8347826 | + | DBI-Design-Build International, LLC, 3616 Truman St, McKinney, TX 75071-2910 |
| 8347824 | + | Dallas Texas Logistics LLC, c/o Cornelio Silva, 1219 Omar St, Dallas, TX 75232-5817 |
| 8347825 | + | Daniel Steel Industries, Inc, 4640 N. Beltline Road, Sunnyvale, TX 75182-2201 |
| 8347827 | + | Deacero USA, Inc, P.O. Box 843739, Dallas, TX 75284-3739 |
| 8347828 | + | Diego G Ugarte, 11308 Liberty St, Manor, TX 78653-4991 |
| 8347830 | + | Duferco Steel LLC, 800 Gessner Rd #1150, Houston, TX 77024-4295 |
| 8347831 | + | ECO-PAN INC, 1390 Valentine Ave SE, Pacific, WA 98047-2105 |
| 8347838 | + | ERICO International Corporation, 31700 Solon Rd, Solon, OH 44139-3532 |
| 8350087 | + | Edwards Printing Service,Inc, 13643 Beta Rd, Dallas, TX 75244-4511 |
| 8347832 | + | Edwards Printing Services Inc, 13643 Beta Rd, Dallas, TX 75244-4511 |
| 8347833 | + | Egnyte, Inc, 1350 W Middlefield Rd, Mountain View, CA 94043-3061 |
| 8347834 | | El Paso Disposal, A Waste Connections Company, P.O. Box 679859, Dallas, TX 75267-9859 |
| 8347835 | | El Paso Electric Company, P.O. Box 650801, Dallas, TX 75265-0801 |
| 8347836 | + | Elko Wire Rope, 2344 N. 33rd Avenue, Phoenix, AZ 85009-1432 |
| 8347837 | + | Ellis Construction Specialties LLC, 12409 Holmboe Ave, Oklahoma City, OK 73114-8128 |
| 8347839 | + | Exponent HR, 4970 Landmark Place, Dallas, TX 75254-6905 |
| 8347843 | + | FW Digital Print Solutions Inc, 2410 Minnis Dr, Unit #120, Haltom City, TX 76117-4873 |
| 8347840 | | Fabco, LLC, P.O. Box 732681, Dallas, TX 75373-2681 |
| 8347841 | | FedEx, P.O. Box 660481, Dallas, TX 75266-0481 |
| 8347847 | ++ | GREATAMERICA FINANCIAL SERVICES CORPORATION, PO BOX 609, CEDAR RAPIDS IA 52406-0609 address filed with court:, GreatAmerica Financial Services Corporation, P.O. Box 660831, Dallas, TX 75266-0831 |
| 8347844 | + | Garis Truck Tires, 3006 Mountain Pass Blvd, Anthony, TX 79821-7256 |
| 8347845 | | Gavilon Global Ag Holdings, LLC, P.O. Box 74008695, Chicago, IL 60674-8695 |
| 8347848 | | Greenberg Traurig, PO Box 936769, Atlanta, GA 31193-6769 |
| 8347849 | | Guardian Life Insurance, P.O. Box 677458, Dallas, TX 75267-7458 |
| 8347850 | + | Gulf Stream Marine Inc, 10000 Manchester St., Ste C, Houston, TX 77012-2412 |
| 8347851 | + | Headed Reinforcement Corp (HRC), 11200 Condor Avenue, Fountain Valley, CA 92708-6106 |
| 8347854 | + | Hilti Inc., P.O. Box 650756, Dallas, TX 75265-0756 |
| 8347855 | + | Hope Concrete LLC, P.O. Box 489, Bonham, TX 75418-0489 |
| 8347856 | + | Ice Express, 2530 Knoblock St, Houston, TX 77023-5128 |
| 8347857 | + | InkDots LLC, 15803 Tuckerton Road, Houston, TX 77095-5235 |
| 8347858 | + | Insteel Wire Products Company, 1373 Boggs Drive, Mount Airy, NC 27030-2145 |
| 8347859 | + | InstiCo Freight Management, 3011 Gateway Dr, Unit #340, Irving, TX 75063-2669 |
| 8347860 | + | J & H Truck Service, Inc, 160 Southwestern Blvd, Coppell, TX 75019-4517 |
| 8347861 | + | Jesco Construction Co. Inc, c/o James/Glenn Synnott, P.O. Box 17066, Austin, TX 78760-7066 |
| 8352943 | + | Kevin Jackson, 4232 Round Valley Lane, Roanoke, TX 76262-1979 |
| 8347862 | + | Keysteel Corp., 18900 West Industrial Parkway, New Caney, TX 77357-3503 |
| 8347863 | + | L & P REBAR INSTALLERS LLC, 515 Roper St, Houston, TX 77034-1318 |
| 8347864 | | Legacy Purchasing Group LLC, 9800 Hillwood Parkway, Unit #140, Fort Worth, TX 76244 |
| 8347870 | | MESA-AZ, P.O. Box 1878, Mesa, AZ 85211-1878 |
| 8347873 | + | MMS USA Holdings/Sources, Inc., 375 Hudson Street, New York, NY 10014-3658 |
| 8347879 | + | MPO Solutions, LLC, 2905 Hillview Dr, Grapevine, TX 76051-6590 |
| 8347865 | + | Maria E Ibarra, 2100 W 100th Ave., Unit #384, Thorton, CO 80260-8071 |

District/off: 0540-4
Date Rcvd: Dec 27, 2023

User: admin
Form ID: pdf400

Page 3 of 7
Total Noticed: 215

| | | |
|---|---|---|
| 8347866 | + | Martin Marietta, 4123 Parklake Avenue, Raleigh, NC 27612-2309 |
| 8347867 | + | Marubeni-Itochu Steel America Inc, 111 W. Ocean Boulevard, Suite 1235, Long Beach, CA 90802-4645 |
| 8347868 | + | Maxecon DFW LLC, 12736 Steadman Farms Drive, Fort Worth, TX 76244-1786 |
| 8347869 | | Merino Concrete LLC, 7919 Alto Garden Dr, Dallas, TX 75217-4302 |
| 8347871 | + | Mid-South Lumber, P.O. Box 1185, Lithonia, GA 30058-1043 |
| 8347872 | + | Mitel Cloud Services Inc./MiCloud Services, 1146 N Alma School Rd, Mesa, AZ 85201-3000 |
| 8347875 | | Mobile Modular Portable Storage, P.O. Box 45043, San Francisco, CA 94145-5043 |
| 8347876 | + | Mobley Fire Protection Engineering, LLC, 6242 Llano Avenue, Dallas, TX 75214-3318 |
| 8347877 | + | Montelongo Logistic Solutions, 4400 Memorial Dr. Apt 1138, Houston, TX 77007-7381 |
| 8347878 | + | Mountain States Escrow Inc, c/o Jesus Octavio Torres, 2064 Southern Star Loop, Las Cruces, NM 88011-4078 |
| 8347880 | + | Newstar Drilling Inc., 545 East Church St, Lewisville, TX 75057-4009 |
| 8347941 | + | Nova Medical Centers, PO BOX 84006, Dallas, TX 75284-0001 |
| 8347882 | | Nucor Steel, 8812 HWY 79 West, Jewett, Texas 75846 |
| 8347883 | | Nucor Steel Sedalia, LLC, PO Box 645654, Cincinnati, OH 45264-5654 |
| 8347888 | + | OPA Creations Inc, 3243 Mary St, Coconut Grove, FL 33133-5200 |
| 8347889 | | OReilly Auto Parts, P.O. Box 9464, Springfield, MO 65801-9464 |
| 8347884 | + | Oakley Terminal Muskogee, 3400 Gribble St, North Little Rock, AR 72114-6406 |
| 8347885 | #+ | Occucare International, 321 W. San Augustine, Deer Park, TX 77536-4027 |
| 8347886 | | Occupational Health Centers, of the Southwest P. A., P.O. Box 9005, Addison, TX 75001-9005 |
| 8347887 | + | One Ring Network, 1799 Enterprise Street, Athens, TX 75751-8827 |
| 8347890 | + | Pathward/IBEX Financial, Crestmark Equipment Finance/Pathward, 5501 S. Broadband Lane, Sioux Falls, SD 57108-2253 |
| 8347891 | + | Performance Equipment, 10529 King William Dr, Dallas, TX 75220-2410 |
| 8347892 | + | Pinnacle Infotech Inc., 50 Sugar Creek Center Blvd, Unit #350, Sugar Land, TX 77478-3662 |
| 8347893 | + | Polar Ice, Inc, P.O. Box 2312, Brenham, TX 77834-2312 |
| 8347894 | + | Preferred CFO, 478 S. 100 E., Salem, UT 84653-9427 |
| 8347895 | + | Preferred Materials LLC, 1575 Heritage Dr #103, McKinney, TX 75069-3386 |
| 8347896 | + | Prime Batch Inc, 545 E Church St, Lewisville, TX 75057-4009 |
| 8347897 | + | Quality Emulsions LLC, 308 S Lebaron, Mesa, AZ 85210-1515 |
| 8347898 | + | Quest Imports LLC, 6807 Miller Shadow LN, Sugar Land, TX 77479-4626 |
| 8347899 | + | R&R Express Logistics, Inc, 100 Commerce Dr, Pittsburgh, PA 15275-1019 |
| 8347900 | + | Rays Threading & Fabrication, LLC, 2906 Holmes Rd, Houston, TX 77051-1026 |
| 8347901 | + | Regional Care, Inc, 905 W 27th St., Scottsbluff, NE 69361-1545 |
| 8347902 | + | Reinforcing Steel Supply, 13730 Avenue K, Austin, TX 78728-7603 |
| 8347903 | + | Rene B Saavedra, 8706 Joplin Dr, Canutillo, TX 79835-9644 |
| 8347904 | + | Republic Reprographics LLC, 4950 Keller Springs Rd #240, Addison, TX 75001-6281 |
| 8347905 | + | Rio Grande Co Inc., 3990 Havana Street, Denver, CO 80239-3236 |
| 8347906 | + | Ronald L. Newton, 2257 Shoreline Drive, Flower Mound, TX 75022-5436 |
| 8347907 | + | Ryder Integrated Logistics, Inc, 11690 NW 105 Street, Miami, FL 33178-1103 |
| 8347916 | + | SOS Communications LLC, 2534 B Shell Rd, Georgetown, TX 78628-5115 |
| 8347924 | + | STS Steel Technologies LLC, 25219 Kuykendahl Rd, The Woodlands, TX 77375-3438 |
| 8347908 | + | Sambatek LLC, 12800 Whitewater Dr #300, Minnetonka, MN 55343-9347 |
| 8347909 | + | Sarabias Portable Jons, 5853 Welch Ave, El Paso, TX 79905-1818 |
| 8347910 | | Senergy Petroleum, P.O. Box 208399, Dallas, TX 75320-8399 |
| 8347911 | + | Site2site Transport LLC, 880 Hempstead Dr, El Paso, TX 79912-1559 |
| 8347912 | + | SkyLVL, LLC, 6553 Longfellow Dr, Dallas, TX 75230-2847 |
| 8347913 | + | Smith & Howard Advisory LLC, 271 17th Street NW #1600, Atlanta, GA 30363-6217 |
| 8347914 | + | Smyrna Ready Mix Concrete, LLC, 1000 Hollingshead Circle, Murfreesboro, TN 37129-4036 |
| 8347915 | + | Soniks Consulting LLC, 101 E Park Blvd #410, Plano, TX 75074-5403 |
| 8347917 | + | Source It, LLC, 9597 Jones Road, Box 167, Houston TX 77065-4815 |
| 8347918 | + | Southern Carlson Inc, 10840 Harney St, Omaha, NE 68154-2638 |
| 8347919 | + | Southwest Construction Services, 11430 Newkirk St, Dallas, TX 75229-2028 |
| 8347920 | + | Stampede Concrete Pumping Inc., 1514 Union Hill Rd, Ennis, TX 75119-7452 |
| 8347921 | | Steel Dynamics Sales North America, Inc, 36260 Treasury Center, Chicago, IL 60694-6200 |
| 8347922 | + | Sterling Administration, P.O. Box 71107, Oakland, CA 94612-7207 |
| 8347923 | + | Structural Technologies, LLC, 15600 Trinity Blvd., Suite 118, Fort Worth, TX 76155-2792 |
| 8347925 | | Sun Coast Resources, Inc, P O Box 735606, Dallas, TX 75373-5606 |
| 8347927 | | Suncoast Post-Tension, PO Box 951146, Dallas, TX 75395-1146 |
| 8347928 | + | Sunstate Equipment Co. LLC, 5552 E Washington St., Phoenix, AZ 85034-2134 |
| 8347935 | + | THRIVE, 25 Forbes Blvd, Unit #3, Foxboro, MA 02035-2873 |
| 8347929 | + | Takoda Steel LLC, 11971 FM-529, Houston, TX 77041-3017 |
| 8347930 | + | Taylor Fire & Safety, 1611 Lime Rock Dr, Round Rock, TX 78681-6368 |
| 8347931 | + | Terra Enterprises LLC, 545 East Church St, Lewisville, TX 75057-4009 |
| 8347933 | | Texas First Rentals LLC, P O Box 650869, Dallas, TX 75265-0869 |

| | | |
|---|---|---|
| 8347936 | + | Timothy Blaine Keith, 6346 Lupton Dr, Dallas, TX 75225-2119 |
| 8347937 | | Titus Talent Strategies LLC, PO Box 88941, Milwaukee, WI 53288-0941 |
| 8347938 | + | Twin City Crane & Hoist, Inc., 2125 Washington St., Anthony, NM 88021-8821 |
| 8347939 | + | Twisted Wrenches Fleet Services LLC, P O BOX 99, Rosanky, TX 78953-0099 |
| 8347940 | + | U.S. CAD, 18831 Bardeen Ave., Unit #200, Irvine, CA 92612-6515 |
| 8347946 | ++ | UTILITY TRAILER SALES SOUTHEAST TEXAS INC, PO BOX 24399, HOUSTON TX 77229-4399 address filed with court:, Utility Trailer Sales Southeast Texas, Inc., 11411 Wallisville Rd, Houston, TX 77013 |
| 8347942 | | UniFirst Holdings, Inc, P.O. Box 650481, Dallas, TX 75265-0481 |
| 8347943 | + | Unitech Security Systems, 810 Texas Ave, El Paso, TX 79901-1504 |
| 8347944 | + | United Healthcare Services Inc., 9900 Bren Rd E, Attn: Corporate Tax MN008-T390, Minnetonka, MN 55343-4402 |
| 8347945 | | United Rentals (North America), Inc., P.O. Box 840514, Dallas, TX 75284-0514 |
| 8347947 | + | Vans Sanitation Inc, 1553 18th St. SW, Les Mars, IA 51031-3041 |
| 8347948 | + | Versatile Industries, PO Box 62608, Midland, TX 79711-2608 |
| 8347949 | + | Vineyard Advisors & CPAs, PLLC, 660 N. Carroll Ave., Suite 110, Southlake, TX 76092-6477 |
| 8347950 | + | Vinton Steel LLC, P.O. Box 201727, Dallas, TX 75320-1727 |
| 8347951 | + | VisionPoint Advisory Group, LLC, 17250 Dallas Parkway, Dallas, TX 75248-1136 |
| 8347952 | + | Vizual Architecture LLC, 400 N. Saint Paul St. Suite 1050, Dallas, TX 75201-6876 |
| 8347953 | + | VoidForms Products LLC, 750 W. Hampden Ave, Unit #510, Englewood, CO 80110-2198 |
| 8347954 | + | Warren K Jackson, 4232 Round Valley Lane, Roanoke, TX 76262-1979 |
| 8347955 | + | Waste Connections of Colorado, Inc., 5500 Franklin Street, Denver, CO 80216-1538 |
| 8347956 | + | Water King Water, 1003 Omar Street, Anthony, TX 79821-9328 |
| 8347957 | + | Weblinx, Inc, 165 Kirkland Circle, Oswego, IL 60543-8767 |
| 8347958 | | White Cap, LP, PO. Box 4852, Orlando, FL 32802-4852 |
| 8347959 | + | Whole Drilling Solutions LLC, 545 East Church St, Lewisville, TX 75057-4009 |
| 8347961 | + | Wright Communication Strategies LLC, 128 Bear Pen Rd, Ponte Vedra Beach, FL 32082-3694 |
| 8347962 | + | Wylaco Supply Co., 315 Vallejo Street, Denver, CO 80223-1013 |
| 8347963 | + | Xact Business Solutions, Inc, 2450 S.W. Grapevine Pkwy, Suite 200, Grapevine, TX 76051-7098 |
| 8347964 | + | Zimmerman I, LLC, c/o Cutler Commercial, 2150 E. Highland Avenue, Suite 207, Phoenix, AZ 85016-4721 |
| 8347965 | | Zurich North America, P.O. Box 4664, Carol Stream, IL 60197-4664 |
| 8347853 | + | hh2 Cloud Services LLC, 2 E Center Street, Suite 200, Kaysville, UT 84037-1980 |

TOTAL: 196

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Dec 27 2023 23:41:00 | Dallas County, Linebarger, Goggan, Blair & Sampson, LLP, c/o John K. Turner, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| cr | + | Email/Text: ahochheiser@mauricewutscher.com | Dec 27 2023 23:40:00 | Riverside Capital NY, c/o Maurice Wutscher LLP, 23611 Chagrin Blvd Suite 207, Beachwood, OH 44122-5540 |
| cr | | Email/Text: julie.parsons@mvbalaw.com | Dec 27 2023 23:40:00 | The County of Hays, Texas, McCreary, Veselka, Bragg & Allen, P.O. Box 1269, Round Rock, TX 78680-1269 |
| 8347784 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 27 2023 23:40:00 | ALLY Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 8347791 | | Email/Text: debbie.kandziolka@asaHQ.com | Dec 27 2023 23:41:00 | Applied Systems Associates, Inc., 5270 Logas Ferry Road, Murrysville, PA 15668 |
| 8347787 | | Email/PDF: bncnotices@becket-lee.com | Dec 27 2023 23:53:22 | American Express, P.O. Box 650448, Dallas, TX 75265-0448 |
| 8347810 | | Email/Text: USCBNotices@cdtfa.ca.gov | Dec 27 2023 23:41:00 | California Department of Tax and Fee Administratio, P.O. Box 942879, Sacramento, CA 94279-3535 |
| 8350643 | + | Email/Text: lreece@pbfcm.com | Dec 27 2023 23:40:00 | Carrollton-Farmers Branch ISD, c/o Perdue Brandon Fielder et al, 1919 S. Shiloh Road, Suite 640, LB 40, Garland, TX 75042-8234 |
| 8347815 | | Email/PDF: dor_tac_bankruptcy@state.co.us | Dec 27 2023 23:53:23 | Colorado Department of Revenue, Denver, CO 80261-0008 |

District/off: 0540-4 | User: admin | Page 5 of 7
Date Rcvd: Dec 27, 2023 | Form ID: pdf400 | Total Noticed: 215

| 8347816 | | Email/Text: documentfiling@lciinc.com | Dec 27 2023 23:40:00 | Comcast, P.O. Box 60533, City of Industry, CA 91716-0533 |
| 8350208 | + | Email/Text: dallas.bankruptcy@LGBS.com | Dec 27 2023 23:41:00 | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o John Kendrick Turner, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| 8347842 | + | Email/Text: staci.reed@forresttire.com | Dec 27 2023 23:41:00 | Forrest Tire Company Inc, P.O. Box 1778, Carlsbad, NM 88221-1778 |
| 8347846 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 27 2023 23:41:00 | GM Financial, P.O. Box 183003, Arlington, TX 76096-3003 |
| 8347852 | | Email/Text: Bankruptcy@hercrentals.com | Dec 27 2023 23:40:00 | Herc Rentals Inc, 27500 Riverview Ctr Blvd, Bonita Springs, FL 34134 |
| 8352151 | + | Email/Text: Austin.Bankruptcy@lgbs.com | Dec 27 2023 23:40:00 | Hays CISD, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 |
| 8347874 | | Email/Text: getpaid@mobilemini.com | Dec 27 2023 23:40:00 | Mobile Mini, P.O. Box 650882, Dallas, TX 75265-0882 |
| 8347881 | | Email/Text: nmungor@novo-advisors.com | Dec 27 2023 23:40:00 | Novo Advisors, 401 N. Franklin St., Ste. 4 East, Chicago, IL 60654 |
| 8347926 | ^ | MEBN | Dec 27 2023 23:36:31 | Sunbelt Rentals Inc, P O BOX 409211, Atlanta, GA 30384-9211 |
| 8347932 | | Email/Text: pacer@cpa.state.tx.us | Dec 27 2023 23:41:00 | Texas Comptroller of Public Accounts, P.O. Box 149348, Austin, TX 78714-9348 |
| 8347960 | | Email/Text: bankruptcies@willscot.com | Dec 27 2023 23:40:00 | Williams Scotsman, Inc, 901 South Bond St., Suite 600, Baltimore, MD 21231 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 8347829 | | DOT Rebar, United States |
| cr | *+ | BLW Place & Finish, LLC, PO Box 360698, Dallas, TX 75336-0698 |
| cr | *+ | BMO Harris Bank N.A., 50 S. 6th Street, Suite 1000, Minneapolis, MN 55402-1500 |
| cr | *+ | Carrollton-Farmers Branch ISD, c/o Perdue Brandon Fielder et al, 1919 S. Shiloh Road, Suite 640, LB 40, Garland, TX 75042-8234 |
| cr | *+ | Deacero USA, Inc., PO Box 843739, Dallas, TX 75284-3739 |
| cr | *+ | Duferco Steel LLC, 800 Gessner Rd. #1150, Houston, TX 77024-4295 |
| cr | *+ | L & P Rebar Installers LLC, 515 Roper St., Houston, TX 77034-1318 |
| cr | *+ | Martin Marietta, 4123 Parklake Ave., Raleigh, NC 27612-2309 |
| cr | *+ | Prime Batch Inc., 545 E. Church St., Lewisville, TX 75057-4009 |
| cr | *+ | Rio Grande Co. Inc., 3990 Havana Street, Denver, CO 80239-3236 |
| cr | * | Suncoast, Post-Tension, PO Box 951146, Dallas, TX 75395-1146 |
| cr | *+ | Vinton Steel LLC, PO Box 201727, Dallas, TX 75320-1727 |

TOTAL: 1 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 29, 2023           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Catherine M. G. Allen | on behalf of Creditor BMO Harris Bank N.A. Catherine.Allen@quarles.com  sybil.aytch@quarles.com |
| Davor Rukavina | on behalf of Debtor Spartan Equipment Leasing  LLC drukavina@munsch.com, pmoore@munsch.com |
| Davor Rukavina | on behalf of Debtor Spartan Engineering Services  LLC drukavina@munsch.com, pmoore@munsch.com |
| Davor Rukavina | on behalf of Debtor Spartan Group Holdings  LLC drukavina@munsch.com, pmoore@munsch.com |
| Davor Rukavina | on behalf of Debtor Spartan Fabrication Services  LLC drukavina@munsch.com, pmoore@munsch.com |
| Davor Rukavina | on behalf of Debtor Spartan Metals Distribution  LLC drukavina@munsch.com, pmoore@munsch.com |
| Davor Rukavina | on behalf of Debtor Spartan Reinforcing  LLC drukavina@munsch.com, pmoore@munsch.com |
| Davor Rukavina | on behalf of Debtor Spartan Concrete Construction  LLC drukavina@munsch.com, pmoore@munsch.com |
| Davor Rukavina | on behalf of Debtor Spartan Valley Chili Road  LLC drukavina@munsch.com, pmoore@munsch.com |
| Diane W. Sanders | on behalf of Creditor Hays CISD austin.bankruptcy@publicans.com |
| Eric A Liepins | on behalf of Creditor Bob Moore Construction  Inc eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com;eric_154@ecf.courtdrive.com |
| Erin Eileen Fry | on behalf of Interested Party Commerce Construction Co.  L.P. efry@griffithdavison.com |
| J. Mark Chevallier | on behalf of Interested Party Adrian J. Cano Holdings  LLC mchevallier@mcslaw.com |
| James W. Brewer | on behalf of Creditor Vinton Steel LLC jbrewer@kempsmith.com  terry.castillo@kempsmith.com |
| Jason L. Cagle | on behalf of Interested Party Commerce Construction Co.  L.P. jcagle@griffithdavison.com |
| John Kendrick Turner | on behalf of Creditor Dallas County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com |
| Julian Preston Vasek | on behalf of Debtor Spartan Valley Chili Road  LLC jvasek@munsch.com, hvalentine@munsch.com,CourtMail@munsch.com |
| Julian Preston Vasek | on behalf of Debtor Spartan Fabrication Services  LLC jvasek@munsch.com, hvalentine@munsch.com,CourtMail@munsch.com |
| Julian Preston Vasek | on behalf of Debtor Spartan Group Holdings  LLC jvasek@munsch.com, hvalentine@munsch.com,CourtMail@munsch.com |
| Julian Preston Vasek | on behalf of Debtor Spartan Metals Distribution  LLC jvasek@munsch.com, hvalentine@munsch.com,CourtMail@munsch.com |
| Julian Preston Vasek | on behalf of Debtor Spartan Engineering Services  LLC jvasek@munsch.com, hvalentine@munsch.com,CourtMail@munsch.com |
| Julian Preston Vasek | on behalf of Debtor Spartan Concrete Construction  LLC jvasek@munsch.com, hvalentine@munsch.com,CourtMail@munsch.com |

District/off: 0540-4
User: admin
Page 7 of 7
Date Rcvd: Dec 27, 2023
Form ID: pdf400
Total Noticed: 215

Julian Preston Vasek

on behalf of Debtor Spartan Reinforcing  LLC jvasek@munsch.com, hvalentine@munsch.com,CourtMail@munsch.com

Julian Preston Vasek

on behalf of Debtor Spartan Equipment Leasing  LLC jvasek@munsch.com, hvalentine@munsch.com,CourtMail@munsch.com

Julie Anne Parsons

on behalf of Creditor The County of Hays  Texas jparsons@mvbalaw.com,
kalexander@mvbalaw.com;theresa.king@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Keith Wier

on behalf of Creditor Riverside Capital NY kwier@mauricewutscher.com

Kenneth Stohner, Jr.

on behalf of Creditor BMO Harris Bank N.A. kstohner@jw.com  osalvatierra@jw.com

Linda Reece

on behalf of Creditor Carrollton-Farmers Branch ISD lreece@pbfcm.com

Scott Griffith

on behalf of Interested Party Commerce Construction Co.  L.P. sgriffith@griffithdavison.com

T. Josh Judd

on behalf of Interested Party Andrews Myers  P.C. jjudd@andrewsmyers.com, sray@andrewsmyers.com

US Trustee

USTPRegion06.TY.ECF@USDOJ.GOV

Zachery Z. Annable

on behalf of Creditor BLW Place & Finish  LLC zannable@haywardfirm.com, zannable@franklinhayward.com


TOTAL: 32