IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| SPARTAN GROUP HOLDINGS, LLC, *et al.*, | § § § | Case No. 23-42384 |
| Debtors.[1] | § § § | Jointly Administered |

### SECOND STIPULATION AND AGREED ORDER EXTENDING DEBTORS' AUTHORITY TO USE CASH COLLATERAL

Spartan Group Holdings, LLC; Spartan Concrete Construction, LLC; Spartan Engineering Services, LLC; Spartan Equipment Leasing, LLC; Spartan Fabrication Services, LLC; Spartan Metals Distribution, LLC; Spartan Reinforcing, LLC; and Spartan Valley Chili Road, LLC (the "Debtors"), along with BMO Bank N.A., f/k/a BMO Harris Bank N.A. (the "Senior Lender"), hereby stipulate and agree as follows:

**I.     STIPULATION**

1. On December 21, 2023, the Court entered its *Agreed Interim Order Authorizing Debtors' Limited Use of Cash Collateral, Granting Post-Petition Liens, and Granting Related Relief* (Dkt. No. 50, the "Interim Cash Collateral Order").

2. Capitalized terms used herein but not defined herein have the meanings assigned to them in the Interim Cash Collateral Order.

3. Under the Interim Cash Collateral Order, the Court authorized the Debtors to use Cash Collateral through December 27, 2023.

---

[1] The debtors and the last four digits of their EINs are Spartan Group Holdings, LLC (5865), Spartan Concrete Construction, LLC (5378), Spartan Engineering Services, LLC (9172), Spartan Equipment Leasing, LLC (9972), Spartan Fabrication Services, LLC (1692), Spartan Metals Distribution, LLC (3800), Spartan Reinforcing, LLC (6811), and Spartan Valley Chili Road, LLC (1399).

4. On December 28, 2023, the Court entered the *First Stipulation and Agreed Order Extending Debtors' Authority to use Cash Collateral* (Dkt. No. 61), which extended the Debtors' authority to use Cash Collateral under the Interim Cash Collateral Order to January 4, 2023.

5. The purpose of this stipulation is to extend such authority through January 19, 2024 (the "Expiration Date"), unless terminated sooner based on a Termination Event (other than a Termination Event under Section 6(i)(i) of the Interim Cash Collateral Order), reserving any and all other rights and, without limitation, without prejudice to (i) the Senior Lender's ability to terminate the Debtors' usage of Cash Collateral earlier; (ii) the Debtors' ability to seek further extensions of the Expiration Date; and (iii) all parties' rights to seek any other available relief.

6. Accordingly, the Debtors and the Senior Lender hereby agree that, except as otherwise provided herein or if terminated earlier based on a Termination Event (other than a Termination Event under Section 6(i)(i) of the Interim Cash Collateral Order), the Debtors are permitted to use Cash Collateral through the Expiration Date: (i) in accordance with the budget attached hereto as Exhibit A (the "Budget") and (ii) subject to all of the terms and conditions set forth in the Interim Cash Collateral Order, which are incorporated herein, including all protections afforded the Senior Lender for the periods covered by all prior budgets and the attached Budget.

## II.  ORDER

The Court, having reviewed the above stipulation, incorporating the definitions therein into this Order, finding that no additional notice thereof is required, and otherwise approving of the stipulation, it is hereby:

ORDERED that the stipulation set forth above is approved and shall govern the subject matter thereof according to its terms; it is further

ORDERED that the Debtors are permitted to use Cash Collateral through the Expiration Date (unless terminated earlier based on a Termination Event (other than a Termination Event

under Section 6(i)(i) of the Interim Cash Collateral Order), in accordance with the Budget and subject to all of the terms and conditions set forth in the Interim Cash Collateral Order and this Order, including all protections afforded the Senior Lender set forth therein, as though the Interim Cash Collateral Order originally applied through the Expiration Date; it is further

ORDERED that the Court will hold a final hearing on the *Debtors' Emergency Motion for Interim and Final Use of Cash Collateral* (Dkt. No. 20) on **January 17, 2024 at 1:30 p.m.** in the courtroom of the Honorable Brenda T. Rhoades, U.S. Bankruptcy Court, 660 N. Central Expressway, Suite 300B, Plano, TX 75074; and it is further

ORDERED that this order will be effective immediately notwithstanding the provisions of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

Signed on 01/04/2024

_____ SD
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

AGREED:

By: /s/ Julian P. Vasek

Davor Rukavina, Esq.
Texas Bar No. 24030781
Julian P. Vasek, Esq.
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard St., Ste. 4000
Dallas, Texas 75201
Telephone: (214) 855-7500
Email: drukavina@munsch.com
Email: jvasek@munsch.com

PROPOSED ATTORNEYS FOR
THE DEBTORS-IN-POSSESSION

By: /s/ Jason D. Curry

Jason D. Curry (admitted pro hac vice)
Jason.Curry@quarles.com
Catherine M. G. Allen (admitted pro hac vice)
Catherine.Allen@quarles.com
QUARLES & BRADY LLP
One Renaissance Square
2 N. Central Ave., Suite 600
Phoenix, AZ 85004
Tel. 602.229.5626
Fax 602.229.5690

-and-

Kenneth Stohner, Jr.
kstohner@jwlaw.com
JACKSON WALKER LLP
2323 Ross Ave., Suite 600
Dallas, TX 75201
Tel. 214.953.6000
Fax 214.953.6803

COUNSEL FOR BMO BANK N.A.
FKA BMO HARRIS BANK N.A.

**Spartan Group - Cash Collateral**

| Week | 3 | 4 |
|---|---|---|
| Date (Week Ending) | 1/12/2024 | 1/19/2024 |
| Budget/Actual | *Budget* | *Budget* |
| **Cash Flow** | | |
| **Receipts** | | |
| Customer Receipts (Existing A/R) | 1,754,560 | 2,027,493 |
| Customer Receipts (New Billings) | - | - |
| Customer Receipts (Retention & Change Order) | - | - |
| **Total Receipts** | 1,754,560 | 2,027,493 |
| **Disbursements** | | |
| **Inventory** | | |
| Project Vendors | 984,696 | 657,330 |
| Other Direct Materials | - | 447,940 |
| Freight and material movement | - | 3,409 |
| Total Inventory | 984,696 | 1,108,679 |
| **Payroll & Related Expenses** | | |
| Fixed Payroll & Taxes | 107,900 | 107,900 |
| Prefiling Fixed Payroll & Taxes | - | - |
| Direct Payroll & Taxes | 115,300 | 115,300 |
| Prefiling Direct Payroll & Taxes | - | - |
| Subcontractors | 46,870 | 50,140 |
| Health Insurance | - | - |
| Total Payroll & Related | 270,070 | 273,340 |
| **Operating Expenses** | | |
| Credit/Debit Cards | | |
| Insurance | - | 22,247 |
| Sales Tax | - | - |
| Building Rent | - | - |
| Office Expenses (FEDEX, Dig Print, etc) | 478 | 478 |
| CS:Engineering Layout Services (Advance Geo) | 3,500 | 3,500 |
| CS:Rebar Bender Software Shop (aSa) | - | - |
| CS:Payroll software and processor (Exponent HR) | - | - |
| CS:Internet and communication (AT&T) | - | - |
| Other Expenses | 1,000 | 1,000 |
| Direct Travel Expense | 2,342 | 1,866 |
| Utilities, Internet, Phone | - | - |
| Prefiling Utilities, Internet, Phone | - | - |
| Cloud Server Data,Admin Software and Outside IT support | 29,700 | - |
| Hiring Expense | - | - |
| Bank Fees | - | 3,000 |
| Repairs and Maintenance | 2,000 | 2,000 |
| Total Operating Expenses | 39,020 | 34,091 |
| **Restructuring Professional Fees** | | |
| DIP Fee | - | - |
| CRO Fees | 25,000 | 25,000 |
| Investment Banker | - | - |
| Company Legal Fees (Restructuring) | - | - |
| Company Legal Fees (Liens and Claims) | - | - |
| International Legal Fees | - | - |
| UCC Legal | - | - |
| UCC Financial Advisors | - | - |
| U.S. Trustee | - | - |
| Claims Agent | - | - |
| Adequate Protection Secured Lender | - | - |
| Adequate Protection Utilities | - | - |
| Post-Petition Rent | - | - |
| Independent Board Member | - | - |
| Total Restructuring Professional Fees | 25,000 | 25,000 |
| **Cash** | | |
| Cash | - | - |
| Remaining availability | - | - |
| **Total Disbursements** | 1,318,786 | 1,441,110 |
| **Cash Flow** | 435,774 | 586,383 |
| **Cummulative Cash Flow** | 575,305 | 1,161,688 |



Spartan Group Holdings
2d Cash Collateral
Stip. Ex.
**A**