**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| In re: | § § § | |
| | § | **Chapter 11** |
| **SPARTAN GROUP HOLDINGS, LLC,** | § § | |
| | § | **Case No. 23-42384** |
| Debtors. | § § | |

**SCHEDULES OF ASSETS AND LIABILITIES**
**AND STATEMENT OF FINANCIAL AFFAIRS**
**OF DEBTOR SPARTAN GROUP HOLDINGS, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SPARTAN GROUP HOLDINGS, LLC, *et al.*, | § | Case No. 23-42384 |
| | § | |
| | § | Jointly Administered |
| Debtors.[1] | § | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODS, AND
DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND
LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

**General**

The Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") filed by Spartan Group Holdings, LLC and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned, jointly-administered chapter 11 bankruptcy cases, pending in the United States Bankruptcy Court for the Eastern District of Texas (the "Bankruptcy Court") were prepared, pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure, by management of the Debtors, with the assistance of the Debtors' advisors, and are unaudited. Although the Debtors' management has made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information available at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors, inaccuracies, or omissions may have occurred. The Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment. Nothing contained in the Schedules and Statements shall constitute a waiver of any right of the Debtors or an admission with respect to their chapter 11 cases (including, but not limited to, issues involving claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers), and the Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

---

[1] The debtors and the last four digits of their EINs are Spartan Group Holdings, LLC (5865), Spartan Concrete Construction, LLC (5378), Spartan Engineering Services, LLC (9172), Spartan Equipment Leasing, LLC (9972), Spartan Fabrication Services, LLC (1692), Spartan Metals Distribution, LLC (3800), Spartan Reinforcing, LLC (6811), and Spartan Valley Chili Road, LLC (1399).

1

The Schedules and Statements have been signed by Adrian J. Cano, President and CEO of the Debtors and authorized agent at each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Cano necessarily relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals. Mr. Cano has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Debtors' Schedules and Statements* (the "Global Notes") are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.[2]

On December 13, 2023 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court. The chapter 11 cases are being jointly administered under Case No. 23-42384. The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

### General Disclosures Applicable to Schedules and Statements

1.      **"As Of" Information Date:**   The most recent closing of Debtors' financials is through 11/30/23. Generation of interim financial information is generally not feasible. Amounts shown as of the Petition Date are noted herein.

2.      **Basis for Presentation:**   The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

3.      **Accounting Software Transition:**   The Debtors transitioned financial reporting software from Quickbooks Online to Oracle NetSuite effective 1/1/2023. Many balances and accruals reflected in the current financials are carried forward from the previous system and only reflect total amounts and are missing specific account details.

4.      **Recharacterization:**   The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, interests, and other items reported in the Schedules and Statements. Nevertheless, due to the size and complexity of the Debtors' businesses, the Debtors may not have accurately

---

[2] These Global Notes supplement and are in addition to any specific notes contained in each Debtor's Schedules or Statements. The fact that the Debtors have prepared a Global Note with respect to any of individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements, as appropriate. Disclosure of information in one Schedule, one Statement, or an exhibit or attachment to a Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment.

characterized, classified, categorized, or designated certain items, or may have omitted certain items.

5.    **Classifications:**    The Debtors have used their best judgement in preparing the Statements and Schedules, but may have mislabeled or mischaracterized certain items. Listing (a) a claim on Schedule D as "secured," (b) a claim on Schedule E/F as "priority," (c) a claim on Schedule E/F as "unsecured," or (d) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such claims or contracts or to setoff of such claims.

6.    **Assets & Liabilities:**    The Debtors have sought to allocate assets and liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of assets and liabilities between prepetition and postpetition periods may change. The Debtors reserve the right to amend, supplement or otherwise modify the Schedules and Statements as they deem appropriate in this regard.

7.    **Excluded Assets & Liabilities:**    The Debtors have excluded certain categories of assets and liabilities from the Schedules and Statements and certain accrued expenses. In addition, certain immaterial or de minimis assets and liabilities may have been excluded.

8.    **Inventories:**    Inventories are stated at cost or and are not adjusted for depreciation of market value. The Debtors reserve all rights with respect to the valuation of any inventories.

9.    **Property & Equipment:**    Unless otherwise indicated, owned property (including real property) and equipment are stated at net book value. The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors. Any such leases are set forth in the Schedules and Statements.

10.    **Intercompany Receivables:**    Intercompany payables and receivables between the Debtors are excluded from the Schedules and Statements.

11.    **Estimates:**    To prepare and file the Schedules and Statements in accordance with the deadline established in these chapter 11 cases, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtors reserve all rights to amend, supplement or otherwise modify the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

12.    **Executory Contracts:**    Although the Debtors have made diligent attempts to properly identify the Debtor counterparty(ies) to each executory contract on Schedule G, it is possible that the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.

13.    **Leases:**    The Debtors have not included the future obligations of any capital or operating leases in the Schedules and Statements. To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on Schedule E/F of the Schedules.

14.     **Insiders:**  The Debtors have attempted to include all payments made on or within 12 months before the Petition Date to any individual or entity deemed an "insider." The payments listed are based on information within the Debtor's books and records and information provided by the individual insiders.

15.     **Totals:** All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be different than the listed total.

16.     **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements. The Debtors reserve all of their rights with respect to any claims or causes of action and neither these Global Notes nor the Schedules and Statements shall (i) be deemed a waiver of any such claims or causes of actions or (ii) in any way prejudice or impair the assertion of any such claims or causes of action.

17.     **Claim Designations**. Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtors reserve all of their rights to amend their Schedules and Statements as necessary and appropriate. Listing a claim does not constitute an admission of liability by the Debtors.

18.     **Unliquidated Claim Amounts**. Claim amounts that could not be readily quantified by the Debtors are scheduled as "unknown" or "unliquidated."

19.     **Court Orders**. Pursuant to certain orders of the Bankruptcy Court entered in the Debtors' chapter 11 cases (collectively, and as amended or modified, the "Prepetition Payment Orders"), the Debtors were authorized (but not directed) to pay, among other things, certain prepetition claims of employees, certain trade vendors, and taxing authorities. Regardless of whether such claims are listed in the Schedules and Statements, to the extent such claims are paid pursuant to an order of the Bankruptcy Court, the Debtors reserve all rights to amend or supplement their Schedules and Statements as is necessary or appropriate.

20.     **Mechanics' Liens**. The inventories, property, and equipment listed in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens.

21.     **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

<u>**Specific Notes Applicable to Schedules and Statements**</u>

<u>**Schedule A/B**</u>:

4

Real property is reported at book value, net of accumulated depreciation on buildings and improvements. Amounts ultimately realized may vary from net book value and such variance may be material. The Debtors may have listed certain assets as real property when such assets are in fact personal property, or the Debtors may have listed certain assets as personal property when such assets are in fact real property. The Debtors reserve all of their rights to recategorize or recharacterize such asset holdings to the extent the Debtors determine that such holdings were listed incorrectly.

Certain of the instruments reflected on Schedule A may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional lands, and other miscellaneous rights. Such rights, powers, duties, and obligations are not separately set forth on Schedule A.

Question 3: Amounts listed are as of the Petition Date for the corresponding Debtor and reflect the bank balance, not the net book value.

Question 8: Prepaid Insurance balance as of 10/31/23. Accruals through the Petition Date have not been entered into Debtor's system.

Question 10: Amounts listed are as of the Petition Date for the corresponding Debtor and reflect the bank balance, not the net book value. Additionally, these amounts exclude intercompany assets and liabilities

Question 74/75: On December 22, 2022, Spartan Reinforcing, LLC file a petition in intervention in the suit styled Balfour Beatty Infrastructure, Inc. v. CH2M Hill Engineers, inc d/b/a/ Houston Waterworks Team, et al., Cause No. 2022-40917, pending in the 55th Judicial District Court of Harris County, Texas.

**Schedule D**:

In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of another Debtor, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.

**Schedule E/F**:

Schedule E/F, Part 2:  Creditors Holding Non-Priority Unsecured Claims. Due to the function of the Debtors' cash management system, all unpaid Accounts Payable liabilities are held at the respective Debtor, but are paid by Spartan Group Holdings, LLC. As such, certain Claims set forth on the Schedules and Statements may more appropriately be an obligation of another legal entity.

Certain creditors may assert mechanics', materialman's, or other similar liens against the Debtors for amounts listed on Schedule E/F.

5

Schedule E/F does not include certain deferred credits, deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date; however, such amounts are reflected on the Debtors' books and records. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date.

Schedule E/F reflects the prepetition amounts showed in the Debtor's system as of 12/13/2023 owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in whole or in part in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease. In addition, Schedule E/F does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

**Fill in this information to identify the case:**

Debtor name _____ Spartan Group Holdings, LLC

United States Bankruptcy Court for the: _____ EASTERN DISTRICT OF TEXAS

Case number (if known) _____ 23-42384

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*    List of 20 Largest Unsecured Creditors
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ January 12, 2024

**X** */s/ Adrian J. Cano*
Signature of individual signing on behalf of debtor

Adrian J. Cano
Printed name

Chief Executive Officer
Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | Spartan Group Holdings, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TEXAS |
| Case number (if known): | 23-42384 |

■ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Diverse Capital LLC 323 Sunny Isles Blvd Ste 503 Sunny Isles Beach, FL 33160-4675 | | | Contingent Unliquidated Disputed | $1,202,142.00 | $0.00 | $1,202,142.00 |
| Riverside Capital 45 Rockefeller Center 630 Fifth Avenue, Suite 400 New York, NY 10111 | | | Contingent Unliquidated Disputed | $1,033,334.34 | $0.00 | $1,033,334.34 |
| Balanced Management, LLC 3117 Stanford Ave Dallas, TX 75225 | | | Contingent Unliquidated Disputed | $953,375.36 | $0.00 | $953,375.36 |
| Wave Advance 200 South Andrews Ave. Suite 504 Fort Lauderdale, FL 33301 | | | Contingent Unliquidated Disputed | $916,665.34 | $0.00 | $916,665.34 |
| C6 Capital Funding, LLC 8791 S Redwood Rd Ste 200 West Jordan, UT 84088 | | | Contingent Unliquidated Disputed | $381,350.15 | $0.00 | $381,350.15 |
| Redstone 1330 Avenue of Americas 23rd Floor New York, NY 10019 | | | Contingent Unliquidated Disputed | $350,100.00 | $0.00 | $350,100.00 |
| Dynasty Capital 700 Canal St Ste 1 Stamford, CT 06902-5921 | | | Contingent Unliquidated Disputed | $320,000.00 | $0.00 | $320,000.00 |
| American Express PO Box 650448 Dallas, TX 75265-0448 | | Financial | | | | $313,244.69 |

| Debtor | Spartan Group Holdings, LLC | Case number *(if known)* | 23-42384 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| APFS, LLC - Bridgepoint Consulting 7076 Solutions Center Chicago, IL 60677-7000 | | Consulting | Disputed | | | $242,063.98 |
| Adrian Cano 4408 Saddlewood Dr Flower Mound, TX 75028-3101 | | | | | | $229,000.00 |
| Legacy Capital-Panthers Capital Funding 290 Harbor Dr Stamford, CT 06902 | | | Contingent Unliquidated Disputed | $214,817.00 | $0.00 | $214,817.00 |
| United Healthcare Services, Inc. Attn: Corporate Tax MNO 9900 Bren Rd. E. Hopkins, MN 55343 | | Employee Expenses | | | | $198,503.97 |
| Eminent Funding 369 Lexington Avenue 2nd and 3rd Floors New York, NY 10017 | | | Contingent Unliquidated Disputed | $171,003.60 | $0.00 | $171,003.60 |
| ProVenture Capital 99 Wall St Ste 576 New York, NY 10005-4301 | | | Contingent Unliquidated Disputed | $160,000.00 | $0.00 | $160,000.00 |
| Holmes Murphy and Associates LLC Attn: Trust Account PO Box 8364 Des Moines, IA 50301 | | Insurance | | | | $159,082.00 |
| Legacy Purchasing Group LLC 9800 Hillwood Parkway Unit #140 Keller, TX 76244 | | Consulting | | | | $116,247.67 |
| Thrive 25 Forbes Blvd. Unit #3 Foxboro, MA 02035 | | Data Processing | Disputed | | | $94,515.77 |
| Preferred CFO 478 S. 100 E. Salem, UT 84653 | | Consulting | Disputed | | | $80,000.00 |

Debtor  Spartan Group Holdings, LLC
_____     Case number *(if known)*   23-42384
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| L & P Rebar Installers LLC 515 Roper St Houston, TX 77034-1318 | | Job Subcontractor | Disputed | | | $75,000.00 |
| Andrews Myers P.C. 1885 St. James Place 15th Floor Houston, TX 77056 | | Legal Services | | | | $71,651.87 |

**Fill in this information to identify the case:**

Debtor name     Spartan Group Holdings, LLC

United States Bankruptcy Court for the:     EASTERN DISTRICT OF TEXAS

Case number (if known)    23-42384

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................ $    1,472,395.27

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................................... $    946,021.12

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................................... $    2,418,416.39

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $    20,520,831.23

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $    215,925.78

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$    2,325,586.62

4.  **Total liabilities** ................................................................................................................
    Lines 2 + 3a + 3b          $    23,062,343.63

**Fill in this information to identify the case:**

Debtor name    Spartan Group Holdings, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF TEXAS

Case number (if known)    23-42384

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | BMO Harris Bank, N.A. | Checking | 6785 | $127,423.03 |
| 3.2. | Bank of America | Checking | 0161 | $86.62 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $127,509.65

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Deposits | $66,530.86 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor   Spartan Group Holdings, LLC                    Case number *(If known)*  23-42384
_____
Name

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | Lockton Companies - D&O | $63,479.62 |
| 8.2. | Holmes Murphy - auto | $4,556.33 |
| 8.3. | Holmes Murphy - WC | $10,330.33 |
| 8.4. | Holmes Murphy - general liability | $23,321.33 |
| 8.5. | Holmes Murphy - cyber insurance | $3,148.80 |
| 8.6. | Pathward - pollution professional insurace | $6,029.67 |
| 8.7. | Pathward - pollution professional insurance | $17,775.46 |
| 8.8. | Heartland Group - insurance letter of credit | $49,462.67 |
| 8.9. | Holmes Murphy - commercial umbrella | $41,050.00 |
| 8.10. | Zurich - 2023 renewal premium | $2,162.67 |
| 8.11. | Zurich - renewal premium | $12,938.04 |
| 8.12. | EGNYTE | $16,319.46 |
| 8.13. | Holmes Murphy-Broker Fee | $4,160.00 |
| 8.14. | HH2 Cloud Services LLC | $14,944.20 |

| Debtor | Spartan Group Holdings, LLC | Case number *(If known)* 23-42384 |
|---|---|---|
| | Name | |

8.15. EGNYTE ................................................ $26,878.36

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$363,087.80

**Part 3:**  **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

■ Yes Fill in the information below.

**11.  Accounts receivable**

| 11a. 90 days old or less: | 32.32 | - | 0.00 | = .... | $32.32 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.  Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$32.32

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.

■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1** | | |
| | Name of fund or stock: | | |
| **15.** | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| | Name of entity: | % of ownership | |
| 15.1. | Spartan Group Holdings, LLC | 100 % | Unknown |
| 15.2. | Spartan Concrete Construction, LLC | 100 % | Unknown |
| 15.3. | Spartan Equipment Leasing, LLC | 100 % | Unknown |
| 15.4. | Spartan Egineering Services, LLC | 100 % | Unknown |
| 15.5. | Spartan Fabrication Services, LLC | 100 % | Unknown |

Debtor    Spartan Group Holdings, LLC                                    Case number *(If known)*  23-42384
          Name

| | | | | | |
|---|---|---|---|---|---|
| 15.6. | Spartan Metals Distribution, LLC | 100 | % | | Unknown |
| 15.7. | Spartan Reinforcing, LLC | 100 | % | | Unknown |
| 15.8. | Spartan Valley Chili Road, LLC | 100 | % | | Unknown |
| 15.9. | Spartan Information & Technology, LLC | 100 | % | | Unknown |
| 15.10. | Spartan Employee Leasing, LLC | 100 | % | | Unknown |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
       Describe:

17.    **Total of Part 4.**                                                                              $0.00

       Add lines 14 through 16.  Copy the total to line 83.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Desks, Cabinet Equipment, Chairs | $1,362.30 | Liquidation | $1,362.30 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Computers | $34,688.71 | Liquidation | $34,688.71 |

Debtor  Spartan Group Holdings, LLC
_____
Name

Case number *(If known)*  23-42384

---

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$36,051.01

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 10 Acres on American Legion Rd., Smithville, TX Thomas Decrow Survey, Abstract No. 27, Bastrop County, Texas 78957 | | $1,472,395.27 | | $1,472,395.27 |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$1,472,395.27

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | Spartan Group Holdings, LLC | Case number *(If known)* 23-42384 |
|--------|---------------------------------|-------------------------------------|
|        | Name                            |                                     |

| Part 10: | Intangibles and intellectual property |
|----------|----------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|----------------------------------|-------------------------------|----------------------------|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** https://www.spartansr7.com/ | Unknown | | Unknown |
| 62. **Licenses, franchises, and royalties** NetSuite Software | $419,340.34 | | $419,340.34 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

| 66. **Total of Part 10.** | $419,340.34 |
|---------------------------|-------------|

Add lines 60 through 65. Copy the total to line 89.

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|----------|-------------------|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes Fill in the information below.

| | Current value of debtor's interest |
|--|----------------------------|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| Captive: Hartland Group LTD | $0.00 |

| Debtor | Spartan Group Holdings, LLC | Case number *(If known)* 23-42384 |
|---|---|---|
| | Name | |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.

   | | |
   |---|---|
   | | $0.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

Debtor    Spartan Group Holdings, LLC                                   Case number *(If known)*  23-42384
            Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $127,509.65 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $363,087.80 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $32.32 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $36,051.01 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $1,472,395.27 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $419,340.34 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $946,021.12 | + 91b. $1,472,395.27 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,418,416.39 |

**Fill in this information to identify the case:**

Debtor name ____Spartan Group Holdings, LLC_____

United States Bankruptcy Court for the:  EASTERN DISTRICT OF TEXAS

Case number (if known)  23-42384_____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:** **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Balanced Management, LLC** | | |
|---|---|---|---|

| | | **Column A** | **Column B** |
|---|---|---|---|
| Creditor's Name | Describe debtor's property that is subject to a lien | $953,375.36 | $0.00 |
| 3117 Stanford Ave<br>Dallas, TX 75225 | | | |
| Creditor's mailing address | Describe the lien | | |
| | Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| **Date debt was incurred** | | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | | |

| 2.2 | **BMO Harris Bank N.A.** | | |
|---|---|---|---|

| | | **Column A** | **Column B** |
|---|---|---|---|
| Creditor's Name | Describe debtor's property that is subject to a lien | $13,348,293.24 | Unknown |
| 50 S 6th St Ste 1000<br>Minneapolis, MN 55402-1500 | | | |
| Creditor's mailing address | Describe the lien | | |
| | Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| **Date debt was incurred** | | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

| Debtor | Spartan Group Holdings, LLC | | Case number (if known) | 23-42384 |
|---|---|---|---|---|
| | Name | | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
■ Unliquidated
■ Disputed

---

**2.3** C6 Capital Funding, LLC
Creditor's Name

8791 S Redwood Rd Ste 200
West Jordan, UT 84088
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**      $381,350.15      $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

**2.4** Diverse Capital LLC
Creditor's Name

323 Sunny Isles Blvd Ste 503
Sunny Isles Beach, FL
33160-4675
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**      $1,202,142.00      $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

**2.5** Dynasty Capital
Creditor's Name

700 Canal St Ste 1
Stamford, CT 06902-5921
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**      $320,000.00      $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

---

| Debtor | Spartan Group Holdings, LLC | Case number (if known) | 23-42384 |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.6 | Eminent Funding | Describe debtor's property that is subject to a lien | $171,003.60 | $0.00 |
|---|---|---|---|---|

Creditor's Name

369 Lexington Avenue
2nd and 3rd Floors
New York, NY 10017
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.7 | James & Glenn Synnott | Describe debtor's property that is subject to a lien | $1,469,750.20 | $1,472,395.27 |
|---|---|---|---|---|

Creditor's Name

10 Acres on American Legion Rd., Smithville, TX
Thomas Decrow Survey, Abstract No. 27,
Bastrop County, Texas 78957

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.8 | Legacy Capital-Panthers Capital Funding | Describe debtor's property that is subject to a lien | $214,817.00 | $0.00 |
|---|---|---|---|---|

---

Debtor   Spartan Group Holdings, LLC

Name

Case number (if known)   23-42384

Creditor's Name

290 Harbor Dr
Stamford, CT 06902

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.9 | ProVenture Capital | Describe debtor's property that is subject to a lien | $160,000.00 | $0.00 |

Creditor's Name

99 Wall St Ste 576
New York, NY 10005-4301

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.10 | Redstone | Describe debtor's property that is subject to a lien | $350,100.00 | $0.00 |

Creditor's Name

1330 Avenue of Americas
23rd Floor
New York, NY 10019

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

| Debtor | Spartan Group Holdings, LLC | Case number (if known) | 23-42384 |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Contingent |
| | ■ Unliquidated |
| | ■ Disputed |

---

| 2.1 1 | Riverside Capital | Describe debtor's property that is subject to a lien | $1,033,334.34 | $0.00 |
|---|---|---|---|---|

Creditor's Name

45 Rockefeller Center
630 Fifth Avenue, Suite 400
New York, NY 10111
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Contingent |
| | ■ Unliquidated |
| | ■ Disputed |

---

| 2.1 2 | Wave Advance | Describe debtor's property that is subject to a lien | $916,665.34 | $0.00 |
|---|---|---|---|---|

Creditor's Name

200 South Andrews Ave.
Suite 504
Fort Lauderdale, FL 33301
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Contingent |
| | ■ Unliquidated |
| | ■ Disputed |

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $20,520,831.23 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

| Debtor | Spartan Group Holdings, LLC | Case number (if known) | 23-42384 |
|---|---|---|---|
| | Name | | |

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Quarles & Brady LLP<br>Attn: Jason D. Curry<br>One Renaissance Square<br>2 N Central Ave Ste 600<br>Phoenix, AZ 85004-2322 | Line  2.2 | |

**Fill in this information to identify the case:**

Debtor name __Spartan Group Holdings, LLC__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF TEXAS__

Case number (if known) __23-42384__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                         12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Wages Owed to Former Employees<br>See Attached Schedule | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $215,925.78 | $215,925.78 |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) |  |  |  |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>AcrobatANT, LLC<br>1717 S. Boulder Ave. #601<br>Tulsa, OK 74119<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Business Development__<br>Is the claim subject to offset? ■ No  ☐ Yes | $9,400.96 |
| **3.2** Nonpriority creditor's name and mailing address<br>Adrian Cano<br>4408 Saddlewood Dr<br>Flower Mound, TX 75028-3101<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | $229,000.00 |

| Debtor | Spartan Group Holdings, LLC | Case number (if known) | 23-42384 |
|---|---|---|---|
| | Name | | |

---

**3.3**

**Nonpriority creditor's name and mailing address**
Alliance Benefit Group of Houston, Inc.
7908 N. Sam Houston Pkwy W
Suite 500
Houston, TX 77064

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Employee Expenses

Is the claim subject to offset? ■ No ☐ Yes

$512.00

---

**3.4**

**Nonpriority creditor's name and mailing address**
Amazing Light Inc.
1604 Daisy Lane
Flower Mound, TX 75028

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Consulting

Is the claim subject to offset? ■ No ☐ Yes

$42,240.00

---

**3.5**

**Nonpriority creditor's name and mailing address**
Amazon Capital Services
PO Box 035184
Seattle, WA 98124-5184

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Job Supplies

Is the claim subject to offset? ■ No ☐ Yes

$7,824.33

---

**3.6**

**Nonpriority creditor's name and mailing address**
American Express
PO Box 650448
Dallas, TX 75265-0448

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Financial

Is the claim subject to offset? ■ No ☐ Yes

$313,244.69

---

**3.7**

**Nonpriority creditor's name and mailing address**
Andrews Myers P.C.
1885 St. James Place
15th Floor
Houston, TX 77056

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Legal Services

Is the claim subject to offset? ■ No ☐ Yes

$71,651.87

---

**3.8**

**Nonpriority creditor's name and mailing address**
APFS, LLC - Bridgepoint Consulting
7076 Solutions Center
Chicago, IL 60677-7000

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Consulting

Is the claim subject to offset? ■ No ☐ Yes

$242,063.98

---

**3.9**

**Nonpriority creditor's name and mailing address**
Atlas Energy Tower LLC
PO Box 650850
Dept 1044
Dallas, TX 75265-0850

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Rent

Is the claim subject to offset? ■ No ☐ Yes

$22,751.84

---

| Debtor | Spartan Group Holdings, LLC | Case number (if known) | 23-42384 |
|---|---|---|---|
| | Name | | |

---

**3.10**

**Nonpriority creditor's name and mailing address**
Babcock Scott & Babcock, P.C.
370 East South Temple
4th Floor
Salt Lake City, UT 84111

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Legal & Accounting

Is the claim subject to offset? ■ No ☐ Yes

$2,288.00

---

**3.11**

**Nonpriority creditor's name and mailing address**
Bigleaf Networks, Inc.
Dept LA 24973
Pasadena, CA 91185-4973

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Tech Services

Is the claim subject to offset? ■ No ☐ Yes

$819.73

---

**3.12**

**Nonpriority creditor's name and mailing address**
Blue Heron Technologies, LLC
101 E. Park Blvd.
Suite 600
Plano, TX 75074

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** SGA Supplies

Is the claim subject to offset? ■ No ☐ Yes

$53,133.26

---

**3.13**

**Nonpriority creditor's name and mailing address**
BMO Harris Bank N.A.
50 S 6th St Ste 1000
Minneapolis, MN 55402-1500

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Financial

Is the claim subject to offset? ■ No ☐ Yes

$30,863.29

---

**3.14**

**Nonpriority creditor's name and mailing address**
Brian L. Miller
2806 Twin Coves Dr.
Lewisville, TX 75077

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Outside Services

Is the claim subject to offset? ■ No ☐ Yes

$25,002.00

---

**3.15**

**Nonpriority creditor's name and mailing address**
Colony Hardware Corporation
3025 N. Great Southwest Frwy
Grand Prairie, TX 75050

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** R&M

Is the claim subject to offset? ■ No ☐ Yes

$44.90

---

**3.16**

**Nonpriority creditor's name and mailing address**
Comcast
PO Box 60533
City of Industry, CA 91716-0533

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Utilities

Is the claim subject to offset? ■ No ☐ Yes

$18,841.55

---

| Debtor | Spartan Group Holdings, LLC | Case number (if known) | 23-42384 |
|---|---|---|---|
| | Name | | |

---

**3.17**

**Nonpriority creditor's name and mailing address**
Concrete Reinforcing Steel Institute
Department 20-1024
PO Box 5940
Carol Stream, IL 60197-5940

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  SGA Supplies

Is the claim subject to offset? ■ No  ☐ Yes

$3,437.52

---

**3.18**

**Nonpriority creditor's name and mailing address**
Creative Risk Solutions LLC
2727 Grand Prairie Pkwy
Waukee, IA 50263

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Outside Services

Is the claim subject to offset? ■ No  ☐ Yes

$472.59

---

**3.19**

**Nonpriority creditor's name and mailing address**
D Pon Consulting LLC
4232 Round Valley Lane
Roanoke, TX 76262

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Consulting

Is the claim subject to offset? ■ No  ☐ Yes

$429.00

---

**3.20**

**Nonpriority creditor's name and mailing address**
Edwards Printing Services Inc.
13643 Beta Rd.
Dallas, TX 75244

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  SGA Supplies

Is the claim subject to offset? ■ No  ☐ Yes

$2,353.07

---

**3.21**

**Nonpriority creditor's name and mailing address**
EGNYTE, Inc.
1350 Middlefield Rd.
Mountain View, CA 94043

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Technology

Is the claim subject to offset? ■ No  ☐ Yes

$26,111.13

---

**3.22**

**Nonpriority creditor's name and mailing address**
Exponent HR
4970 Landmark Place
Dallas, TX 75254

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Employee Expenses

Is the claim subject to offset? ■ No  ☐ Yes

$5,964.53

---

**3.23**

**Nonpriority creditor's name and mailing address**
FedEx
P.O. Box 660481
Dallas, TX 75266

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  SGA Supplies

Is the claim subject to offset? ■ No  ☐ Yes

$1,168.15

---

| Debtor | Spartan Group Holdings, LLC | Case number (if known) | 23-42384 |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,370.00 |
|---|---|---|---|

**Greenberg Traurig**
PO Box 936769
Atlanta, GA 31193-6769

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: Legal Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,098.81 |
|---|---|---|---|

**Guardian Life Insurance**
PO Box 677458
Dallas, TX 75267-7458

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: Employee Expenses

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,674.60 |
|---|---|---|---|

**hh2 Cloud Services LLC**
2 E Center Suite 200
Kaysville, UT 84037

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: Data Processing

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $159,082.00 |
|---|---|---|---|

**Holmes Murphy and Associates LLC**
Attn: Trust Account
PO Box 8364
Des Moines, IA 50301

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: Insurance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $395.34 |
|---|---|---|---|

**InkDots LLC**
15803 Tuckerton Road
Houston, TX 77095

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: SGA Supplies

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,147.08 |
|---|---|---|---|

**Jesco Construction Co. Inc.**
PO Box 17066
Austin, TX 78760

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |
|---|---|---|---|

**L & P Rebar Installers LLC**
515 Roper St
Houston, TX 77034-1318

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: Job Subcontractor

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Spartan Group Holdings, LLC | Case number (if known) | 23-42384 |
|---|---|---|---|
| | Name | | |

---

**3.31**

**Nonpriority creditor's name and mailing address**
Legacy Purchasing Group LLC
9800 Hillwood Parkway Unit #140
Keller, TX 76244

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          $116,247.67
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Consulting

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.32**

**Nonpriority creditor's name and mailing address**
Mitel Cloud Services Inc/MiCloud Service
1146 N. Alma School Rd.
Mesa, AZ 85201

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          $1,578.67
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Utilities

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33**

**Nonpriority creditor's name and mailing address**
MMS USA Holdings/Sources, Inc.
375 Hudson Street
New York, NY 10014

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          $42,044.29
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Rent

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34**

**Nonpriority creditor's name and mailing address**
Mobile Modular Portable Storage
PO Box 45043
San Francisco, CA 94145-5043

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          $3,562.72
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Job Other

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35**

**Nonpriority creditor's name and mailing address**
MPO Solutions, LLC
2905 Hillview Dr.
Grapevine, TX 76051

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          $12,297.20
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Consulting

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36**

**Nonpriority creditor's name and mailing address**
Novo Advisors
401 N. Franklin St.
Suite 4 East
Chicago, IL 60654

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          $55,867.56
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Legal & Accounting

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37**

**Nonpriority creditor's name and mailing address**
Occucare International
321 W. San Augustine
Deer Park, TX 77536

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          $21,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Employee Expenses

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Spartan Group Holdings, LLC | Case number (if known) | 23-42384 |
|---|---|---|---|
| | Name | | |

---

**3.38** | **Nonpriority creditor's name and mailing address**
OPA Creations Inc.
3243 Mary St.
Miami, FL 33133

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  Advertising

Is the claim subject to offset? ☒ No ☐ Yes

$255.00

---

**3.39** | **Nonpriority creditor's name and mailing address**
Oracle  America - Netsuite Inc.
500 Oracle Parkway
Redwood City, CA 94065

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Technology

Is the claim subject to offset? ☒ No ☐ Yes

$35,359.69

---

**3.40** | **Nonpriority creditor's name and mailing address**
Preferred CFO
478 S. 100 E.
Salem, UT 84653

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  Consulting

Is the claim subject to offset? ☒ No ☐ Yes

$80,000.00

---

**3.41** | **Nonpriority creditor's name and mailing address**
Republic Reprographics LLC
4950 Keller Springs Rd #240
Addison, TX 75001

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  SGA Supplies

Is the claim subject to offset? ☒ No ☐ Yes

$378.88

---

**3.42** | **Nonpriority creditor's name and mailing address**
Robert Guerra
4014 Broken Bow Ln.
Garland, TX 75044

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Advertising

Is the claim subject to offset? ☒ No ☐ Yes

$675.00

---

**3.43** | **Nonpriority creditor's name and mailing address**
Ronald L. Newton
2257 Shoreline Dr.
Flower Mound, TX 75022

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Consulting

Is the claim subject to offset? ☒ No ☐ Yes

$8,333.32

---

**3.44** | **Nonpriority creditor's name and mailing address**
Soniks Consulting LLC
101 E. Park Blvd #410
Plano, TX 75074

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Consulting

Is the claim subject to offset? ☒ No ☐ Yes

$50,670.00

---

| Debtor | Spartan Group Holdings, LLC | Case number (if known) | 23-42384 |
|--------|------------------------------|-------------------------|----------|
| | Name | | |

---

**3.45**

**Nonpriority creditor's name and mailing address**
Sterling Administration
PO Box 71107
Oakland, CA 94612

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Expenses

**Is the claim subject to offset?** ☑ No ☐ Yes

$781.53

---

**3.46**

**Nonpriority creditor's name and mailing address**
Terra Enterprises LLC
545 East Church St.
Lewisville, TX 75057

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

**Is the claim subject to offset?** ☑ No ☐ Yes

$1,950.00

---

**3.47**

**Nonpriority creditor's name and mailing address**
Thrive
25 Forbes Blvd. Unit #3
Foxboro, MA 02035

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Data Processing

**Is the claim subject to offset?** ☑ No ☐ Yes

$94,515.77

---

**3.48**

**Nonpriority creditor's name and mailing address**
Timothy Blaine Keith
6346 Lupton Dr.
Dallas, TX 75225

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consulting

**Is the claim subject to offset?** ☑ No ☐ Yes

$49,999.98

---

**3.49**

**Nonpriority creditor's name and mailing address**
Titus Talent Strategies LLC
PO Box 88941
Milwaukee, WI 53288-0941

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Outside Services

**Is the claim subject to offset?** ☑ No ☐ Yes

$5,655.00

---

**3.50**

**Nonpriority creditor's name and mailing address**
U.S. CAD
18831 Bardeen Ave.
Unit# 200
Irvine, CA 92612

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Data Processing

**Is the claim subject to offset?** ☑ No ☐ Yes

$4,668.09

---

**3.51**

**Nonpriority creditor's name and mailing address**
U.S. Occmed TX PLLC/Nova Medical Ctr
PO box 84006
Dallas, TX 75284

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Employee Expenses

**Is the claim subject to offset?** ☑ No ☐ Yes

$297.42

---

| Debtor | Spartan Group Holdings, LLC | Case number (if known) | 23-42384 |
|---|---|---|---|
| | Name | | |

---

**3.52**

**Nonpriority creditor's name and mailing address**

United Healthcare Services, Inc.
Attn: Corporate Tax MNO
9900 Bren Rd. E.
Hopkins, MN 55343

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Employee Expenses

Is the claim subject to offset? ■ No ☐ Yes

$198,503.97

---

**3.53**

**Nonpriority creditor's name and mailing address**

Vineyard Advisors & CPAs, PPLC
660 N. Carroll Ave.
Suite 110
Southlake, TX 76092

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Consulting

Is the claim subject to offset? ■ No ☐ Yes

$51,875.00

---

**3.54**

**Nonpriority creditor's name and mailing address**

VisionPoint Advisory Group, LLC
17250 Dallas Pkwy
Dallas, TX 75248

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Employee Expenses

Is the claim subject to offset? ■ No ☐ Yes

$1,875.00

---

**3.55**

**Nonpriority creditor's name and mailing address**

Warren K Jackson
4232 Round Valley Ln.
Roanoke, TX 76262

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,320.00

---

**3.56**

**Nonpriority creditor's name and mailing address**

Weblinx, Inc.
165 Kirkland Circle
Oswego, IL 60543

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Data Processing

Is the claim subject to offset? ■ No ☐ Yes

$300.00

---

**3.57**

**Nonpriority creditor's name and mailing address**

White Cap, LP
PO Box 4852
Orlando, FL 32802-4852

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Material Supplier

Is the claim subject to offset? ■ No ☐ Yes

$424.63

---

**3.58**

**Nonpriority creditor's name and mailing address**

Wright Communication Strategies LLC
128 Bear Pen Rd.
Ponte Vedra Beach, FL 32082

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Outside Services

Is the claim subject to offset? ■ No ☐ Yes

$18,000.00

---

| Debtor | Spartan Group Holdings, LLC | Case number (if known) | 23-42384 |
|---|---|---|---|
| | Name | | |

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $811.40 |
|---|---|---|---|
| | Xact Business Solutions, Inc.<br>2450 S.W. Grapevine Pkwy<br>Suite 200<br>Grapevine, TX 76051 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Advertising | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $45,952.61 |
|---|---|---|---|
| | Zurich North America<br>PO Box 4664<br>Carol Stream, IL 60197-4664 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Insurance | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

## Part 3:   List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                      215,925.78 |
| **5b. Total claims from Part 2** | 5b.  + | $                   2,325,586.62 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $                   2,541,512.40 |

**Wages Owed to Former Employees**

| Employee | Wages |
|---|---|
| Aldana, Esteban | $1,501.00 |
| Alvarado, Aldo Miguel | $975.00 |
| Alvarez, Alejandro D | $2,038.50 |
| Areola, Juan A | $832.00 |
| Aristades Chavez, Efrain | $1,152.00 |
| Baehm, David A | $3,261.53 |
| Barron Cruz, Cristian | $3,269.24 |
| Beltran, Julian | $793.00 |
| Cardona Gonsales, Armando | $2,116.00 |
| Castro Carrillo, Osbaldo | $208.00 |
| Castro, Ricardo | $598.00 |
| Chavez Colunga, Luis G | $0.00 |
| Cruz, Saul J | $1,800.00 |
| Cuenca Tapia, Omar A | $1,625.00 |
| Deklavs, Tyson E | $7,788.46 |
| Escobedo, Virginia M | $2,196.35 |
| Fuentes, Igor D | $7,096.16 |
| Garcia Ramirez, Juan Pablo | $1,680.00 |
| Garcia, Johann | $0.00 |
| Godoy, Wilmer | $105.00 |
| Gomez, Gerardo | $2,596.16 |
| Gonsalez Lopez, Luis | $904.50 |
| Gonzalez Lopez, Alex | $586.50 |
| Grajales Carrera, Alfonso | $650.00 |
| Grandes, Omar | $1,152.00 |
| Guerrero Licea, Jorge E | $822.50 |
| Hernandez Ramirez, Josue | $650.00 |
| Hernandez Saucedo, Ricardo | $935.25 |
| Hernandez Tovar, Gerardo | $600.00 |
| Hernandez Tovar, Jovanny | $672.00 |
| Hernandez, Jose A | $967.50 |
| Herrera Espinosa, Jose A | $1,458.00 |
| Hodgson, Rhonda | $4,615.38 |
| Leal Silva, Fidel | $499.50 |
| Lopez Quiroz, Erick Javier | $1,729.00 |
| Lopez, Julio | $793.00 |
| Lopez, Marleen | $2,838.46 |
| Lujan, Diego | $2,400.00 |
| Martinez Martinez, Alexis | $1,319.50 |

**Wages Owed to Former Employees**

| Employee | Wages |
|---|---|
| Martinez Martinez, Juan | $1,319.50 |
| Mazariegos Morales, Walfer A | $684.00 |
| Mazariegos, Dario | $720.00 |
| Mazariegos, Mario D | $756.00 |
| McGhee, Kristi | $1,990.38 |
| Medina, Daniel | $1,066.00 |
| Menchaca Lopez, Israel | $650.00 |
| Moran Chavez, Jaime | $823.50 |
| Moran, Elmer | $325.00 |
| Nolte, Patrick | $3,230.77 |
| Ortiz Ortiz, Kilder S | $380.00 |
| Orzuna Rojas, Ramiro | $81.00 |
| Paz Elizondo, Osman A | $1,288.00 |
| Pena, Alejandro | $884.00 |
| Perez Flores, Lisandro | $348.00 |
| Perez Flores, Miguel | $806.00 |
| Perez Hernandez, Cristobal | $1,759.50 |
| Pesina, Luis | $624.00 |
| Pozadas Gutierrez, Gustavo J | $1,610.00 |
| Pritchett, Robson W | $3,980.77 |
| Quintanilla, Mario | $923.00 |
| Rodriguez, Brandon A | $2,942.31 |
| Rodriguez, Juan C | $1,104.00 |
| Rodriguez, Omar | $796.50 |
| Rubio, Vanessa | $2,076.93 |
| Rutherford, Douglas S | $11,538.46 |
| Saavedra Ferretiz, Hector R | $3,409.62 |
| Salas, Juan | $624.00 |
| Saldana, Oscar | $868.00 |
| Sanchez Ramirez, Juan Andres | $1,104.00 |
| Sanchez, Gabriela | $483.00 |
| Santos Lopez, Jose N | $1,152.00 |
| Schweitzer, Tyler E | $2,076.93 |
| Seigars, Christopher L | $4,673.07 |
| Sifuentes, Jose | $650.00 |
| Sotelo Gandara, Raul | $1,822.50 |
| Stadler, Larry E | $7,788.43 |
| Torres, Ramiro | $650.00 |
| Trejo, Miguel | $816.00 |

## Wages Owed to Former Employees

| Employee | Wages |
|---|---|
| Trevino, Alejandro | $4,615.38 |
| Vazquez Guillen, Gerardo | $1,456.00 |
| Vazquez, Adrian | $630.00 |
| Viera Soto, Carlos | $1,272.00 |
| Yanez Zapata, Adan | $537.50 |
| Zamarron Izaguirre, Juan G | $1,380.00 |
| **Total** | **$143,940.54** |

| Fill in this information to identify the case: |
|---|
| Debtor name  Spartan Group Holdings, LLC |
| United States Bankruptcy Court for the:  EASTERN DISTRICT OF TEXAS |
| Case number (if known)  23-42384 |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AcrobatANT, LLC<br>1717 S. Boulder Ave. #601<br>Tulsa, OK 74119 |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Aerowave Technologies, LLC<br>250 E. Valley Ridge Blvd.<br>Suite 100<br>Lewisville, TX 75057 |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Alliance Benefit Group of Houston, Inc.<br>7908 N. Sam Houston Pkwy W<br>Suite 500<br>Houston, TX 77064 |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Amazing Light Inc.<br>1604 Daisy Lane<br>Flower Mound, TX 75028 |

| Debtor 1 | Spartan Group Holdings, LLC | | Case number *(if known)* | 23-42384 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Andrews Myers P.C. |
| | List the contract number of any government contract | 1885 St. James Place 15th Floor Houston, TX 77056 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | APFS, LLC - Bridgepoint Consulting |
| | List the contract number of any government contract | 7076 Solutions Ctr Chicago, IL 60677-7000 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Atlas Energy Tower LLC |
| | List the contract number of any government contract | PO Box 650850 Dept 1044 Dallas, TX 75265-0850 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Austin Commercial |
| | List the contract number of any government contract | 1301 South Mopac Suite 300 Austin, TX 78760 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Babcock Scott & Babcock, P.C. |
| | List the contract number of any government contract | 370 East South Temple 4th Floor Salt Lake City, UT 84111 |

| Debtor 1 | Spartan Group Holdings, LLC | | | Case number (*if known*) | 23-42384 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Baker Concrete<br>900 North Graver Rd.<br>Monroe, OH 45050 |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Balfour Beatty Infrastructure, Inc.<br>12630 Water Works Way<br>Humble, TX 77396 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Barton Supply<br>14800 E. Moncrieff Place<br>Aurora, CO 80011 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Bigleaf Networks, Inc.<br>Dept LA 24973<br>Pasadena, CA 91185-4973 |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Bob Moore Construction<br>3611 William D Tate Ave<br>Grapevine, TX 76051 |

Debtor 1    Spartan Group Holdings, LLC                                          Case number (if known)    23-42384
            First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.15.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Cadre Construction
7801 N Capital of Texas Hwy Ste 260
Austin, TX 78731

**2.16.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Camblin Steel Service Inc.
548 Gibson Dr. Suite 150
Roseville, CA 95678

**2.17.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

CodeTwo
Rybacka 9
53-656 Wroclaw, Poland

**2.18.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Comcast
PO Box 60533
City of Industry, CA 91716-0533

**2.19.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Commerce Construction
131 Exchange Ave Ste 220
Fort Worth, TX 76164

Debtor 1   Spartan Group Holdings, LLC
_____
First Name      Middle Name      Last Name

Case number (*if known*)   23-42384

---

### ▉ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Construction Zone<br>1420 Springhill Rd<br>Houston, TX 77095 |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Core Construction<br>6320 Research Rd<br>Frisco, TX 75033 |
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CORE Reinforcing LLC<br>8526 Carlisle St.<br>Houston, TX 77017 |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DPR Construction<br>3131 McKinney Ave Ste 200<br>Dallas, TX 75204 |
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EGNYTE, Inc.<br>1350 Middlefield Rd.<br>Mountain View, CA 94043 |

Debtor 1   Spartan Group Holdings, LLC

First Name          Middle Name          Last Name

Case number (*if known*)    23-42384

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.25. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Exponent HR<br>4970 Landmark Pl<br>Dallas, TX 75254-6905 |
| 2.26. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FraserCon Concrete, LLC<br>2425 Parker Rd Bldg 3A<br>Carrollton, TX 75010 |
| 2.27. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Greenberg Traurig<br>2200 Ross Ave Ste 5200<br>Dallas, TX 75201-2794 |
| 2.28. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Guardian Life Insurance<br>PO Box 677458<br>Dallas, TX 75267-7458 |
| 2.29. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Harris/Arizona Rebar, Inc.<br>2101 W Jackson St<br>Phoenix, AZ 85009 |

| Debtor 1 | Spartan Group Holdings, LLC | | Case number (*if known*) | 23-42384 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.30.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | hh2 Cloud Services LLC<br>2 E Center Suite 200<br>Kaysville, UT 84037 |
| **2.31.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Hill & Wilkinson<br>2703 Telecom Pkwy Ste 120<br>Richardson, TX 75082 |
| **2.32.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Holmes Murphy and Associates LLC<br>Attn: Trust Account<br>PO Box 8364<br>Des Moines, IA 50301-8364 |
| **2.33.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | JE Dunn<br>901 S Mopac Expwy<br>Barton Oaks Plaza IV Ste 290<br>Austin, TX 78746 |
| **2.34.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Jesco Construction Co. Inc.<br>PO Box 17066<br>Austin, TX 78760 |

Debtor 1    Spartan Group Holdings, LLC                                    Case number (*if known*)    23-42384
       First Name    Middle Name    Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Kiewit |
| | List the contract number of any government contract | 10825 E 47th Ave<br>Denver, CO 80239 |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Kraemer |
| | List the contract number of any government contract | 1 Plainview Rd<br>Plain, WI 53577 |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Largo Concrete |
| | List the contract number of any government contract | 2741 Walnut Ave<br>Tustin, CA 92780 |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Legacy Purchasing Group LLC |
| | List the contract number of any government contract | 9800 Hillwood Parkway Unit #140<br>Keller, TX 76244 |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | McCarthy Building Companies |
| | List the contract number of any government contract | 1701 Platte St Ste 220<br>Denver, CO 80202 |

Debtor 1   Spartan Group Holdings, LLC
      First Name      Middle Name      Last Name         Case number (if known)   23-42384

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.40.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Millennium Reinforcing LLC<br>PO Box 73698<br>San Clemente, CA 92673 |
| **2.41.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Mitel Cloud Services Inc/MiCloud Service<br>1146 N. Alma School Rd.<br>Mesa, AZ 85201 |
| **2.42.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MMS USA Holdings/Sources, Inc.<br>375 Hudson St Fl 8<br>New York, NY 10014-7418 |
| **2.43.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Mobile Modular Portable Storage<br>PO Box 45043<br>San Francisco, CA 94145-5043 |
| **2.44.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MPO Solutions, LLC<br>2905 Hillview Dr.<br>Grapevine, TX 76051 |

Debtor 1   Spartan Group Holdings, LLC
    First Name        Middle Name        Last Name            Case number *(if known)*   23-42384

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.45.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Novo Advisors<br>401 N Franklin St Ste 4E<br>Chicago, IL 60654-4900 |
| **2.46.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | One Ring Network<br>1799 Enterprise Street<br>Athens, TX 75751 |
| **2.47.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Oracle  America - Netsuite Inc.<br>500 Oracle Pkwy<br>Redwood City, CA 94065-1677 |
| **2.48.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PlanGrid Inc.<br>PO Box 1672<br>Carol Stream, IL 60132-1672 |
| **2.49.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PLW Waterworks, LLC<br>12630 Waterworks Blvd Trailer 18<br>Humble, TX 77396 |

| | | |
|---|---|---|
| Debtor 1 | Spartan Group Holdings, LLC | Case number (*if known*)    23-42384 |
| | First Name    Middle Name    Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.50.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Prairie Supply
2341 S Plaza Dr
Rapid City, SD 57709

**2.51.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Preferred CFO
478 S 100 E
Salem, UT 84653

**2.52.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Prologis LP
2021 McKinney Ave Ste 1050
Dallas, TX 75201

**2.53.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Rouser Concrete
PO Box 2599
Peoria, AZ 85380

**2.54.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Skyline Forming, Inc.
5845 Jacaranda Dr
Mableton, GA 30126

Debtor 1    Spartan Group Holdings, LLC                                    Case number (*if known*)    23-42384
      First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.55.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

Soniks Consulting LLC
101 E. Park Blvd #410
Plano, TX 75074

**2.56.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

Sterling Administration
PO Box 71107
Oakland, CA 94612

**2.57.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

Suncoast Post-Tension, Ltd.
3807 W Adams St
Phoenix, AZ 85009

**2.58.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

Sundt Construction, Inc.
2620 South 55th Street
Tempe, AZ 85282

**2.59.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

Terra Enterprises LLC
545 East Church St.
Lewisville, TX 75057

Debtor 1   Spartan Group Holdings, LLC
　　　　　　First Name　　　　　　Middle Name　　　　　　Last Name                    Case number (if known)    23-42384

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.60.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Thrive<br>25 Forbes Blvd Unit #3<br>Foxboro, MA 02035-2873 |
| **2.61.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | U.S. CAD<br>18831 Bardeen Ave.<br>Unit# 200<br>Irvine, CA 92612 |
| **2.62.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | U.S. Occmed TX PLLC/Nova Medical Ctr<br>PO box 84006<br>Dallas, TX 75284 |
| **2.63.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | United Forming<br>10505 Moore Rd<br>Austin, TX 78719 |
| **2.64.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | United Healthcare Services, Inc.<br>Attn: Corporate Tax MNO<br>9900 Bren Rd E<br>Hopkins, MN 55343-9664 |

Debtor 1   Spartan Group Holdings, LLC                                    Case number (*if known*)   23-42384
       First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.65. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Vineyard Advisors & CPAs, PPLC<br>660 N Carroll Ave Ste 110<br>Southlake, TX 76092-6477 |
| 2.66. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VisionPoint Advisory Group, LLC<br>17250 Dallas Pkwy<br>Dallas, TX 75248 |
| 2.67. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Weblinx, Inc.<br>165 Kirkland Circle<br>Oswego, IL 60543 |
| 2.68. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Whiting-Turner<br>3651 Pailport Pkwy<br>Midlothian, TX 76065 |
| 2.69. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Wright Communication Strategies LLC<br>128 Bear Pen Rd.<br>Ponte Vedra Beach, FL 32082 |

Debtor 1    Spartan Group Holdings, LLC
    First Name         Middle Name         Last Name

Case number *(if known)*    23-42384

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.70.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | Xact Business Solutions, Inc. |
| List the contract number of any government contract | 2450 S.W. Grapevine Pkwy Suite 200 Grapevine, TX 76051 |
| **2.71.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | Zurich North America |
| List the contract number of any government contract | PO Box 4664 Carol Stream, IL 60197-4664 |

| Fill in this information to identify the case: |
|---|
| Debtor name    Spartan Group Holdings, LLC |
| United States Bankruptcy Court for the:    EASTERN DISTRICT OF TEXAS |
| Case number (if known)    23-42384 |

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Adrian J. Cano Holdings LLC | 15840 FM 529 Rd. Suite 303 Houston, TX 77095 | Eminent Funding | ■ D___2.6___ ☐ E/F_____ ☐ G_____ |
| 2.2 | Adrian J. Cano Holdings LLC | 15840 FM 529 Rd. Suite 303 Houston, TX 77095 | C6 Capital Funding, LLC | ■ D___2.3___ ☐ E/F_____ ☐ G_____ |
| 2.3 | Adrian J. Cano Holdings LLC | 15840 FM 529 Rd. Suite 303 Houston, TX 77095 | Redstone | ■ D___2.10___ ☐ E/F_____ ☐ G_____ |
| 2.4 | Adrian J. Cano Holdings LLC | 15840 FM 529 Rd. Suite 303 Houston, TX 77095 | Wave Advance | ■ D___2.12___ ☐ E/F_____ ☐ G_____ |
| 2.5 | Angelic Skin Care | 2221 Berkshire Drive Flower Mound, TX 75028 | ProVenture Capital | ■ D___2.9___ ☐ E/F_____ ☐ G_____ |

| Debtor | Spartan Group Holdings, LLC | Case number *(if known)* | 23-42384 |

---

**▉ Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Angelic Skin Care | 2221 Berkshire Drive<br>Flower Mound, TX 75028 | Wave Advance | ■ D ___2.12___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Ashton + Cook Capital Management | 9900 Spectrum Drive<br>Austin, TX 78717 | Legacy Capital-Panthers Capital Funding | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Ashton Holdings International | 13641 Little River Rd.<br>Roanoke, TX 76262 | Dynasty Capital | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Ashton Holdings International | 13641 Little River Rd.<br>Roanoke, TX 76262 | Legacy Capital-Panthers Capital Funding | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Cancom Services | | Legacy Capital-Panthers Capital Funding | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Cancom Services | | ProVenture Capital | ■ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Cancom Services | | Redstone | ■ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | Cancom Services | | Wave Advance | ■ D ___2.12___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Spartan Group Holdings, LLC | Case number *(if known)* | 23-42384 |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.14 | Donatio Network Inc. | 12900 Valley Brand Lane Suite 400 Dallas, TX 75234 | ProVenture Capital | ■ D ___2.9___ ☐ E/F _____ ☐ G _____ |
| 2.15 | Enhanced Recovery Group | 3 Creekside Drive Roanoke, TX 76262 | Dynasty Capital | ■ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.16 | Enhanced Recovery Group | 3 Creekside Drive Roanoke, TX 76262 | Legacy Capital-Panthers Capital Funding | ■ D ___2.8___ ☐ E/F _____ ☐ G _____ |
| 2.17 | Force Nine Training | 1120 Main Street Grapevine, TX 76051 | Dynasty Capital | ■ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.18 | Force Nine Training | 1120 Main Street Grapevine, TX 76051 | Legacy Capital-Panthers Capital Funding | ■ D ___2.8___ ☐ E/F _____ ☐ G _____ |
| 2.19 | Granberry Supply | | Redstone | ■ D ___2.10___ ☐ E/F _____ ☐ G _____ |
| 2.20 | Nak Pyramind Group | | ProVenture Capital | ■ D ___2.9___ ☐ E/F _____ ☐ G _____ |
| 2.21 | Nak Pyramind Group | | Wave Advance | ■ D ___2.12___ ☐ E/F _____ ☐ G _____ |

| Debtor | Spartan Group Holdings, LLC | Case number *(if known)* | 23-42384 |

---

**▌ Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.22 | PeterAsh Associates | 13641 Little River Rd. Roanoke, TX 76262 | Dynasty Capital | ■ D  2.5 <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.23 | PeterAsh Associates | 13641 Little River Rd. Roanoke, TX 76262 | Legacy Capital-Panthers Capital Funding | ■ D  2.8 <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.24 | Quickpay Legal | 2221 Berkshire Drive Flower Mound, TX 75028 | ProVenture Capital | ■ D  2.9 <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.25 | Quickpay Legal | 2221 Berkshire Drive Flower Mound, TX 75028 | Wave Advance | ■ D  2.12 <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.26 | Ragamuffin Business Management Services | 192 Desiree Lane Lewisville, TX 75077 | Eminent Funding | ■ D  2.6 <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.27 | Ragamuffin Business Management Services | 192 Desiree Lane Lewisville, TX 75077 | Wave Advance | ■ D  2.12 <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.28 | Rancho Charro 100x | 8770 Alameda Ave. El Paso, TX 79907 | ProVenture Capital | ■ D  2.9 <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.29 | Spartan Concrete Construction LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | BMO Harris Bank N.A. | ■ D  2.2 <br> ☐ E/F ____ <br> ☐ G ____ |

| Debtor | Spartan Group Holdings, LLC | Case number *(if known)* | 23-42384 |
|---|---|---|---|

**■ Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 Spartan Concrete Construction LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | Diverse Capital LLC | ■ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.31 Spartan Concrete Construction LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | Redstone | ■ D ___2.10___ ☐ E/F _____ ☐ G _____ |
| 2.32 Spartan Concrete Construction LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | Riverside Capital | ■ D ___2.11___ ☐ E/F _____ ☐ G _____ |
| 2.33 Spartan Concrete Construction LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | Wave Advance | ■ D ___2.12___ ☐ E/F _____ ☐ G _____ |
| 2.34 Spartan Concrete Construction LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | C6 Capital Funding, LLC | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.35 Spartan Distribution, LLC | | Dynasty Capital | ■ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.36 Spartan Distribution, LLC | | Legacy Capital-Panthers Capital Funding | ■ D ___2.8___ ☐ E/F _____ ☐ G _____ |
| 2.37 Spartan Distribution, LLC | | Wave Advance | ■ D ___2.12___ ☐ E/F _____ ☐ G _____ |

| Debtor | Spartan Group Holdings, LLC | | Case number *(if known)* | 23-42384 |
|---|---|---|---|---|

---

**█** **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.38 | Spartan Employee Leasing | 6021 Connection Drive<br>Irving, TX 75039 | Dynasty Capital | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.39 | Spartan Employee Leasing | 6021 Connection Drive<br>Irving, TX 75039 | Legacy Capital-Panthers Capital Funding | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.40 | Spartan Employee Leasing | 6021 Connection Drive<br>Irving, TX 75039 | C6 Capital Funding, LLC | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.41 | Spartan Employee Leasing | 6021 Connection Drive<br>Irving, TX 75039 | Redstone | ■ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |
| 2.42 | Spartan Employee Leasing | 6021 Connection Drive<br>Irving, TX 75039 | Wave Advance | ■ D ___2.12___<br>☐ E/F _____<br>☐ G _____ |
| 2.43 | Spartan Engineering Services LLC | 6021 Connection Dr Ste 200<br>Irving, TX 75039-2607 | BMO Harris Bank N.A. | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.44 | Spartan Engineering Services LLC | 6021 Connection Dr Ste 200<br>Irving, TX 75039-2607 | Diverse Capital LLC | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.45 | Spartan Engineering Services LLC | 6021 Connection Dr Ste 200<br>Irving, TX 75039-2607 | Dynasty Capital | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Spartan Group Holdings, LLC | | Case number *(if known)* | 23-42384 |
|--------|------------------------------|--|---------------------------|----------|

**▮ Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.46 | Spartan Engineering Services LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | Eminent Funding | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.47 | Spartan Engineering Services LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | Legacy Capital-Panthers Capital Funding | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.48 | Spartan Engineering Services LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | Redstone | ■ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |
| 2.49 | Spartan Engineering Services LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | Riverside Capital | ■ D ___2.11___<br>☐ E/F _____<br>☐ G _____ |
| 2.50 | Spartan Engineering Services LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | Wave Advance | ■ D ___2.12___<br>☐ E/F _____<br>☐ G _____ |
| 2.51 | Spartan Engineering Services LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | C6 Capital Funding, LLC | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.52 | Spartan Equipment Leasing LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | BMO Harris Bank N.A. | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.53 | Spartan Equipment Leasing LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | Dynasty Capital | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Spartan Group Holdings, LLC | Case number *(if known)* | 23-42384 |
|---|---|---|---|

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.54 | Spartan Equipment Leasing LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | Eminent Funding | ▪ D ___2.6___ ☐ E/F _____ ☐ G _____ |
| 2.55 | Spartan Equipment Leasing LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | Legacy Capital-Panthers Capital Funding | ▪ D ___2.8___ ☐ E/F _____ ☐ G _____ |
| 2.56 | Spartan Equipment Leasing LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | Redstone | ▪ D ___2.10___ ☐ E/F _____ ☐ G _____ |
| 2.57 | Spartan Equipment Leasing LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | Wave Advance | ▪ D ___2.12___ ☐ E/F _____ ☐ G _____ |
| 2.58 | Spartan Equipment Leasing LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | C6 Capital Funding, LLC | ▪ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.59 | Spartan Fabrication Services LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | BMO Harris Bank N.A. | ▪ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.60 | Spartan Fabrication Services LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | Diverse Capital LLC | ▪ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.61 | Spartan Fabrication Services LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | Eminent Funding | ▪ D ___2.6___ ☐ E/F _____ ☐ G _____ |

| Debtor | Spartan Group Holdings, LLC | Case number *(if known)* | 23-42384 |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.62 | Spartan Fabrication Services LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | Redstone | ■ D ___2.10___ ☐ E/F _____ ☐ G _____ |
| 2.63 | Spartan Fabrication Services LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | Riverside Capital | ■ D ___2.11___ ☐ E/F _____ ☐ G _____ |
| 2.64 | Spartan Fabrication Services LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | Wave Advance | ■ D ___2.12___ ☐ E/F _____ ☐ G _____ |
| 2.65 | Spartan Fabrication Services LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | C6 Capital Funding, LLC | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.66 | Spartan Innovation and Technology | 6021 Connection Drive, Suite 200 Irving, TX 75039 | ProVenture Capital | ■ D ___2.9___ ☐ E/F _____ ☐ G _____ |
| 2.67 | Spartan Innovation and Technology | 6021 Connection Drive, Suite 200 Irving, TX 75039 | C6 Capital Funding, LLC | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.68 | Spartan Innovation and Technology | 6021 Connection Drive, Suite 200 Irving, TX 75039 | Redstone | ■ D ___2.10___ ☐ E/F _____ ☐ G _____ |
| 2.69 | Spartan Innovation and Technology | 6021 Connection Drive, Suite 200 Irving, TX 75039 | Wave Advance | ■ D ___2.12___ ☐ E/F _____ ☐ G _____ |

| Debtor | Spartan Group Holdings, LLC | | Case number *(if known)* | 23-42384 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.70 | Spartan Metals Distribution, LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | BMO Harris Bank N.A. | ■ D  2.2 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.71 | Spartan Metals Distribution, LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | Diverse Capital LLC | ■ D  2.4 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.72 | Spartan Metals Distribution, LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | Eminent Funding | ■ D  2.6 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.73 | Spartan Metals Distribution, LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | Redstone | ■ D  2.10 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.74 | Spartan Metals Distribution, LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | Riverside Capital | ■ D  2.11 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.75 | Spartan Metals Distribution, LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | Wave Advance | ■ D  2.12 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.76 | Spartan Metals Distribution, LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | C6 Capital Funding, LLC | ■ D  2.3 <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.77 | Spartan Reinforcing, LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | BMO Harris Bank N.A. | ■ D  2.2 <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | Spartan Group Holdings, LLC | Case number *(if known)* | 23-42384 |
|---|---|---|---|

**■ Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| 2.78 | Spartan Reinforcing, LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | Diverse Capital LLC | ■ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.79 | Spartan Reinforcing, LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | Dynasty Capital | ■ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.80 | Spartan Reinforcing, LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | Eminent Funding | ■ D ___2.6___ ☐ E/F _____ ☐ G _____ |
| 2.81 | Spartan Reinforcing, LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | Legacy Capital-Panthers Capital Funding | ■ D ___2.8___ ☐ E/F _____ ☐ G _____ |
| 2.82 | Spartan Reinforcing, LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | ProVenture Capital | ■ D ___2.9___ ☐ E/F _____ ☐ G _____ |
| 2.83 | Spartan Reinforcing, LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | Redstone | ■ D ___2.10___ ☐ E/F _____ ☐ G _____ |
| 2.84 | Spartan Reinforcing, LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | Riverside Capital | ■ D ___2.11___ ☐ E/F _____ ☐ G _____ |
| 2.85 | Spartan Reinforcing, LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | Wave Advance | ■ D ___2.12___ ☐ E/F _____ ☐ G _____ |

| Debtor | Spartan Group Holdings, LLC | Case number *(if known)* | 23-42384 |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.86 | Spartan Reinforcing, LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | C6 Capital Funding, LLC | ■ D   2.3 ☐ E/F ____ ☐ G ____ |
| 2.87 | Spartan Technical Services | 4408 Saddlewood Dr. Flower Mound, TX 75028 | ProVenture Capital | ■ D   2.9 ☐ E/F ____ ☐ G ____ |
| 2.88 | Spartan Valley Chili Road LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | BMO Harris Bank N.A. | ■ D   2.2 ☐ E/F ____ ☐ G ____ |
| 2.89 | Spartan Valley Chili Road LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | Eminent Funding | ■ D   2.6 ☐ E/F ____ ☐ G ____ |
| 2.90 | Spartan Valley Chili Road LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | Redstone | ■ D   2.10 ☐ E/F ____ ☐ G ____ |
| 2.91 | Spartan Valley Chili Road LLC | 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | Wave Advance | ■ D   2.12 ☐ E/F ____ ☐ G ____ |
| 2.92 | Venture26 | 13641 Little River Rd. Roanoke, TX 76262 | Dynasty Capital | ■ D   2.5 ☐ E/F ____ ☐ G ____ |
| 2.93 | Venture26 | 13641 Little River Rd. Roanoke, TX 76262 | Legacy Capital-Panthers Capital Funding | ■ D   2.8 ☐ E/F ____ ☐ G ____ |

| Debtor | Spartan Group Holdings, LLC | Case number *(if known)* | 23-42384 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
|---|---|---|
| 2.94 | Zebedee Ministries | 12900 Valley Branch Lane Suite 400 Dallas, TX 75234 | ProVenture Capital | ■ D ___2.9___ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    Spartan Group Holdings, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF TEXAS

Case number (if known)    23-42384

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|---|
   | 3.1. | American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | 9/29/2023 | $33,139.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
   | 3.2. | APFS, LLC - Bridgepoint Consulting<br>7076 Solutions Ctr<br>Chicago, IL 60677-7000 | 9/15/2023 | $31,710.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor   Spartan Group Holdings, LLC                                    Case number (if known)   23-42384

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.3.  BMO Harris Bank N.A.<br>50 S 6th St Ste 1000<br>Minneapolis, MN 55402-1500 | 9/21/2023<br>10/16/2023<br>11/21/2023 | $240,190.77 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4.  Exponent HR<br>4970 Landmark Pl<br>Dallas, TX 75254-6905 | 10/10/2023<br>12/11/2023 | $14,171.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5.  Holmes Murphy and Associates LLC<br>Attn: Trust Account<br>PO Box 8364<br>Des Moines, IA 50301-8364 | 12/7/2023 | $127,104.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6.  MMS USA Holdings/Sources, Inc.<br>375 Hudson St Fl 8<br>New York, NY 10014-7418 | 12/8/2023 | $22,522.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  rent |
| 3.7.  Oracle  America - Netsuite Inc.<br>500 Oracle Pkwy<br>Redwood City, CA 94065-1677 | 9/15/2023 | $39,748.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8.  T. Rowe Price Retirement Plan Services<br>100 E Pratt St<br>Baltimore, MD 21202-1009 | 9/18/2023<br>9/25/2023<br>10/2/2023<br>10/11/2023<br>10/17/2023<br>10/23/2023<br>10/30/2023<br>11/7/2023<br>11/13/2023<br>11/22/2023 | $99,505.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.9.  Thrive<br>25 Forbes Blvd Unit #3<br>Foxboro, MA 02035-2873 | 12/6/2023<br>12/11/2023 | $72,560.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor   Spartan Group Holdings, LLC _____   Case number (if known) 23-42384

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.10. United Healthcare Services, Inc.<br>Attn: Corporate Tax MNO<br>9900 Bren Rd E<br>Hopkins, MN 55343-9664 | 10/12/2023 | $14,522.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11. Vineyard Advisors & CPAs, PPLC<br>660 N Carroll Ave Ste 110<br>Southlake, TX 76092-6477 | 9/15/2023<br>9/28/2023 | $20,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.12. Zurich North America<br>PO Box 4664<br>Carol Stream, IL 60197-4664 | 9/20/2023<br>9/28/2023<br>12/8/2023 | $44,301.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13. Greenberg Traurig<br>PO Box 936769<br>Atlanta, GA 31193-6769 | 9/26/2023 | $75,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.14. Balanced Management, LLC<br>3117 Stanford Ave<br>Dallas, TX 75225-7702 | 10/31/2023 | $273,750.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. ACH Capital UT, LLC<br>8791 S Redwood Rd Ste 200<br>West Jordan, UT 84088-5724 | 10/31/2023 | $109,500.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. US Capital Global Partners<br>1 Ferry Bldg Ste 201<br>San Francisco, CA 94111-4213 | 9/19/2023 | $25,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.17. Novo Advisors<br>401 N Franklin St Ste 4E<br>Chicago, IL 60654-4900 | 9/15/2023<br>10/6/2023<br>10/18/2023<br>10/26/2023 | $208,653.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor   Spartan Group Holdings, LLC                                          Case number *(if known)*   23-42384

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.18. Peter Ashton<br>2407 Watercrest Dr<br>Keller, TX 76248-8347 | 10/31/2023 | $225,005.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.19. Debt Consultants Group Inc<br>433 Plaza Real # 275<br>Boca Raton, FL 33432-3999 | 9/18/2023 | $150,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.20. Bryan Cave Leighton Paisner LLP<br>161 N Clark St Ste 4300<br>Chicago, IL 60601-3315 | 10/12/2023 | $75,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.21. Midwest Series of Lockton Companies, LLC<br>12747 Olive Blvd Ste 300<br>Saint Louis, MO 63141-6269 | 10/27/2023 | $69,250.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.22. Evergreen Settlement Group, LLC<br>100 Enterprise Dr Ste 301<br>Rockaway, NJ 07866-2129 | 11/14/2023 | $25,000.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Lala Cano<br>4408 Sandlewood Dr<br>Flower Mound, TX 75028 | 12/30/2022<br>1/13/2023<br>12/23/2022<br>12/30/2022<br>1/13/2023<br>2/10/2023<br>3/3/2023<br>12/23/2022 | $26,352.93 | Business Development; Employee Appreciation; Housing; Project Supplies (COGS); Office Supplies |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor   Spartan Group Holdings, LLC       Case number (if known)  23-42384

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Department of Labor Audit<br>1974472 | Wage and Hour Dispute | Department of Labor<br>525 S Griffin St Ste 707<br>Dallas, TX 75202-5002 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Sundt Foundation<br>2620S 55th St<br>Tempe, AZ 85282 | | January 2023;<br>July 2023 | $5,500.00 |
| | Recipients relationship to debtor | | | |
| 9.2. | Ricardo H Saucedo<br>1960 Clinton St<br>Aurora, CO 80010 | | February 2023 | $5,368.18 |
| | Recipients relationship to debtor | | | |

Debtor   Spartan Group Holdings, LLC

Case number *(if known)*   23-42384

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.3. | Samantha S Espinosa<br>1213 Amspoker Ave<br>Fort Worth, TX 76115 | | February 2023 | $8,168.18 |
| | **Recipients relationship to debtor** | | | |
| 9.4. | Northwest  ISD<br>2001 Texan Dr<br>Justin, TX 76247 | | March 2023 | $1,000.00 |
| | **Recipients relationship to debtor** | | | |
| 9.5. | Red Oak ISD<br>109 W Red Oak Rd<br>Red Oak, TX 75154 | | March 2023 | $1,000.00 |
| | **Recipients relationship to debtor** | | | |
| 9.6. | Ben Medina<br>4413 Bungalow Ln<br>McKinney, TX 75071 | | August 2023 | $1,150.00 |
| | **Recipients relationship to debtor** | | | |
| 9.7. | Greater Dallas Planning Council<br>909 Lake Carolyn Pkwy Ste 320<br>Irving, TX 75039 | | August 2023 | $2,000.00 |
| | **Recipients relationship to debtor** | | | |
| 9.8. | Young Living Stones<br>Del Rio, TX 78840 | | August 2023 | $1,500.00 |
| | **Recipients relationship to debtor** | | | |

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**

Debtor    Spartan Group Holdings, LLC                                      Case number *(if known)*  23-42384

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Debt Consultants Group, Inc. 150 SE 2nd Ave Ste 503 Miami, FL 33131 | | September 2023 | $150,000.00 |
| | **Email or website address** https://debtconsultantsgroup.com/ | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | Penza Capital Corporation 2015 Orrington Ave Evanston, IL 60201 | | December 2023 | $25,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | Munsch Hardt Kopf & Harr, P.C. 500 N Akard St Ste 3800 Dallas, TX 75201-6659 | | December 2023 | $100,000.00 |
| | **Email or website address** https://www.munsch.com/ | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.4. | Bryan Cave Leighton Paisner LLP 161 N Clark St Ste 4300 Chicago, IL 60601-3315 | | October 2023 | $75,000.00 |
| | **Email or website address** https://www.bclplaw.com/ | | | |
| | **Who made the payment, if not debtor?** | | | |

Debtor   Spartan Group Holdings, LLC   Case number *(if known)*   23-42384

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.5. | Evergreen Settlement Group, LLC 100 Enterprise Dr Ste 301 Rockaway, NJ 07866-2129 | | November 2023 | $25,000.00 |
| | **Email or website address** https://www.evergreensettlementgroup .com/ | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.6. | Peter Ashton 2407 Watercrest Dr Keller, TX 76248-8347 | | October 2023 | $594,980.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 15840 FM 529 Rd Ste 303 Houston, TX 77095-2569 | 01/2017 to 06/2021 |
| 14.2. | 11700 Katy Fwy Ste 310 Houston, TX 77079-1218 | 06/2021 to 09/2022 |

| Part 8: | Health Care Bankruptcies |
|---|---|

| Debtor | Spartan Group Holdings, LLC | Case number *(if known)* 23-42384 |
|--------|------------------------------|-------------------------------------|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|-------------------------------------------------------------------------------|---------------------------------------------------------------------------|
| | | |

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|------|---------------------------------------|---------------------------------|-------------------------------|------------------------------------------------------|------------------------------------------|
| 18.1. | Frost Bank<br>PO Box 1600<br>San Antonio, TX 78296-1600 | **XXXX**-2881 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | October 2023 | Unknown |
| 18.2. | Frost Bank<br>PO Box 1600<br>San Antonio, TX 78296-1600 | **XXXX**-4920 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | October 2023 | Unknown |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|-----------------------------------------|-------------------------------------------|-----------------------------|----------------------------|
| | | | |

Debtor    Spartan Group Holdings, LLC                              Case number *(if known)*  23-42384

---

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Parking Lot<br>545 E Church St<br>Lewisville, TX 75057 | Erika Bickhart<br>Adrian Luevano | small tools and equipment | ☐ No<br>■ Yes |
| Colorado Park Self-Storage-Thornton<br>2045 Coronado Pkwy N<br>Denver, CO 80229 | Santiago Avila<br>Adrian Cano | office furniture, small tools, miscellaneous | ☐ No<br>■ Yes |
| Public Storage<br>1474 Justin Rd # 407<br>Lewisville, TX 75077 | Erika Bickhart<br>Adrian Cano | office furniture | ☐ No<br>■ Yes |
| Public Storage<br>1755 E Main St<br>Mesa, AZ 85203 | Jodi Drost<br>Ignacio Salinas<br>Erika Bickhart | trailer, office furniture, small tools, miscellaneous | ☐ No<br>■ Yes |
| Absolute Self Storage<br>5656 Military Pkwy<br>Dallas, TX 75227 | Erika Bickhart<br>Adrian Luevano | trailer | ■ No<br>☐ Yes |
| Public Storage<br>201 S Jim Wright Fwy<br>Fort Worth, TX 76108 | Erika Bickhart<br>Javier Delgado<br>Tony Murillo | trailer | ■ No<br>☐ Yes |
| Extra Space Storage<br>6315 N McDonald St<br>Melissa, TX 75454 | Erika Bickhart<br>Faustino Rodriguez | trailer | ■ No<br>☐ Yes |
| Extra Space Storage<br>3308 Waypoint Dr<br>Carrollton, TX 75006 | Erika Bickhart<br>Faustino Rodriguez<br>Sergio Rodriguez | trailer | ■ No<br>☐ Yes |
| Cubesmart<br>1350 N 1st St<br>Garland, TX 75040 | Faustino Rodriguez | trailer | ■ No<br>☐ Yes |

---

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| various parties in construction chain | | one or more of the debtors may hold funds in trust under the Texas Construction Trust Fund Act or other similar state acts | Unknown |

---

**Part 12:  Details About Environment Information**

Debtor   Spartan Group Holdings, LLC                                    Case number *(if known)*   23-42384

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1. Spartan Engineering Services LLC 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | | **EIN:** 86-3019172 **From-To** |
| 25.2. Spartan Metals Distribution, LLC 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | | **EIN:** 86-3723800 **From-To** |
| 25.3. Spartan Fabrication Services LLC 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | | **EIN:** 86-2981692 **From-To** |

Debtor    Spartan Group Holdings, LLC                              Case number (if known)  23-42384

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.4.  Spartan Innovation and Technology 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | | **EIN:**  92-0955788 <br> **From-To** |
| 25.5.  Spartan Valley Chili Road LLC 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | | **EIN:**  87-1351399 <br> **From-To** |
| 25.6.  Spartan Reinforcing, LLC 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | | **EIN:**  81-4896811 <br> **From-To** |
| 25.7.  Spartan Concrete Construction LLC 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | | **EIN:**  87-4275378 <br> **From-To** |
| 25.8.  Spartan Equipment Leasing LLC 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | | **EIN:**  86-2989972 <br> **From-To** |
| 25.9.  Spartan Employee Leasing, LLC 6021 Connection Dr Ste 200 Irving, TX 75039-2607 | | **EIN:**  86-3058324 <br> **From-To** |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  John Elsworth 478 S 100 E Salem, UT 84653-9427 | 09/2021 to 07/2022 |
| 26a.2.  Michael Brennan 301 Foxcroft Ln Keller, TX 76248-3815 | 06/2022 to 01/2023 |
| 26a.3.  Stirling Vinyard 3209 Clubview Dr Argyle, TX 76226-2111 | 08/2022 to Present |
| 26a.4.  Shayne Rutherford 1717 Marcella Ln Rowlett, TX 75089-1903 | 02/2023 to 12/2023 |
| 26a.5.  Rhonda Hodgson 2634 Heathergold Dr Houston, TX 77084-4339 | 03/2018 to Present |

Debtor   Spartan Group Holdings, LLC                                          Case number *(if known)*   23-42384

| Name and address | Date of service From-To |
|---|---|
| 26a.6.   Alejandra Mitchell<br>4101 S Custer Rd Apt 314<br>McKinney, TX 75070-6210 | 07/2023 to 11/2023 |
| 26a.7.   Ellen Richards<br>142 S Laurel Springs Dr<br>DeSoto, TX 75115-5387 | 02/2022 to Present |
| 26a.8.   Jolie Key<br>1015 Mayflowers Ln<br>Lancaster, TX 75134-4614 | 09/2022 to 12/2023 |
| 26a.9.   Kristi McGhee<br>1311 Meadows Ave<br>Lantana, TX 76226-7300 | 10/2021 to 03/2023 |
| 26a.10.   Rachael Koch<br>2018 Auburn Dr<br>Richardson, TX 75081-3126 | 08/2022 to 12/2022 |
| 26a.11.   Kevin Jackson<br>4232 Round Valley Ln<br>Roanoke, TX 76262-1979 | 04/2023 to 11/2023 |
| 26a.12.   Debbie Pond<br>4232 Round Valley Ln<br>Roanoke, TX 76262-1979 | 04/2023 to 11/2023 |
| 26a.13.   Cindy Hogan<br>2018 Auburn Dr<br>Richardson, TX 75081-3126 | 08/2022 to 12/2022 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   Calvetti-Ferguson<br>700 Louisiana St Ste 2500<br>Houston, TX 77002-2843 | 01/2018 to Present |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   Vinyard & Associates<br>660 N Carroll Ave Ste 110<br>Southlake, TX 76092-6477 | 08/2022 to Present |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.   Novo Advisors<br>401 N Franklin St Ste 4E<br>Chicago, IL 60654-4900 | 05/2023 to 11/2023 |

| Name and address | Date of service From-To |
|---|---|
| 26b.4.   Pathfinder Group<br>1211 Cambridge Dr<br>Carrollton, TX 75007-4403 | 10/2023 to Present |

Debtor   Spartan Group Holdings, LLC                                    Case number (if known)  23-42384

| Name and address | Date of service From-To |
|---|---|
| 26b.5.   Aaron Crouter<br>3000 Town Ctr Ste 1805<br>Southfield, MI 48075-1102 | 09/2023 to 09/2023 |

| Name and address | Date of service From-To |
|---|---|
| 26b.6.   Adrian Cano<br>4408 Saddlewood Dr<br>Flower Mound, TX 75028-3101 | 04/2023 to Present |

| Name and address | Date of service From-To |
|---|---|
| 26b.7.   Alejandra Mitchell<br>4101 S Custer Rd Apt 314<br>McKinney, TX 75070-6210 | 07/2023 to Present |

| Name and address | Date of service From-To |
|---|---|
| 26b.8.   Brandon Rodriguez<br>4928 Live Oak St Apt 104<br>Dallas, TX 75206-8630 | 07/2023 to 12/2023 |

| Name and address | Date of service From-To |
|---|---|
| 26b.9.   Cassi Alexander<br>119 Harbour Town Cir<br>Montgomery, TX 77356-8850 | 04/2023 to Present |

| Name and address | Date of service From-To |
|---|---|
| 26b.10.   Clayton Porscha<br>5757 Woodway Dr Ste 301B<br>Houston, TX 77057-1541 | 09/2023 to 10/2023 |

| Name and address | Date of service From-To |
|---|---|
| 26b.11.   Craig Wallace<br>651A FM 535<br>Smithville, TX 78957-2446 | 01/2023 to Present |

| Name and address | Date of service From-To |
|---|---|
| 26b.12.   Daniel Kordo<br>3000 Town Ctr Ste 1805<br>Southfield, MI 48075-1102 | 09/2023 to 09/2023 |

| Name and address | Date of service From-To |
|---|---|
| 26b.13.   Debbie Pond<br>4232 Round Valley Ln<br>Roanoke, TX 76262-1979 | 04/2023 to 10/2023 |

| Name and address | Date of service From-To |
|---|---|
| 26b.14.   Ellen Richards<br>3188 US Highway 82<br>Bells, TX 75414-4289 | 07/2023 to 12/2023 |

| Name and address | Date of service From-To |
|---|---|
| 26b.15.   Geoff Hayward<br>1320 Parma Dr<br>Lewisville, TX 75077-3731 | 04/2023 to Present |

| Debtor | Spartan Group Holdings, LLC | Case number *(if known)* 23-42384 |

| Name and address | Date of service From-To |
|---|---|
| 26b.16. Igor Fuentes<br>1408 Ranch Hill Dr<br>Irving, TX 75063-5067 | 06/2023 to 12/2023 |

| Name and address | Date of service From-To |
|---|---|
| 26b.17. Jesse Aguayo<br>3000 Town Ctr Ste 1805<br>Southfield, MI 48075-1102 | 09/2023 to 09/2023 |

| Name and address | Date of service From-To |
|---|---|
| 26b.18. Jolie Key<br>142 S Laurel Springs Dr<br>DeSoto, TX 75115-5387 | 08/2023 to Present |

| Name and address | Date of service From-To |
|---|---|
| 26b.19. Kevin Jackson<br>4232 Round Valley Ln<br>Roanoke, TX 76262-1979 | 04/2023 to 10/2023 |

| Name and address | Date of service From-To |
|---|---|
| 26b.20. Michael Martin<br>1604 Daisy Ln<br>Flower Mound, TX 75028-5147 | 04/2023 to Present |

| Name and address | Date of service From-To |
|---|---|
| 26b.21. Nate VanDeCasteele<br>401 N Franklin St Ste 4E<br>Chicago, IL 60654-4900 | 08/2023 to 12/2023 |

| Name and address | Date of service From-To |
|---|---|
| 26b.22. Paul Ossa<br>1211 Cambridge Dr<br>Carrollton, TX 75007-4403 | 12/2023 to 12/2023 |

| Name and address | Date of service From-To |
|---|---|
| 26b.23. Peter Ashton<br>2407 Watercrest Dr<br>Keller, TX 76248-8347 | 06/2023 to 06/2023 |

| Name and address | Date of service From-To |
|---|---|
| 26b.24. Rhonda Hodgson<br>1717 Marcella Ln<br>Rowlett, TX 75089-1903 | 04/2023 to 12/2023 |

| Name and address | Date of service From-To |
|---|---|
| 26b.25. Shayne Rutherford<br>704 Ashley Ct<br>Lewisville, TX 75077-1878 | 04/2023 to 12/2023 |

| Name and address | Date of service From-To |
|---|---|
| 26b.26. Stirling Vinyard<br>3209 Clubview Dr<br>Argyle, TX 76226-2111 | 04/2023 to Present |

Debtor   Spartan Group Holdings, LLC                           Case number *(if known)*   23-42384

| Name and address | Date of service From-To |
|---|---|
| 26b.27.   Suresh Mutyala<br>9120 Dillon Trl<br>Irving, TX 75063-8070 | 08/2023 to 10/2023 |

| Name and address | Date of service From-To |
|---|---|
| 26b.28.   Yamagata Shohei-ISALSA<br>11 W Ocean Blvd Ste 1235<br>Long Beach, CA 90802-4645 | 09/2023 to 10/2023 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Calvetti-Ferguson<br>700 Louisiana St Ste 2500<br>Houston, TX 77002-2843 | |
| 26c.2.   Pathfinder Group<br>1211 Cambridge Dr<br>Carrollton, TX 75007-4403 | |
| 26c.3.   Adrian Cano<br>4408 Saddlewood Dr<br>Flower Mound, TX 75028-3101 | |
| 26c.4.   Alejandra Mitchell<br>2634 Heathergold Dr<br>Houston, TX 77084-4339 | |
| 26c.5.   Cassi Alexander<br>119 Harbour Town Cir<br>Montgomery, TX 77356-8850 | |
| 26c.6.   Ellen Richards<br>3188 US Highway 82<br>Bells, TX 75414-4289 | |
| 26c.7.   Geoff Hayward<br>1320 Parma Dr<br>Lewisville, TX 75077-3731 | |
| 26c.8.   Jolie Key<br>142 S Laurel Springs Dr<br>DeSoto, TX 75115-5387 | |
| 26c.9.   Michael Martin<br>1604 Daisy Ln<br>Flower Mound, TX 75028-5147 | |
| 26c.10.   Nate VanDeCasteele<br>401 N Franklin St Ste 4E<br>Chicago, IL 60654-4900 | |
| 26c.11.   Paul Ossa<br>1211 Cambridge Dr<br>Carrollton, TX 75007-4403 | |
| 26c.12.   Rhonda Hodgson<br>1717 Marcella Ln<br>Rowlett, TX 75089-1903 | |

Debtor    Spartan Group Holdings, LLC                                    Case number (if known)  23-42384

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.13. Shayne Rutherford<br>704 Ashley Ct<br>Lewisville, TX 75077-1878 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. ACEMAR USA LLC<br>25700 I-45 North #4330<br>Spring, TX 77386 |
| 26d.2. American Global<br>25700 Interstate 45 Ste 140<br>Spring, TX 77386-1357 |
| 26d.3. Austin Commercial<br>1301 S Mopac Ste 300<br>Austin, TX 78746 |
| 26d.4. Baker Concrete Construction<br>900 N Graver Rd<br>Monroe, OH 45050 |
| 26d.5. Bob Moore Construction<br>3611 William Tate Ave<br>Grapevine, TX 76051 |
| 26d.6. BMO Harris Bank N.A.<br>50 S 6th St Ste 1000<br>Minneapolis, MN 55402-1500 |
| 26d.7. BMO Harris Equipment Finance<br>790 N Water St Fl 14W<br>Milwaukee, WI 53202-3783 |
| 26d.8. Cadre Construction<br>7801 N Capitol of Texas Hwy Ste 260<br>Austin, TX 78731 |
| 26d.9. Camblin Steel Service Inc.<br>548 Gibson Dr. Suite 150<br>Roseville, CA 95678 |
| 26d.10. Cambro Construction<br>7424 2nd St NW<br>Albuquerque, NM 87107 |
| 26d.11. City of Austin<br>4815 Mueller Blvd<br>Austin, TX 78723-3573 |
| 26d.12. City of Denver<br>201 W Colfax Ave Dept 1010<br>Denver, CO 80202-5332 |
| 26d.13. City of Houston<br>901 Bagby St<br>Houston, TX 77002-2526 |

Debtor    Spartan Group Holdings, LLC                                    Case number *(if known)*   23-42384

| Name and address |
|---|
| 26d.14. | Commerce Construction<br>131 Exchange Ave Ste 220<br>Fort Worth, TX 76164 |
| 26d.15. | Concrete Reinforcing Products<br>1381 Sawgrass Corporate Pkwy<br>Fort Lauderdale, FL 33323 |
| 26d.16. | Core Construction<br>6320 Research Rd<br>Frisco, TX 75033 |
| 26d.17. | Deacero USA, Inc.<br>PO Box 843739<br>Dallas, TX 75248-3739 |
| 26d.18. | Duferco Steel LLC<br>800 Gessner Rd. #1150<br>Houston, TX 77024 |
| 26d.19. | Fabco, LLC<br>PO Box 732681<br>Dallas, TX 75373-2681 |
| 26d.20. | Frankenmuth<br>701 US Route 1 Ste 1<br>Yarmouth, ME 04096-7006 |
| 26d.21. | GM Financial<br>PO Box 183003<br>Arlington, TX 76096-3003 |
| 26d.22. | Hill & Wilkinson Construction<br>2703 Telecom Pkwy Ste 120<br>Richardson, TX 75082 |
| 26d.23. | Homes Murphy<br>2727 Grand Prairie Pkwy<br>Waukee, IA 50263-8844 |
| 26d.24. | JE Dunn Construction<br>901 S Mopac Expwy<br>Barton Oaks Plaza IV, Ste 290<br>Austin, TX 78746 |
| 26d.25. | Markel<br>2103 CityWest Blvd Ste 1300<br>Houston, TX 77042-2832 |
| 26d.26. | Marubeni-Itochu Steel America Inc.<br>111 W Ocean Blvd Ste 1235<br>Long Beach, CA 90802 |
| 26d.27. | McCarthy Building Companies<br>1701 Platte St Ste 220<br>Denver, CO 80202 |
| 26d.28. | North Central Texas Regional Certificati<br>2261 Brookhollow Plaza Dr Ste 300<br>Arlington, TX 76006-7417 |
| 26d.29. | Novo Advisors<br>401 N Franklin St Ste 4E<br>Chicago, IL 60654-4900 |

Debtor    Spartan Group Holdings, LLC                                    Case number *(if known)*   23-42384

| Name and address |
|---|

**26d.30.**   Pathward/IBEX Financial
5501 S Broadband Ln
Sioux Falls, SD 57108-2253

**26d.31.**   PC Advisors
8235 Douglas Ave Ste 550
Dallas, TX 75225

**26d.32.**   Penza Capital Corporation
2015 Orrington Ave
Evanston, IL 60201

**26d.33.**   Peter Ashton
2407 Watercrest Dr
Keller, TX 76248-8347

**26d.34.**   Preferred CFO
478 S 100 E
Salem, UT 84653

**26d.35.**   State of Arizona
1700 W Washington St Ste 105
Phoenix, AZ 85007-2836

**26d.36.**   State of Arkansas
4100 Richards Rd
North Little Rock, AR 72111-7265

**26d.37.**   State of Louisiana
600 North St
Baton Rouge, LA 70802-5419

**26d.38.**   Steel Hub Americas
3295 E Main St
Danville, IL 61834

**26d.39.**   US Capital Global Partners
1 Ferry Bldg Ste 201
San Francisco, CA 94111-4213

**26d.40.**   Vinyard & Associates
660 N Carroll Ave Ste 110
Southlake, TX 76092-6477

**26d.41.**   Vinton Steel LLC
PO Box 201727
Dallas, TX 75320-1727

**26d.42.**   Zurich North America
PO Box 4664
Carol Stream, IL 60197-4664

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    Spartan Group Holdings, LLC        Case number *(if known)*   23-42384

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Adrian Cano | 4408 Saddlewood Dr Flower Mound, TX 75028-3101 | CEO / President | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Craig Wallace | 651A FM 535 Smithville, TX 78957-2446 | COO | 0% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Michael Brennan | 301 Foxcroft Ln Keller, TX 76248-3815 | CFO (0%) | 06/2022 to 01/2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Shayne Rutherford | 704 Ashley Ct Lewisville, TX 75077-1878 | CFO (0%) | 04/2023 to 12/2023 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Adrian Cano 4408 Saddlewood Dr Flower Mound, TX 75028-3101 | $159,987.10 | 2022 2023 | salary |
| | **Relationship to debtor** CEO | | | |
| 30.2. | Michael Brennan 301 Foxcroft Ln Keller, TX 76248-3815 | $11,916.02 | 2022 | salary |
| | **Relationship to debtor** former CFO | | | |
| 30.3. | Shayne Rutherford 1717 Marcella Ln Rowlett, TX 75089-1903 | $126,243.49 | 2023 | salary; bonus |
| | **Relationship to debtor** former CFO | | | |

Debtor   Spartan Group Holdings, LLC                                    Case number (if known)   23-42384

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4. | Craig Wallace<br>651A FM 535<br>Smithville, TX 78957-2446 | $95,296.77 | 2022<br>2023 | salary |
| | **Relationship to debtor**<br>COO | | | |
| 30.5. | Lala Cano<br>4408 Saddlewood Dr<br>Flower Mound, TX 75028 | $56,234.72 | 2022<br>2023 | salary |
| | **Relationship to debtor**<br>Payroll Generalist | | | |
| 30.6. | Alejandra Mitchell<br>4101 S Custer Rd Apt 314<br>McKinney, TX 75070-6210 | $70,408.57 | 2022<br>2023 | salary |
| | **Relationship to debtor**<br>Accounting Manager | | | |
| 30.7. | Derek Cormwell<br>129 Riverside Dr<br>Sunland Park, NM 88063 | $20,884.46 | 2023 | salary |
| | **Relationship to debtor**<br>Sales Representative | | | |
| 30.8. | John Wallace<br>1417 NE 7th St<br>Smithville, TX 78957 | $127,116.86 | 2022<br>2023 | salary |
| | **Relationship to debtor**<br>Bid Manager | | | |
| 30.9. | Manuel Rodriguez<br>4408 Saddlewood Dr<br>Flower Mound, TX 75028 | $40,735.42 | 2022<br>2023 | salary |
| | **Relationship to debtor**<br>Iron Worker | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    Spartan Group Holdings, LLC _____    Case number *(if known)*   23-42384

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___January 12, 2024___

_/s/ Adrian J. Cano_ _____        Adrian J. Cano _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   _Chief Executive Officer _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of Texas

In re   Spartan Group Holdings, LLC

Debtor(s)

Case No.   23-42384

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Adrian J. Cano Holdings, LLC<br>6021 Connection Dr Ste 200<br>Irving, TX 75039-2607 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   January 12, 2024

Signature   */s/ Adrian J. Cano*

Adrian J. Cano

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.