UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 23-42384 |
| SPARTAN GROUP HOLDINGS, LLC, | § | |
| *et al*, | § | Chapter 11 |
| | § | |
| Debtor. | § | **EXPEDITED HEARING REQUESTED** |
| | § | |

**MOTION OF CADRE ATX LLC COMPEL REJECTION OF CONTRACT WITH DEBTOR**

**LBR 9007(a) NOTICE**

**Your rights may be affected by the relief sought in this pleading. You should read this pleading carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you oppose the relief sought by this pleading, you must file a written objection, explaining the factual and/or legal basis for opposing the relief.**

**No hearing will be conducted on this Motion unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the party filing this pleading WITHIN TWENTYONE (21) DAYS FROM THE DATE OF SERVICE shown in the certificate of service unless the Court shortens or extends the time for filing such objection. If no objection is timely served and filed, this pleading shall be deemed to be unopposed, and the Court may enter an order granting the relief sought. If an objection is filed and served in a timely manner, the Court will thereafter set a hearing with appropriate notice. If you fail to appear at the hearing, your objection may be stricken. The Court reserves the right to set a hearing on any matter.**

**TO THE HONORABLE BRENDA T. RHOADES, U.S. BANKRUPTCY JUDGE:**

Cadre ATX LLC, general contractor, creditor, and party in interest ("Cadre"), files this *Motion of Cadre ATX LLC to Compel Rejection of Contract with Debtor* (the "Motion") and in support thereof would show to the Court the following.

**EXPEDITED HEARING REQUESTED**

1. Cadre is filing a motion for expedited hearing concurrently with the filing of this Motion. Cadre will seek to address potential hearing dates with the Court at the hearing(s) scheduled for January 23, 2024, if time permits.

## INTRODUCTION

2. Cadre is a general contractor which pre-petition engaged Spartan Concrete Construction LLC ("Spartan" or the "Debtor") as a subcontractor by execution of a subcontract dated March 16, 2023 (the "Subject Contract") in connection with the construction by Cadre for owner Dutch Bros. Coffee ("Owner" or "Dutch") of a roasting facility (the "Project") in the Melissa, Texas area.

3. Since at least November 10, 2023, the Debtor has failed and/or refused and/or has been unable to perform the Subject Contract and has caused delays in the completion by Cadre of the prime contract with the Owner.

4. Substantial completion of the prime contract is scheduled for late February, 2024. As with any prime contract, time is of the essence as a term of the prime contract.

5. Continuation of the Project beyond initial dirt work is in jeopardy because the Debtor was to have supplied the slab and other initial cement work for the Project.

6. Accordingly, pursuant to Code § 365(d)(2), Cadre respectfully requests that the Court set a deadline for the Debtor to assume or reject the Subject Contact, and that at the hearing on this Motion determine that assumption is impossible and that rejection should occur immediately.

## JURISDICTION AND VENUE

7. This Court has jurisdiction over this Motion pursuant to Sections 105, 363, 362, 365, 542, 553, and/or 1101 et seq. of the United States Bankruptcy Code, Title 11 of the U.S. Code, 11 U.S.C. §101 et seq. (the "Code" or "Bankruptcy Code"), and Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules" or individually a "Bankruptcy Rule"), and 28 U.S.C. §§157 and 1334.

8. This matter constitutes a core proceeding under 28 U.S.C. §157(b).

9. Venue is proper under 28 U.S.C. §§1408 and 1409.

10. The Court has constitutional authority to decide this Motion and enter final orders under *Stern v. Marshall*, 564 U.S. 462 (2011) and its progeny.

## FACTUAL BACKGROUND

**Procedural background relative to this Motion.**

11. On December 13, 2023, Debtors filed a voluntary petition to commence these cases.

12. On December 18, 2023, Debtor filed a motion (Docket No. 18) (the "Payments Motion") seeking an expedited hearing and entry of the Payments Order.

13. Cadre was not included in the service of the Payments Motion. *See* Docket No. 18-2.

14. Contrary to the purported breadth of the relief sought in the Payments Motion, the Debtor used a modified, shortened service list that omitted Cadre and likely many other general contractors. *See* Docket No. 18-2.

15. Similarly, the notice of hearing for the Payments Order omits Cadre and likely many other general contractors. *See* Docket No. 32.

16. On December 27, 2023, the Court entered the Payments Order. See Docket No. 57.

17. The BNC notice of the Payments Order omitted Cadre, indicating that Cardre was not included in the original matrix for this case. *See* Docket No. 66.

18. Although the original problem leading to the Payments Order consisted of the over-reach and payment redirection sought by merchant cash advance and/or hard money lenders, the Payments Order, by specific intent of the Debtor, also interrupts the normal flow of payments from owners to general contractors and then to suppliers and subcontractors beneath

the Debtor. Thus, the Payments Order provides the opportunity for a windfall to the Debtor and significant harm to parties above the Debtor, including especially general contractors like Cadre.

**Background related to Cadre and the Debtor.**

19. The Debtor prepetition failed to pay for approximately $500,000 of labor and materials of subcontractors ordered by the Debtor for the Project, which subcontractors now threaten Chapter 53 liens against the Owner and the Project.

20. The Debtor contends the Payments Order prohibits Cadre from directly satisfying subcontractor claims from progress payments received from the Owner, which funds actually constitute construction trust funds and/or lien proceeds that should be directed to suppliers and subcontractors, and which funds and/or claims constitute valid setoffs to any amounts that ultimately might be owed to the Debtor.

21. The Debtor promises vociferously that any attempt to direct construction trust funds and/or lien proceeds to suppliers and subcontractors will be the subject of motion practice and/or an adversary proceeding, yet the Debtor refuses or is incapable of resolving any of the payment issues caused by the Debtor and this bankruptcy.[1]  The litigation threats and aggressive posture of the Debtor actually prevent the quiet resolution of these issues that usually occurs in construction cases that keeps projects on tract and without any net harm to the estate.

22. The Debtor and Cadre conducted an all-hands call, business and counsel. on January 12, 2024 to address subcontractor claims.  The Debtor refused also to address the current or future performance of the contract by the Debtor.

---

[1] Indeed, the Payments Order should be modified to include a gating feature, whereby the Debtors must first seek leave of the Court to prosecute any motion practice or adversary proceeding involving the flow of any construction payments and/or amounts which the Debtors seek from customers of the Debtors.

23. The Debtor indicated that the Debtor wishes to negotiate the direction of construction trust funds and satisfaction of lien claims, when ultimately there is nothing to negotiate except to reduce unnecessary obstacles created by the Debtor.

24. The Debtor indicated also that these supposed or needless negotiations could commence once the Debtor and Cadre exchanged information and determined the correct amounts due to subcontractors.

25. Cadre has sent abundant information and backup documentation to the Debtor since January 12, 2024 without the Debtor providing any substantive responses.

26. The Debtor indicates that it is unable to respond, and that key personnel have left and/or insufficient resources exist to post and review invoices and then supply information to Cadre.

27. After days and weeks of engagement, Cadre is no closer to resolving any potential lien claims, while the lien deadlines of those owed money by the Debtor draws closer each day.

**Subcontractors and suppliers unpaid by the Debtor, pre-petition JCAs.**

28. In November, 2023, the Debtor ceased paying Subcontractors on the Project.

29. As of the filing of this Motion, Cadre is aware of at least $522,714.38 of invoices of suppliers and/or subcontractors for labor and/or material supplied to the Project at the request of the Debtor under the Subject Contract. *See* **Exhibit CAD004**.[2]

30. Many of the Subcontractors are parties to pre-petition joint check agreements (each a "JCA" or together "JCAs") among the Cadre, the Debtor, and the Subcontractor. Under the JCAs the Debtor and each supplier or subcontractor simultaneously receive funds to satisfy the obligations of Cadre, the Debtor and the supplier or subcontractor provide lien releases

---

[2] Cadre will consequently number its exhibits throughout this case. Exhibits CAD001-CAD003 are reserved for the contracts relating to this Motion in the event of a hearing on this Motion.

and/or lien waivers as to the invoices that are the subject of each payment, and funds would flow directly to the supplier or subcontractor in order to release the active and/or potential lien claims.

31. As discussed above, between the Payments Order and the refusal and/or inability of the Debtor to agree to payments to supplier and/or subcontractors, the JCA process with the Debtor and the supplier and subcontractors has ceased to function.

**Failure of Debtor to perform contract with Cadre.**

32. The Debtor also has failed to attempt any performance of the contract with Cadre related to the Project since the petition date, causing substantial delays to the Project, making the completion date impossible, and in the process damaging the reputation of Cadre.

33. Late February, 2024 is the scheduled completion date of the Project under the prime contact between Cadre and the Owner.

34. As with any prime contract, time is of the essence as a term of the prime contract.

35. Since at least November 10, 2023, and continuing since the petition date, the Debtor, without limitation, has failed to undertake the following work under the contract on the Project.

- Completion of formwork and rebar installation pursuant to a change order approved November 10, 2023;
- Completion of interior slab/equipment pads;
- Completion of site concrete paving;
- Completion of public and private sidewalks; and
- Completion of the west entry public driveway.

36. The Debtor has failed to perform this (or any) work on the Project in the month of January 2024, and the Debtor's suppliers and labor force have indicated on numerous occasions that the Debtor cannot perform its obligations going forward.

37. Furthermore, the Debtor is unwilling to buy the materials required by the contract, and/or suppliers which are not the subject of an executory contract with the Debtor (and thus free

of any Code §§ 362-365 concerns) refuse to supply additional materials to the Debtor in general and on the Project in particular because of outstanding lien claims, which lien claims are unresolved because of the Payments Order, the aggressive posture of the Debtor, and/or the delays of the Debtor.

38. One or more suppliers of materials to the Debtor have informed Cadre that the supplier(s) will no longer supply cement or other materials to the Debtor.

## RELIEF REQUESTED

39. Pursuant to Code § 365(d)(2), Cadre respectfully requests that the Court set a deadline for the Debtor to assume or reject the Subject Contact as of the hearing on this Motion, and that at the hearing on this Motion determine that assumption is impossible and that rejection should occur immediately.

40. A proposed form of order is attached hereto and is incorporated by reference herein. Notice is provided that the final form of order may be changed at any hearing on this Motion.

## BASIS OF RELIEF

41. The Debtor contends that the Subject Contract constitutes an executory contract.

42. As a threshold matter, Cadre would show the Subject Contact is not an executory contract because no mutual obligations remain.

43. Code §365(d)(2) provides the Court with the ability to set a time limit before confirmation by which the Debtor must reject or seek to assume the Subject Contract. What constitutes a reasonable time is left to the bankruptcy court's discretion in light of the circumstances of the particular case. *See In the Matter of Memory Lane of Bremen, LLC*, 535 B.R. 901, 906 (Bankr. N.D. Ga. 2015); *In re Kmart Corp.*, 290 B.R. 614, 619 (Bankr. N.D. Ill. 2003).

44. The Debtor should be compelled in these circumstances immediately to reject the Contract.

45. The Debtor has performed some work, but has effectively walked off the job as of November 10, 2023.

46. The Debtor has made no cognizable efforts to progress the work of the Debtor post-petition.

47. Cadre should be free to engage other cement installers at the Project.

48. Cadre engaged the Debtor to perform the initial cement work on the Project, including the installation of the slab floor of the roasting facility.

49. Simply put, the entirety of the Project is stuck at the dirt work stage because of the failure of the Debtor to make any progress whatsoever for more than ninety days on location.

50. The completion date of the prime contract is late February 2024.

51. Any delays of the completion date will negatively impact Cadre financially under the prime contract and by reputation with the Owner and in the construction industry.

## CONCLUSION AND PRAYER

WHEREFORE, Cadre ATX, LLC, general contractor, creditor, and party in interest, respectfully request that the Court set a deadline for the Debtor to assume or reject the Subject Contact as of the hearing on this Motion, and that at the hearing on this Motion determine that assumption is impossible and that rejection should occur immediately. Movant respectfully requests such other and further relief to which Movant is entitled at law or in equity.

Dated: January 23, 2024    Respectfully submitted:

        WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
        By:    */s/ Jeff Carruth*
          JEFF CARRUTH (TX SBN: 24001846)
          2608 Hibernia, Suite 105
          Dallas, Texas 75204-2514
          Telephone: (713) 341-1158
          Fax: (713) 961-5341
          E-mail: jcarruth@wkpz.com

- and -

        ALLENSWORTH & PORTER, L.L.P.
        By:    */s/ Jack Byrom*
          Jack Byrom (TX SBN: 24082763)
          100 Congress Avenue, Suite 700
          Austin, Texas 78701
          Telephone: (512) 708-1250
          Fax: (512) 708-0519
          Email: jbyrom@allensworthlaw.com

**ATTORNEYS FOR
CADRE ATX LLC**

## CERTIFICATE OF SERVICE

On January 23, 2024, I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon all registered ECF users who have appeared in this case to date through the ECF noticing system.

          */s/ Jeff Carruth*
          JEFF CARRUTH

**PROPOSED FINAL ORDER**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § § § § § § § § § | Case No. 23-42384 |
| SPARTAN GROUP HOLDINGS, LLC, *et al*, | | Chapter 11 |
| Debtor. | | |

### ORDER GRANTING MOTION OF CADRE ATX LLC TO COMPEL REJECTION OF CONTRACT WITH DEBTOR (RE: DOCKET NO. 111)

On this day came on for consideration the *Motion of Cadre ATX LLC to Compel Rejection of Contract With Debtor* (Docket No. 111) (the "Motion") filed herein on January 23, 2024 by Cadre ATX, LLC, general contractor, creditor, and party in interest ("Cadre"). The Court finds and concludes that the Motion contained the appropriate notices under the Bankruptcy Local Rules; according to the certificate of service attached to the Motion, the Motion was served upon the parties entitled to receive notice under the Bankruptcy Local Rules; and that upon review of the record of this case and with respect to the Motion that cause exists to grant the relief requested therein.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. All capitalized terms shall have the same meaning as ascribed to such terms in the Motion, unless otherwise defined herein.

3. Any and all executory contract(s) between Cadre ATX LLC and Spartan Concrete Construction LLC, including the subcontract dated March 16, 2023 are hereby rejected.

4. The automatic stay of Code §362(a) is hereby lifted, annulled, and termination that Cadre ATC LLC may enforce its remedies under the rejected contract(s).

5. Cadre ATX LLC may file a proof of claim relating to the rejection of the contract(s) on or before the 90th day following entry of this Order.

Dated: _____

                                      _____
                                      THE HONORABLE BRENDA T. RHOADES
                                      UNITED STATES BANKRUPTCY JUDGE

Submitted by:

Jeff Carruth (TX SBN: 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
2608 Hibernia, Suite 105
Dallas, Texas 75204-2514
Telephone: (713) 341-1158
Fax: (713) 961-5341
E-mail: jcarruth@wkpz.com

ATTORNEYS FOR CADRE ATX LLC

**EXHIBIT CAD004**

| Vendor: Company Name | Bill Date | Bill Number | Date Due | No. Days Overdue | Amount Due | Subsidiary: N | Project | Project: Project Name |
|---|---|---|---|---|---|---|---|---|
| ABC Concrete Sawing & Trucking | 9/20/2023 | 541406 | 10/20/2023 | 91 | $1,840.00 | SCC | 80231011 | Dutch Bros Roasting Facility |
| ACT Saw Cutting & Removal | 7/18/2023 | 57981 | 8/17/2023 | 155 | $1,359.50 | SCC | 80231011 | Dutch Bros Roasting Facility |
| ACT Saw Cutting & Removal | 7/20/2023 | 58057 | 8/19/2023 | 153 | $1,576.80 | SCC | 80231011 | Dutch Bros Roasting Facility |
| Advanced Geodetic Surveys | 7/20/2023 | A2307078S | 8/19/2023 | 153 | $979.66 | SCC | 80231011 | Dutch Bros Roasting Facility |
| Advanced Geodetic Surveys | 7/24/2023 | A2307085S | 8/23/2023 | 149 | $860.59 | SCC | 80231011 | Dutch Bros Roasting Facility |
| Avanse Place and Finish Concrete | 11/13/2023 | 1055 | 11/23/2023 | 57 | $6,000.00 | SCC | 80231011 | Dutch Bros Roasting Facility |
| Blair Services | 10/13/2023 | 1573 | 11/12/2023 | 68 | $3,500.00 | SCC | 80231011 | Dutch Bros Roasting Facility |
| BLW Place & Finish, LLC | 11/30/2023 | 11823 | 11/30/2023 | 50 | $5,500.00 | SCC | 80231011 | Dutch Bros Roasting Facility |
| BLW Place & Finish, LLC | 12/12/2023 | 11842 | 12/12/2023 | 38 | $6,705.00 | SCC | 80231011 | Dutch Bros Roasting Facility |
| BLW Place & Finish, LLC | 12/22/2023 | 11870 | 12/22/2023 | 28 | $7,700.00 | SCC | 80231011 | Dutch Bros Roasting Facility |
| BLW Place & Finish, LLC | 12/27/2023 | 11890 | 12/27/2023 | 23 | $11,426.00 | SCC | 80231011 | Dutch Bros Roasting Facility |
| Buyers Safety LLC | 8/21/2023 | 122310 | 9/20/2023 | 121 | $737.52 | SCC | 80231011 | Dutch Bros Roasting Facility |
| Buyers Safety LLC | 9/13/2023 | 123890 | 10/13/2023 | 98 | $48.68 | SCC | 80231011 | Dutch Bros Roasting Facility |
| Colony Hardware Corporation | 7/3/2023 | 5558213 | 8/2/2023 | 170 | $173.20 | SCC | 80231011 | Dutch Bros Roasting Facility |
| Colony Hardware Corporation | 7/20/2023 | 5562218 | 8/19/2023 | 153 | $1,854.87 | SCC | 80231011 | Dutch Bros Roasting Facility |
| Colony Hardware Corporation | 7/25/2023 | 5563163 | 8/24/2023 | 148 | $297.10 | SCC | 80231011 | Dutch Bros Roasting Facility |
| Colony Hardware Corporation | 7/27/2023 | 5563986 | 8/26/2023 | 146 | $43.06 | SCC | 80231011 | Dutch Bros Roasting Facility |
| Colony Hardware Corporation | 8/4/2023 | 5565502 | 9/3/2023 | 138 | $322.59 | SCC | 80231011 | Dutch Bros Roasting Facility |
| Colony Hardware Corporation | 8/25/2023 | 5570263 | 9/24/2023 | 117 | $460.85 | SCC | 80231011 | Dutch Bros Roasting Facility |
| Colony Hardware Corporation | 10/13/2023 | 5582373 | 11/12/2023 | 68 | $310.08 | SCC | 80231011 | Dutch Bros Roasting Facility |
| Colony Hardware Corporation | 10/13/2023 | 5582341 | 11/12/2023 | 68 | $441.44 | SCC | 80231011 | Dutch Bros Roasting Facility |
| Colony Hardware Corporation | 10/24/2023 | 5584463 | 11/23/2023 | 57 | $321.50 | SCC | 80231011 | Dutch Bros Roasting Facility |
| Colony Hardware Corporation | 12/13/2023 | 5595315 | 1/12/2024 | 7 | $620.77 | SCC | 80231011 | Dutch Bros Roasting Facility |
| Ellis Construction Specialties LLC | 7/31/2023 | 4321797S1C | 8/30/2023 | 142 | $407.02 | SCC | 80231011 | Dutch Bros Roasting Facility |
| Ellis Construction Specialties LLC | 8/31/2023 | 4323156S1C | 9/30/2023 | 111 | $407.02 | SCC | 80231011 | Dutch Bros Roasting Facility |
| Ellis Construction Specialties LLC | 9/30/2023 | 4324455S1C | 10/30/2023 | 81 | $407.02 | SCC | 80231011 | Dutch Bros Roasting Facility |
| Ellis Construction Specialties LLC | 10/27/2023 | 4325421S1C | 11/26/2023 | 54 | $407.02 | SCC | 80231011 | Dutch Bros Roasting Facility |
| Ellis Construction Specialties LLC | 11/30/2023 | 4326820S1C | 12/30/2023 | 20 | $407.02 | SCC | 80231011 | Dutch Bros Roasting Facility |
| HERC RENTALS INC | 10/17/2023 | 34043171-001 | 11/16/2023 | 64 | $3,481.17 | SCC | 80231011 | Dutch Bros Roasting Facility |
| HERC RENTALS INC | 11/1/2023 | 34043171-002 | 12/1/2023 | 49 | $3,286.46 | SCC | 80231011 | Dutch Bros Roasting Facility |
| HERC RENTALS INC | 11/2/2023 | 34086570-001 | 12/2/2023 | 48 | $3,269.75 | SCC | 80231011 | Dutch Bros Roasting Facility |
| HERC RENTALS INC | 11/30/2023 | 34086570-002 | 12/30/2023 | 20 | $2,875.17 | SCC | 80231011 | Dutch Bros Roasting Facility |
| HERC RENTALS INC | 12/19/2023 | 34175928-001 | 1/18/2024 | 1 | $868.63 | SCC | 80231011 | Dutch Bros Roasting Facility |
| HERC RENTALS INC | 12/19/2023 | 34086570-003 | 1/18/2024 | 1 | $2,875.17 | SCC | 80231011 | Dutch Bros Roasting Facility |
| Merino Concrete LLC | 10/16/2023 | 139 | 11/15/2023 | 65 | $19,000.00 | SCC | 80231011 | Dutch Bros Roasting Facility |
| Merino Concrete LLC | 10/22/2023 | 143 | 11/21/2023 | 59 | $25,000.00 | SCC | 80231011 | Dutch Bros Roasting Facility |
| Merino Concrete LLC | 11/20/2023 | 152 | 12/20/2023 | 30 | $23,600.00 | SCC | 80231011 | Dutch Bros Roasting Facility |
| North Star Reinforcing | 12/9/2023 | #007 | 12/9/2023 | 41 | $3,360.00 | SCC | 80231011 | Dutch Bros Roasting Facility |
| North Star Reinforcing | 12/14/2023 | 008 | 12/14/2023 | 36 | $6,960.00 | SCC | 80231011 | Dutch Bros Roasting Facility |
| Performance Equipment | 9/5/2023 | 51925 | 9/5/2023 | 136 | $407.56 | SCC | 80231011 | Dutch Bros Roasting Facility |
| Performance Equipment | 10/17/2023 | 52415 | 10/17/2023 | 94 | $110.42 | SCC | 80231011 | Dutch Bros Roasting Facility |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | **EXHIBIT CAD004** | | | | | |
| 2 | Vendor: Company Name | Bill Date | Bill Number | Date Due | No. Days Overdue | Amount Due | Subsidiary: N | Project | Project: Project Name |
| 44 | Preferred Materials LLC | 10/3/2023 | INV16653 | 11/2/2023 | 78 | $3,734.63 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 45 | Preferred Materials LLC | 10/9/2023 | INV16775 | 11/8/2023 | 72 | $2,651.04 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 46 | Preferred Materials LLC | 10/12/2023 | INV16863 | 11/11/2023 | 69 | $842.73 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 47 | Preferred Materials LLC | 10/18/2023 | INV17079 | 11/17/2023 | 63 | $676.02 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 48 | Preferred Materials LLC | 10/24/2023 | INV17248 | 11/23/2023 | 57 | $6,570.78 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 49 | Preferred Materials LLC | 11/1/2023 | INV17350 | 12/1/2023 | 49 | $3,393.64 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 50 | Preferred Materials LLC | 11/2/2023 | INV17397 | 12/2/2023 | 48 | $1,363.41 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 51 | Preferred Materials LLC | 11/7/2023 | INV17528 | 12/7/2023 | 43 | $1,642.69 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 52 | Preferred Materials LLC | 11/8/2023 | INV17587 | 12/8/2023 | 42 | $2,156.34 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 53 | Preferred Materials LLC | 11/10/2023 | INV17619 | 12/10/2023 | 40 | $2,801.51 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 54 | Preferred Materials LLC | 11/13/2023 | INV17651 | 12/13/2023 | 37 | $11,006.32 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 55 | Preferred Materials LLC | 11/15/2023 | INV17745 | 12/15/2023 | 35 | $2,337.12 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 56 | Preferred Materials LLC | 11/16/2023 | INV17802 | 12/16/2023 | 34 | $1,637.28 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 57 | Preferred Materials LLC | 11/17/2023 | INV17847 | 12/17/2023 | 33 | $2,478.93 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 58 | Preferred Materials LLC | 11/21/2023 | INV17950 | 12/21/2023 | 29 | $2,145.52 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 59 | Preferred Materials LLC | 11/22/2023 | INV18007 | 12/22/2023 | 28 | $12,864.43 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 60 | Preferred Materials LLC | 11/27/2023 | INV18072 | 12/27/2023 | 23 | $1,211.32 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 61 | Preferred Materials LLC | 11/30/2023 | INV18163 | 12/30/2023 | 20 | $619.73 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 62 | Preferred Materials LLC | 11/30/2023 | INV18162 | 12/30/2023 | 20 | $28,753.91 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 63 | Preferred Materials LLC | 12/1/2023 | INV18175 | 12/31/2023 | 19 | $853.55 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 64 | Preferred Materials LLC | 12/4/2023 | INV18244 | 1/3/2024 | 16 | $614.32 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 65 | Preferred Materials LLC | 12/4/2023 | INV18232 | 1/3/2024 | 16 | $10,115.96 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 66 | Preferred Materials LLC | 12/8/2023 | INV18390 | 1/7/2024 | 12 | $6,077.16 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 67 | Preferred Materials LLC | 12/11/2023 | INV18472 | 1/10/2024 | 9 | $852.47 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 68 | Preferred Materials LLC | 12/13/2023 | INV18524 | 1/12/2024 | 7 | $89,290.01 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 69 | Preferred Materials LLC | 12/13/2023 | INV18554 | 1/12/2024 | 7 | $614.32 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 70 | Preferred Materials LLC | 12/15/2023 | INV18613 | 1/14/2024 | 5 | $5,057.98 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 71 | QUEST IMPORTS LLC | 8/15/2023 | 1034 | 9/14/2023 | 127 | $3,377.40 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 72 | SkyLVL, LLC | 6/24/2023 | 2232 | 7/24/2023 | 179 | $146.14 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 73 | SkyLVL, LLC | 11/6/2023 | 2370 | 12/6/2023 | 44 | $730.69 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 74 | SOUTHERNCARLSON INC | 9/11/2023 | DT46498860 | 10/11/2023 | 100 | $69.05 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 75 | SOUTHERNCARLSON INC | 10/10/2023 | DT46630032 | 11/9/2023 | 71 | $718.36 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 76 | SOUTHERNCARLSON INC | 10/10/2023 | DT46630035 | 11/9/2023 | 71 | $312.84 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 77 | SOUTHERNCARLSON INC | 10/17/2023 | DT46657663 | 11/16/2023 | 64 | $118.38 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 78 | SOUTHERNCARLSON INC | 10/31/2023 | DT46718718 | 11/30/2023 | 50 | $1,829.06 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 79 | SOUTHERNCARLSON INC | 11/22/2023 | DT46820325 | 12/22/2023 | 28 | $1,365.96 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 80 | SOUTHERNCARLSON INC | 11/30/2023 | DT46851336 | 12/30/2023 | 20 | $1,946.68 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 81 | SUNBELT RENTALS INC | 10/3/2023 | 138983216-0006 | 11/2/2023 | 78 | $5,379.36 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 82 | SUNBELT RENTALS INC | 10/6/2023 | 141271978-0005 | 11/5/2023 | 75 | $4,435.89 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 83 | SUNBELT RENTALS INC | 10/31/2023 | 138983216-0007 | 11/30/2023 | 50 | $5,379.36 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 84 | SUNBELT RENTALS INC | 11/3/2023 | 141271978-0006 | 12/3/2023 | 47 | $3,070.41 | SCC | 80231011 | Dutch Bros Roasting Facility |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | **EXHIBIT CAD004** | | | | | | |
| 2 | Vendor: Company Name | Bill Date | Bill Number | Date Due | No. Days Overdue | Amount Due | Subsidiary: N | Project | Project: Project Name |
| 85 | SUNBELT RENTALS INC | 11/10/2023 | 141271978-0007 | 12/10/2023 | 40 | $1,212.34 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 86 | SUNBELT RENTALS INC | 11/28/2023 | 138983216-0008 | 12/28/2023 | 22 | $5,379.36 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 87 | SUNBELT RENTALS INC | 12/11/2023 | 148135387-0001 | 1/10/2024 | 9 | $297.97 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 88 | SUNBELT RENTALS INC | 12/29/2023 | 148277976-0001 | 1/28/2024 | -9 | $2,828.88 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 89 | Texas First Rentals LLC | 10/20/2023 | 1341417-0001 | 10/20/2023 | 91 | $3,535.45 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 90 | Texas First Rentals LLC | 11/17/2023 | 1341417-0002 | 11/17/2023 | 63 | $3,346.01 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 91 | Texas First Rentals LLC | 11/29/2023 | 1341417-0003 | 11/29/2023 | 51 | $189.44 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 92 | United Rentals (North America), INC. | 10/4/2023 | 219276966-007 | 10/4/2023 | 107 | $2,774.03 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 93 | United Rentals (North America), INC. | 10/7/2023 | 214949453-012 | 10/7/2023 | 104 | $2,798.73 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 94 | United Rentals (North America), INC. | 10/11/2023 | 223983016-002 | 10/11/2023 | 100 | $3,565.16 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 95 | United Rentals (North America), INC. | 10/19/2023 | 220780855-005 | 10/19/2023 | 92 | $2,917.73 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 96 | United Rentals (North America), INC. | 10/22/2023 | 225572728-001 | 10/22/2023 | 89 | $50.99 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 97 | United Rentals (North America), INC. | 10/26/2023 | 225705530-001 | 10/26/2023 | 85 | $376.72 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 98 | United Rentals (North America), INC. | 11/1/2023 | 219276966-008 | 11/1/2023 | 79 | $2,774.03 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 99 | United Rentals (North America), INC. | 11/4/2023 | 214949453-013 | 11/4/2023 | 76 | $2,798.73 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 100 | United Rentals (North America), INC. | 11/8/2023 | 223983016-003 | 11/8/2023 | 72 | $3,565.16 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 101 | United Rentals (North America), INC. | 11/16/2023 | 220780855-006 | 11/16/2023 | 64 | $2,917.73 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 102 | United Rentals (North America), INC. | 11/20/2023 | 226669834-001 | 11/20/2023 | 60 | $1,364.50 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 103 | United Rentals (North America), INC. | 11/21/2023 | 225705530-002 | 11/21/2023 | 59 | $41.14 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 104 | United Rentals (North America), INC. | 11/28/2023 | 225705530-003 | 11/28/2023 | 52 | $24.90 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 105 | United Rentals (North America), INC. | 11/29/2023 | 219276966-009 | 11/29/2023 | 51 | $2,774.03 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 106 | United Rentals (North America), INC. | 12/2/2023 | 214949453-014 | 12/2/2023 | 48 | $2,798.73 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 107 | United Rentals (North America), INC. | 12/5/2023 | 220780855-008 | 12/5/2023 | 45 | $515.03 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 108 | United Rentals (North America), INC. | 12/6/2023 | 223983016-004 | 12/6/2023 | 44 | $3,565.16 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 109 | United Rentals (North America), INC. | 12/14/2023 | 220780855-009 | 12/14/2023 | 36 | $1,093.11 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 110 | United Rentals (North America), INC. | 12/27/2023 | 219276966-010 | 12/27/2023 | 23 | $2,774.03 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 111 | United Rentals (North America), INC. | 12/31/2023 | 214949453-015 | 12/31/2023 | 19 | $2,444.75 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 112 | Versatile Industries V | 5/21/2023 | CRO21406 | 6/20/2023 | 213 | $349.89 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 113 | Versatile Industries V | 8/13/2023 | CRO24306 | 9/12/2023 | 129 | $2,192.64 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 114 | Versatile Industries V | 10/8/2023 | CRO26380 | 11/7/2023 | 73 | $37.45 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 115 | Versatile Industries V | 11/5/2023 | CRO27394 | 12/5/2023 | 45 | $933.04 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 116 | Versatile Industries V | 12/3/2023 | CRO28528 | 1/2/2024 | 17 | $149.80 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 117 | Versatile Industries V | 12/31/2023 | CRO29398 | 1/30/2024 | -11 | $971.45 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 118 | WHITE CAP, LP | 10/2/2023 | 10018818232 | 11/1/2023 | 79 | $88.05 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 119 | WHITE CAP, LP | 10/3/2023 | 50023979338 | 11/2/2023 | 78 | $2,412.07 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 120 | WHITE CAP, LP | 10/4/2023 | 50024001409 | 11/3/2023 | 77 | $2,729.33 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 121 | WHITE CAP, LP | 10/4/2023 | 50024001408 | 11/3/2023 | 77 | $494.81 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 122 | WHITE CAP, LP | 10/6/2023 | 50024025161 | 11/5/2023 | 75 | $200.00 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 123 | WHITE CAP, LP | 10/11/2023 | 50024083398 | 11/10/2023 | 70 | $648.47 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 124 | WHITE CAP, LP | 10/16/2023 | 50024141811 | 11/15/2023 | 65 | $910.17 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 125 | WHITE CAP, LP | 10/16/2023 | 50024145717 | 11/15/2023 | 65 | $651.67 | SCC | 80231011 | Dutch Bros Roasting Facility |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | **EXHIBIT CAD004** | | | | |
| 2 | Vendor: Company Name | Bill Date | Bill Number | Date Due | No. Days Overdue | Amount Due | Subsidiary: N | Project | Project: Project Name |
| 126 | WHITE CAP, LP | 11/2/2023 | 50024382931 | 12/2/2023 | 48 | $1,533.69 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 127 | WHITE CAP, LP | 11/7/2023 | 50024426693 | 12/7/2023 | 43 | $146.52 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 128 | WHITE CAP, LP | 11/7/2023 | 50024327663 | 12/7/2023 | 43 | $818.64 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 129 | WHITE CAP, LP | 11/8/2023 | 50024454861 | 12/8/2023 | 42 | $212.50 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 130 | WHITE CAP, LP | 11/8/2023 | 50024440383 | 12/8/2023 | 42 | $251.58 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 131 | WHITE CAP, LP | 11/13/2023 | 50024506784 | 12/13/2023 | 37 | $508.55 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 132 | WHITE CAP, LP | 11/14/2023 | 50024513726 | 12/14/2023 | 36 | $2,384.49 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 133 | WHITE CAP, LP | 11/20/2023 | 50024597987 | 12/20/2023 | 30 | $426.72 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 134 | WHITE CAP, LP | 11/21/2023 | 50024606642 | 12/21/2023 | 29 | $378.55 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 135 | WHITE CAP, LP | 11/22/2023 | 50024617444 | 12/22/2023 | 28 | $2,560.12 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 136 | WHITE CAP, LP | 11/29/2023 | 50024678394 | 12/29/2023 | 21 | $1,286.01 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 137 | WHITE CAP, LP | 12/4/2023 | 50024726475 | 1/3/2024 | 16 | $3,167.40 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 138 | WHITE CAP, LP | 12/5/2023 | 50024737790 | 1/4/2024 | 15 | $6,713.73 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 139 | WHITE CAP, LP | 12/12/2023 | 50024831149 | 1/11/2024 | 8 | $48,244.26 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 140 | WHITE CAP, LP | 11.14.2023 | 50024518670 | | | $1,137.60 | | | Spartan Does Not Show |
| 141 | | | | | TOTAL | $522,714.38 | | | |
| 142 | C:\Users\jcarruth\ND Office Echo\VAULT-C9SL7ZTY\[Copy of Dutch Bros Current AP Report 01.19.24 4872-0162-0383 v.1.xlsx]CashDisbursementsReport | | | | | | | | |