UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § § § § § § § § | Case No. 23-42384 |
| SPARTAN GROUP HOLDINGS, LLC, *et al,* | | Chapter 11 |
| Debtor. | | |

### ORDER GRANTING MOTION OF CADRE ATX LLC TO COMPEL REJECTION OF CONTRACT WITH DEBTOR (RE: DOCKET NO. 111)

On this day came on for consideration the *Motion of Cadre ATX LLC to Compel Rejection of Contract With Debtor* (Docket No. 111) (the "Motion") filed herein on January 23, 2024 by Cadre ATX, LLC, general contractor, creditor, and party in interest ("Cadre"). The Court finds and concludes that the Motion contained the appropriate notices under the Bankruptcy Local Rules; according to the certificate of service attached to the Motion, the Motion was served upon the parties entitled to receive notice under the Bankruptcy Local Rules; and that upon review of the record of this case and with respect to the Motion that cause exists to grant the relief requested therein.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. All capitalized terms shall have the same meaning as ascribed to such terms in the Motion, unless otherwise defined herein.

3. Any and all executory contract(s) between Cadre ATX LLC and Spartan Concrete Construction LLC, including the subcontract dated March 16, 2023 are hereby rejected.

4. The automatic stay of Code §362(a) is hereby lifted, annulled, and termination that Cadre ATC LLC may enforce its remedies under the rejected contract(s).

5. Cadre ATX LLC may file a proof of claim relating to the rejection of the contract(s) on or before the 90th day following entry of this Order.

Dated: _____

_____
THE HONORABLE BRENDA T. RHOADES
UNITED STATES BANKRUPTCY JUDGE

Submitted by:

Jeff Carruth (TX SBN: 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
2608 Hibernia, Suite 105
Dallas, Texas 75204-2514
Telephone: (713) 341-1158
Fax: (713) 961-5341
E-mail: jcarruth@wkpz.com

ATTORNEYS FOR CADRE ATX LLC