UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 23-42384 |
| SPARTAN GROUP HOLDINGS, LLC, | § | |
| *et al*, | § | Chapter 11 |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |

**ORDER GRANTING MOTION OF CADRE ATX LLC FOR RELIEF FROM AUTOMATIC STAY TO (1) ENFORCE CONTRACT DEFAULTS AND (2) EFFECTUATE SET OFFS (RE: DOCKET NO. 112)**

On this day came on for consideration the *Motion of Cadre ATX LLC for Relief From Automatic Stay to (1) Enforce Contract Default snd (2) Effectuate Set Offs* (Docket No. 112s) (the "Motion") filed herein on January 23, 2024 by Cadre ATX, LLC, general contractor, creditor, and party in interest ("Cadre"). The Court finds and concludes that the Motion contained the appropriate notices under the Bankruptcy Local Rules; according to the certificate of service attached to the Motion, the Motion was served upon the parties entitled to receive notice under the Bankruptcy Local Rules; and that upon review of the record of this case and with respect to the Motion that cause exists to grant the relief requested therein.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. All capitalized terms shall have the same meaning as ascribed to such terms in the Motion, unless otherwise defined herein.

3. The automatic stay of 11 U.S.C. §362(a) is hereby lifted, annulled, and terminated so that Cadre ATX, LLC may enforce any and all default and/or termination rights as to any contract between Cadre ATX, LLC and Spartan Concrete Construction LLC,

4. The automatic stay of 11 U.S.C. §362(a) is hereby lifted, annulled, and terminated so that Cadre ATX, LLC may set off from any amounts that may be due and

  owing from Cadre ATX, LLC to Spartan Concrete Construction LLC the amounts of any payments that Cadre ATX, LLC must make to suppliers and/or subcontractors which were not paid by Spartan Concrete Construction LLC relating to the Project.

5.  The 14-day stay of Rule 4001(a)(3) is hereby waived and the relief granted in this Order is effective immediately.

Dated: _____

          _____
          THE HONORABLE BRENDA T. RHOADES
          UNITED STATES BANKRUPTCY JUDGE

Submitted by:

Jeff Carruth (TX SBN: 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
2608 Hibernia, Suite 105
Dallas, Texas 75204-2514
Telephone: (713) 341-1158
Fax: (713) 961-5341
E-mail: jcarruth@wkpz.com

ATTORNEYS FOR CADRE ATX LLC