UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 23-42384 |
| **SPARTAN GROUP HOLDINGS, LLC,** | § | |
| *et al*, | § | Chapter 11 |
| | § | |
| Debtor. | § | |

**ORDER GRANTING MOTION FOR EXPEDITED HEARING REGARDING PAYMENT AND REJECTION MOTIONS (RE: DOCKET NOS. 110, 111, 112, AND 113)**

On this day came on for consideration *Motion for Expedited Hearing Regarding Payment and Rejection Motions* (Docket No. 113) (the "Motion to Expedite") regarding the following motions filed by Cadre as shown in the table below (collectively, the "Subject Motions") filed herein on January 22, 2024 by Cadre ATX LLC, general contractor, creditor, and party in interest herein.  The Court finds and concludes that the Motion to Expedite should be granted.

| Filing Date | Docket Text | Filing Date |
|---|---|---|
| 01/23/2024 | 110<br>(19 pgs;<br>2 docs) | Motion *of Cadre ATX LLC (I) to Enforce Joint Check Agreements and Direct Funds to Potential Lien Claimants and/or (II) Obtain Relief from Prior Order to Pay Potential Lien Claimants (Re: Docket No. 57)* Filed by Cadre ATX LLC *(RE: related document(s)57 Order on Motion (Generic)).* (Attachments: # 1 Proposed Order) (Carruth, Jeff) (Entered: 01/23/2024) |
| 01/23/2024 | 111<br>(18 pgs;<br>2 docs) | Motion to Compel Motion of Cadre ATX LLC to Compel Rejection of Contract with Debtor Filed by Cadre ATX LLC (Attachments: # 1 Proposed Order) (Carruth, Jeff) (Entered: 01/23/2024) |
| 01/23/2024 | 112<br>(19 pgs;<br>2 docs) | Motion for Relief from Automatic Stay WITHOUT Waiver of 30-Day Hearing Requirement As To Filed by Cadre ATX LLC (Attachments: # 1 Proposed Order) (Carruth, Jeff) (Entered: 01/23/2024) |

IT IS THEREFORE ORDERED THAT the Court shall conduct an expedited hearing on the Subject Motions at the date and time entered on the docket for this case. Movant shall be responsible for notice.

Dated: _____

_____
THE HONORABLE BRENDA T. RHOADES
UNITED STATES BANKRUPTCY JUDGE