UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| SPARTAN GROUP HOLDINGS, LLC, *et al*, | § § § § | Case No. 23-42384<br><br>Chapter 11 |
| Debtor. | § § § | |

**AGREED ORDER REGARDING:**

**(I)  MOTION OF CADRE ATX LLC (I) TO ENFORCE JOINT CHECK AGREEMENTS AND DIRECT FUNDS TO POTENTIAL LIEN CLAIMANTS AND/OR (II) OBTAIN RELIEF FROM PRIOR ORDER TO PAY POTENTIAL LIEN CLAIMANTS (RE: DOCKET NO. 57) (RE: DOCKET NO. 110);**

**(II)  MOTION OF CADRE ATX LLC COMPEL REJECTION OF CONTRACT WITH DEBTOR (RE: DOCKET NO. 111); AND**

**(III) MOTION OF CADRE ATX LLC FOR RELIEF FROM AUTOMATIC STAY TO (1) ENFORCE CONTRACT DEFAULTS AND (2) EFFECTUATE SET OFFS (RE: DOCKET NO. 112)**

On February 15, 2023, the Court conducted a hearing regarding the (I) *Motion of Cadre ATX LLC (I) To Enforce Joint Check Agreements and Direct Funds to Potential Lien Claimants and/or (II) Obtain Relief From Prior Order To Pay Potential Lien Claimants (Re: Docket No. 57)* (Docket No. 110), (II) the *Motion of Cadre ATX LLC Compel Rejection of Contract with Debtor* (Docket No. 111), and (III) the *Motion of Cadre ATX LLC for Relief from Automatic Stay To (1) Enforce Contract Defaults and (2) Effectuate Set Offs* (Docket No. 112), (collectively, the "Motions") filed herein on January 23, 2024 by Cadre ATX LLC, ("Cadre").

In light of the agreement of the parties as reflected by the signature of their respective counsel appearing below, the Court is of the opinion that the following Orders should be entered.

**IT IS THEREFORE ORDERED THAT:**

1. The Motions are granted as set forth herein. Any relief not expressly granted is denied.

2. All capitalized terms shall have the same meaning as ascribed to such terms in the Motions, unless otherwise defined herein.

3. Notwithstanding anything in the Payments Order (Docket No. 57) to the contrary, Cadre may direct-pay any claims of suppliers and/or subcontractors that may be

asserted against the Project. In the event such claims represent valid obligations of Spartan Concrete Construction LLC ("Debtor"), and provided that Cadre actually pays such claims, the automatic stay is terminated to permit Cadre to offset such payments against amounts owed to the Debtor to the extent permissible under 11 U.S.C. § 553. After making any such payment, Cadre shall provide the Debtor with a deductive change order and unconditional release from the supplier or subcontractor paid. For the avoidance of doubt, the Debtor stipulates that the obligations described in Exhibit CAD004 attached hereto constitute valid obligations for purposes of this paragraph. With respect to any payment not described on Exhibit CAD004, the Debtor shall have five business days to review and object the applicable deductive change order, and either party may petition the Bankruptcy Court for relief in the event no agreement can be reached. The automatic stay of Code §362(a) is modified to the extent necessary to permit the setoffs contemplated herein.

4. In the event Cadre direct-pays any supplier or subcontractor under the preceding paragraph, then to the extent necessary, the Debtor shall reasonably cooperate to promptly procure lien releases and/or waivers from such supplier or subcontractor in favor of the Project owner. If requested in writing, the Debtor shall execute such documents unless the Debtor has a good-faith legal or factual basis to decline, in which case the Debtor shall have five business days following the written request to seek relief from this obligation in the Bankruptcy Court. Any such written request must be made via email to Adrian Cano (acano@spartansr7.com); Alejandra Mitchell (amitchell@spartansr7.com); Brad Walker (bwalker@riverbendssg.com); and Julian Vasek (jvasek@munsch.com). In the event the Debtor fails to either execute a lien release or waiver or seek judicial intervention within such five-day period, then Cadre is hereby granted a limited power of attorney to execute such release or waiver on the Debtor's behalf.

5. Notwithstanding anything herein to the contrary, the Debtor shall not be obligated to release its own rights, and any document purporting to directly or indirectly release the Debtor's rights shall be void ab initio. The purpose of the preceding paragraph is to assist Cadre with procuring releases from the Debtor's suppliers and subcontractors, not to procure releases from the Debtor.

6. Any and all executory contract(s) between Cadre and the Debtor, including the subcontract dated March 16, 2023 are hereby rejected effective immediately.

7. On or before the 90th day following entry of this Order, Cadre may file a proof of claim and/or any motion asserting any administrative expense claim relating to the rejection of the contract(s) and/or any matter occurring prior to the entry of this Order. The Debtor's rights to oppose any such claim or claims are preserved.

8. The automatic stay of 11 U.S.C. §362(a) is hereby lifted, annulled, and terminated so that Cadre may proceed with exercising valid termination rights under any and all contracts between Cadre and the Debtor; *provided*, however, that any efforts to collect amounts due under such contract(s) shall remain subject to the automatic

stay and the bankruptcy claims and plan processes. For the avoidance of doubt, except as specifically addressed in this Order, each of the Debtor and Cadre otherwise reserves all facts, claims, issues, rights, remedies, and/or defense with respect to such contracts.

9. The 14-day stay of Rule 4001(a)(3) is hereby waived and the relief granted in this Order is effective immediately.

Signed on 02/20/2024

*Brenda T. Rhoades*   SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

*{continued on following sheet}*

**AGREED**

   **WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
  By:    */s/ Jeff Carruth*
     JEFF CARRUTH (TX SBN: 24001846)
     2608 Hibernia, Suite 105
     Dallas, Texas 75204-2514
     Telephone: (713) 341-1158
     Fax: (713) 961-5341
     E-mail: jcarruth@wkpz.com

- and -

   **ALLENSWORTH & PORTER, L.L.P.**
  By:    */s/ Jack Byrom*
     Jack Byrom (TX SBN: 24082763)
     100 Congress Avenue, Suite 700
     Austin, Texas 78701
     Telephone: (512) 708-1250
     Fax: (512) 708-0519
     Email: jbyrom@allensworthlaw.com

   **ATTORNEYS FOR CADRE ATX LLC**


   **MUNSCH HARDT KOPF & HARR, P.C.**
  By:    */s/ Julian P. Vasek\**
     Davor Rukavina, Esq.
     Texas Bar No. 24030781
     Julian P. Vasek, Esq.
     Texas Bar No. 24070790
     500 N. Akard St., Ste. 4000
     Dallas, Texas 75201
     Telephone: (214) 855-7500
     Email: drukavina@munsch.com
     Email: jvasek@munsch.com
**ATTORNEYS FOR THE
DEBTORS-IN-POSSESSION**


\* Signature by permission by /s/ Jeff Carruth.

## EXHIBIT CAD004

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 2 | Vendor: Company Name | Bill Date | Bill Number | Date Due | No. Days Overdue | Amount Due | Subsidiary: | Project | Project: Project Name |
| 3 | ABC Concrete Sawing & Trucking | 9/20/2023 | 541406 | 10/20/2023 | 91 | $1,840.00 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 4 | ACT Saw Cutting & Removal | 7/18/2023 | 57981 | 8/17/2023 | 155 | $1,359.50 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 5 | ACT Saw Cutting & Removal | 7/20/2023 | 58057 | 8/19/2023 | 153 | $1,576.80 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 6 | Advanced Geodetic Surveys | 7/20/2023 | A2307078S | 8/19/2023 | 153 | $979.66 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 7 | Advanced Geodetic Surveys | 7/24/2023 | A2307085S | 8/23/2023 | 149 | $860.59 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 8 | Avanse Place and Finish Concrete | 11/13/2023 | 1055 | 11/23/2023 | 57 | $6,000.00 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 9 | Blair Services | 10/13/2023 | 1573 | 11/12/2023 | 68 | $3,500.00 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 10 | BLW Place & Finish, LLC | 11/30/2023 | 11823 | 11/30/2023 | 50 | $5,500.00 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 11 | BLW Place & Finish, LLC | 12/12/2023 | 11842 | 12/12/2023 | 38 | $6,705.00 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 12 | BLW Place & Finish, LLC | 12/22/2023 | 11870 | 12/22/2023 | 28 | $7,700.00 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 13 | BLW Place & Finish, LLC | 12/27/2023 | 11890 | 12/27/2023 | 23 | $11,426.00 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 14 | Buyers Safety LLC | 8/21/2023 | 122310 | 9/20/2023 | 121 | $737.52 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 15 | Buyers Safety LLC | 9/13/2023 | 123890 | 10/13/2023 | 98 | $48.68 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 16 | Colony Hardware Corporation | 7/3/2023 | 5558213 | 8/2/2023 | 170 | $173.20 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 17 | Colony Hardware Corporation | 7/20/2023 | 5562218 | 8/19/2023 | 153 | $1,854.87 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 18 | Colony Hardware Corporation | 7/25/2023 | 5563163 | 8/24/2023 | 148 | $297.10 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 19 | Colony Hardware Corporation | 7/27/2023 | 5563986 | 8/26/2023 | 146 | $43.06 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 20 | Colony Hardware Corporation | 8/4/2023 | 5565502 | 9/3/2023 | 138 | $322.59 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 21 | Colony Hardware Corporation | 8/25/2023 | 5570263 | 9/24/2023 | 117 | $460.85 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 22 | Colony Hardware Corporation | 10/13/2023 | 5582373 | 11/12/2023 | 68 | $310.08 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 23 | Colony Hardware Corporation | 10/13/2023 | 5582341 | 11/12/2023 | 68 | $441.44 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 24 | Colony Hardware Corporation | 10/24/2023 | 5584463 | 11/23/2023 | 57 | $321.50 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 25 | Colony Hardware Corporation | 12/13/2023 | 5595315 | 1/12/2024 | 7 | $620.77 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 26 | Ellis Construction Specialties LLC | 7/31/2023 | 4321797S1C | 8/30/2023 | 142 | $407.02 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 27 | Ellis Construction Specialties LLC | 8/31/2023 | 4323156S1C | 9/30/2023 | 111 | $407.02 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 28 | Ellis Construction Specialties LLC | 9/30/2023 | 4324455S1C | 10/30/2023 | 81 | $407.02 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 29 | Ellis Construction Specialties LLC | 10/27/2023 | 4325421S1C | 11/26/2023 | 54 | $407.02 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 30 | Ellis Construction Specialties LLC | 11/30/2023 | 4326820S1C | 12/30/2023 | 20 | $407.02 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 31 | HERC RENTALS INC | 10/17/2023 | 34043171-001 | 11/16/2023 | 64 | $3,481.17 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 32 | HERC RENTALS INC | 11/1/2023 | 34043171-002 | 12/1/2023 | 49 | $3,286.46 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 33 | HERC RENTALS INC | 11/2/2023 | 34086570-001 | 12/2/2023 | 48 | $3,269.75 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 34 | HERC RENTALS INC | 11/30/2023 | 34086570-002 | 12/30/2023 | 20 | $2,875.17 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 35 | HERC RENTALS INC | 12/19/2023 | 34175928-001 | 1/18/2024 | 1 | $868.63 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 36 | HERC RENTALS INC | 12/19/2023 | 34086570-003 | 1/18/2024 | 1 | $2,875.17 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 37 | Merino Concrete LLC | 10/16/2023 | 139 | 11/15/2023 | 65 | $19,000.00 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 38 | Merino Concrete LLC | 10/22/2023 | 143 | 11/21/2023 | 59 | $25,000.00 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 39 | Merino Concrete LLC | 11/20/2023 | 152 | 12/20/2023 | 30 | $23,600.00 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 40 | North Star Reinforcing | 12/9/2023 | #007 | 12/9/2023 | 41 | $3,360.00 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 41 | North Star Reinforcing | 12/14/2023 | 008 | 12/14/2023 | 36 | $6,960.00 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 42 | Performance Equipment | 9/5/2023 | 51925 | 9/5/2023 | 136 | $407.56 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 43 | Performance Equipment | 10/17/2023 | 52415 | 10/17/2023 | 94 | $110.42 | SCC | 80231011 | Dutch Bros Roasting Facility |

# EXHIBIT CAD004

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | Vendor: Company Name | Bill Date | Bill Number | Date Due | No. Days Overdue | Amount Due | Subsidiary: | Project | Project: Project Name |
| 44 | Preferred Materials LLC | 10/3/2023 | INV16653 | 11/2/2023 | 78 | $3,734.63 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 45 | Preferred Materials LLC | 10/9/2023 | INV16775 | 11/8/2023 | 72 | $2,651.04 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 46 | Preferred Materials LLC | 10/12/2023 | INV16863 | 11/11/2023 | 69 | $842.73 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 47 | Preferred Materials LLC | 10/18/2023 | INV17079 | 11/17/2023 | 63 | $676.02 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 48 | Preferred Materials LLC | 10/24/2023 | INV17248 | 11/23/2023 | 57 | $6,570.78 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 49 | Preferred Materials LLC | 11/1/2023 | INV17350 | 12/1/2023 | 49 | $3,393.64 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 50 | Preferred Materials LLC | 11/2/2023 | INV17397 | 12/2/2023 | 48 | $1,363.41 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 51 | Preferred Materials LLC | 11/7/2023 | INV17528 | 12/7/2023 | 43 | $1,642.69 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 52 | Preferred Materials LLC | 11/8/2023 | INV17587 | 12/8/2023 | 42 | $2,156.34 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 53 | Preferred Materials LLC | 11/10/2023 | INV17619 | 12/10/2023 | 40 | $2,801.51 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 54 | Preferred Materials LLC | 11/13/2023 | INV17651 | 12/13/2023 | 37 | $11,006.32 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 55 | Preferred Materials LLC | 11/15/2023 | INV17745 | 12/15/2023 | 35 | $2,337.12 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 56 | Preferred Materials LLC | 11/16/2023 | INV17802 | 12/16/2023 | 34 | $1,637.28 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 57 | Preferred Materials LLC | 11/17/2023 | INV17847 | 12/17/2023 | 33 | $2,478.93 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 58 | Preferred Materials LLC | 11/21/2023 | INV17950 | 12/21/2023 | 29 | $2,145.52 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 59 | Preferred Materials LLC | 11/22/2023 | INV18007 | 12/22/2023 | 28 | $12,864.43 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 60 | Preferred Materials LLC | 11/27/2023 | INV18072 | 12/27/2023 | 23 | $1,211.32 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 61 | Preferred Materials LLC | 11/30/2023 | INV18163 | 12/30/2023 | 20 | $619.73 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 62 | Preferred Materials LLC | 11/30/2023 | INV18162 | 12/30/2023 | 20 | $28,753.91 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 63 | Preferred Materials LLC | 12/1/2023 | INV18175 | 12/31/2023 | 19 | $853.55 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 64 | Preferred Materials LLC | 12/4/2023 | INV18244 | 1/3/2024 | 16 | $614.32 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 65 | Preferred Materials LLC | 12/4/2023 | INV18232 | 1/3/2024 | 16 | $10,115.96 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 66 | Preferred Materials LLC | 12/8/2023 | INV18390 | 1/7/2024 | 12 | $6,077.16 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 67 | Preferred Materials LLC | 12/11/2023 | INV18472 | 1/10/2024 | 9 | $852.47 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 68 | Preferred Materials LLC | 12/13/2023 | INV18524 | 1/12/2024 | 7 | $89,290.01 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 69 | Preferred Materials LLC | 12/13/2023 | INV18554 | 1/12/2024 | 7 | $614.32 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 70 | Preferred Materials LLC | 12/15/2023 | INV18613 | 1/14/2024 | 5 | $5,057.98 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 71 | QUEST IMPORTS LLC | 8/15/2023 | 1034 | 9/14/2023 | 127 | $3,377.40 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 72 | SkyLVL, LLC | 6/24/2023 | 2232 | 7/24/2023 | 179 | $146.14 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 73 | SkyLVL, LLC | 11/6/2023 | 2370 | 12/6/2023 | 44 | $730.69 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 74 | SOUTHERNCARLSON INC | 9/11/2023 | DT46498860 | 10/11/2023 | 100 | $69.05 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 75 | SOUTHERNCARLSON INC | 10/10/2023 | DT46630032 | 11/9/2023 | 71 | $718.36 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 76 | SOUTHERNCARLSON INC | 10/10/2023 | DT46630035 | 11/9/2023 | 71 | $312.84 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 77 | SOUTHERNCARLSON INC | 10/17/2023 | DT46657663 | 11/16/2023 | 64 | $118.38 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 78 | SOUTHERNCARLSON INC | 10/31/2023 | DT46718718 | 11/30/2023 | 50 | $1,829.06 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 79 | SOUTHERNCARLSON INC | 11/22/2023 | DT46820325 | 12/22/2023 | 28 | $1,365.96 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 80 | SOUTHERNCARLSON INC | 11/30/2023 | DT46851336 | 12/30/2023 | 20 | $1,946.68 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 81 | SUNBELT RENTALS INC | 10/3/2023 | 138983216-0006 | 11/2/2023 | 78 | $5,379.36 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 82 | SUNBELT RENTALS INC | 10/6/2023 | 141271978-0005 | 11/5/2023 | 75 | $4,435.89 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 83 | SUNBELT RENTALS INC | 10/31/2023 | 138983216-0007 | 11/30/2023 | 50 | $5,379.36 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 84 | SUNBELT RENTALS INC | 11/3/2023 | 141271978-0006 | 12/3/2023 | 47 | $3,070.41 | SCC | 80231011 | Dutch Bros Roasting Facility |

**EXHIBIT CAD004**

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | Vendor: Company Name | Bill Date | Bill Number | Date Due | No. Days Overdue | Amount Due | Subsidiary: | Project | Project: Project Name |
| 85 | SUNBELT RENTALS INC | 11/10/2023 | 141271978-0007 | 12/10/2023 | 40 | $1,212.34 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 86 | SUNBELT RENTALS INC | 11/28/2023 | 138983216-0008 | 12/28/2023 | 22 | $5,379.36 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 87 | SUNBELT RENTALS INC | 12/11/2023 | 148135387-0001 | 1/10/2024 | 9 | $297.97 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 88 | SUNBELT RENTALS INC | 12/29/2023 | 148277976-0001 | 1/28/2024 | -9 | $2,828.88 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 89 | Texas First Rentals LLC | 10/20/2023 | 1341417-0001 | 10/20/2023 | 91 | $3,535.45 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 90 | Texas First Rentals LLC | 11/17/2023 | 1341417-0002 | 11/17/2023 | 63 | $3,346.01 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 91 | Texas First Rentals LLC | 11/29/2023 | 1341417-0003 | 11/29/2023 | 51 | $189.44 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 92 | United Rentals (North America), INC. | 10/4/2023 | 219276966-007 | 10/4/2023 | 107 | $2,774.03 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 93 | United Rentals (North America), INC. | 10/7/2023 | 214949453-012 | 10/7/2023 | 104 | $2,798.73 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 94 | United Rentals (North America), INC. | 10/11/2023 | 223983016-002 | 10/11/2023 | 100 | $3,565.16 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 95 | United Rentals (North America), INC. | 10/19/2023 | 220780855-005 | 10/19/2023 | 92 | $2,917.73 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 96 | United Rentals (North America), INC. | 10/22/2023 | 225572728-001 | 10/22/2023 | 89 | $50.99 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 97 | United Rentals (North America), INC. | 10/26/2023 | 225705530-001 | 10/26/2023 | 85 | $376.72 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 98 | United Rentals (North America), INC. | 11/1/2023 | 219276966-008 | 11/1/2023 | 79 | $2,774.03 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 99 | United Rentals (North America), INC. | 11/4/2023 | 214949453-013 | 11/4/2023 | 76 | $2,798.73 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 100 | United Rentals (North America), INC. | 11/8/2023 | 223983016-003 | 11/8/2023 | 72 | $3,565.16 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 101 | United Rentals (North America), INC. | 11/16/2023 | 220780855-006 | 11/16/2023 | 64 | $2,917.73 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 102 | United Rentals (North America), INC. | 11/20/2023 | 226669834-001 | 11/20/2023 | 60 | $1,364.50 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 103 | United Rentals (North America), INC. | 11/21/2023 | 225705530-002 | 11/21/2023 | 59 | $41.14 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 104 | United Rentals (North America), INC. | 11/28/2023 | 225705530-003 | 11/28/2023 | 52 | $24.90 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 105 | United Rentals (North America), INC. | 11/29/2023 | 219276966-009 | 11/29/2023 | 51 | $2,774.03 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 106 | United Rentals (North America), INC. | 12/2/2023 | 214949453-014 | 12/2/2023 | 48 | $2,798.73 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 107 | United Rentals (North America), INC. | 12/5/2023 | 220780855-008 | 12/5/2023 | 45 | $515.03 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 108 | United Rentals (North America), INC. | 12/6/2023 | 223983016-004 | 12/6/2023 | 44 | $3,565.16 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 109 | United Rentals (North America), INC. | 12/14/2023 | 220780855-009 | 12/14/2023 | 36 | $1,093.11 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 110 | United Rentals (North America), INC. | 12/27/2023 | 219276966-010 | 12/27/2023 | 23 | $2,774.03 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 111 | United Rentals (North America), INC. | 12/31/2023 | 214949453-015 | 12/31/2023 | 19 | $2,444.75 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 112 | Versatile Industries V | 5/21/2023 | CRO21406 | 6/20/2023 | 213 | $349.89 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 113 | Versatile Industries V | 8/13/2023 | CRO24306 | 9/12/2023 | 129 | $2,192.64 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 114 | Versatile Industries V | 10/8/2023 | CRO26380 | 11/7/2023 | 73 | $37.45 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 115 | Versatile Industries V | 11/5/2023 | CRO27394 | 12/5/2023 | 45 | $933.04 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 116 | Versatile Industries V | 12/3/2023 | CRO28528 | 1/2/2024 | 17 | $149.80 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 117 | Versatile Industries V | 12/31/2023 | CRO29398 | 1/30/2024 | -11 | $971.45 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 118 | WHITE CAP, LP | 10/2/2023 | 10018818232 | 11/1/2023 | 79 | $88.05 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 119 | WHITE CAP, LP | 10/3/2023 | 50023979338 | 11/2/2023 | 78 | $2,412.07 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 120 | WHITE CAP, LP | 10/4/2023 | 50024001409 | 11/3/2023 | 77 | $2,729.33 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 121 | WHITE CAP, LP | 10/4/2023 | 50024001408 | 11/3/2023 | 77 | $494.81 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 122 | WHITE CAP, LP | 10/6/2023 | 50024025161 | 11/5/2023 | 75 | $200.00 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 123 | WHITE CAP, LP | 10/11/2023 | 50024083398 | 11/10/2023 | 70 | $648.47 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 124 | WHITE CAP, LP | 10/16/2023 | 50024141811 | 11/15/2023 | 65 | $910.17 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 125 | WHITE CAP, LP | 10/16/2023 | 50024145717 | 11/15/2023 | 65 | $651.67 | SCC | 80231011 | Dutch Bros Roasting Facility |

## EXHIBIT CAD004

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | Vendor: Company Name | Bill Date | Bill Number | Date Due | No. Days Overdue | Amount Due | Subsidiary: | Project | Project: Project Name |
| 126 | WHITE CAP, LP | 11/2/2023 | 50024382931 | 12/2/2023 | 48 | $1,533.69 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 127 | WHITE CAP, LP | 11/7/2023 | 50024426693 | 12/7/2023 | 43 | $146.52 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 128 | WHITE CAP, LP | 11/7/2023 | 50024327663 | 12/7/2023 | 43 | $818.64 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 129 | WHITE CAP, LP | 11/8/2023 | 50024454861 | 12/8/2023 | 42 | $212.50 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 130 | WHITE CAP, LP | 11/8/2023 | 50024440383 | 12/8/2023 | 42 | $251.58 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 131 | WHITE CAP, LP | 11/13/2023 | 50024506784 | 12/13/2023 | 37 | $508.55 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 132 | WHITE CAP, LP | 11/14/2023 | 50024513726 | 12/14/2023 | 36 | $2,384.49 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 133 | WHITE CAP, LP | 11/20/2023 | 50024597987 | 12/20/2023 | 30 | $426.72 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 134 | WHITE CAP, LP | 11/21/2023 | 50024606642 | 12/21/2023 | 29 | $378.55 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 135 | WHITE CAP, LP | 11/22/2023 | 50024617444 | 12/22/2023 | 28 | $2,560.12 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 136 | WHITE CAP, LP | 11/29/2023 | 50024678394 | 12/29/2023 | 21 | $1,286.01 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 137 | WHITE CAP, LP | 12/4/2023 | 50024726475 | 1/3/2024 | 16 | $3,167.40 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 138 | WHITE CAP, LP | 12/5/2023 | 50024737790 | 1/4/2024 | 15 | $6,713.73 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 139 | WHITE CAP, LP | 12/12/2023 | 50024831149 | 1/11/2024 | 8 | $48,244.26 | SCC | 80231011 | Dutch Bros Roasting Facility |
| 140 | WHITE CAP, LP | 11.14.2023 | 50024518670 | | | $1,137.60 | | | Spartan Does Not Show |
| | | | | | TOTAL | $522,714.38 | | | |
| 142 | C:\Users\jcarruth\ND Office Echo\VAULT-C9SL7ZTY\[Copy of Dutch Bros Current AP Report 01.19.24 4872-0162-0383 v.1.xlsx]CashDisbursementsReport | | | | | | | | |