Form ntchrgBKv2

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 23–42384
Chapter: 11
Judge: Brenda T. Rhoades

In Re:

Spartan Group Holdings, LLC

## NOTICE OF COURT PROCEEDING

A Final hearing will be held on

*Tuesday, March 12, 2024*

at

*09:30 AM*

to consider and act upon document 146 – Motion for Relief from Automatic Stay With Waiver of 30–Day Hearing Requirement To Permit Imposition of Mechanic's Liens on Non–Debtor Working Interest and Continue State Court Litigation Filed by Smyrna Ready Mix Concrete, LLC d/b/a SRM Concrete (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Proposed Order) (Sudela, William) Modified on 2/15/2024 (kms). filed as document number 146 .

The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Thursday, February 29, 2024

Jason K. McDonald
Clerk, U.S. Bankruptcy Court