Form ntchrgBKv2

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 23−42384
Chapter: 11
Judge: Brenda T. Rhoades

In Re:

Spartan Group Holdings, LLC

## NOTICE OF COURT PROCEEDING

A hearing will be held on

**Tuesday, April 2, 2024**

at

**09:30 AM**

to consider and act upon document 136 − Motion to Reject Lease or Executory Contract (Subcontract Agreement For Job 4GA001 with Construction Zone of DFW, LLC) Filed by Spartan Group Holdings, LLC (Attachments: # 1 Proposed Order # 2 Service List) (Vasek, Julian) filed as document number 136 .
The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Tuesday, March 5, 2024

Jason K. McDonald
Clerk, U.S. Bankruptcy Court