Form ntchrgBKv2

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 23−42384
Chapter: 11
Judge: Brenda T. Rhoades

In Re:

Spartan Group Holdings, LLC

## NOTICE OF COURT PROCEEDING

A hearing will be held on

*Tuesday, April 2, 2024*

at

*02:30 PM*

to consider and act upon document 152 – Motion to Reject Lease or Executory Contract Nonresidential Real Property Lease with Atlas Energy Tower, LLC, for the Premises Located at 11700 Katy Freeway, Suite 310, Houston, TX 77079 Filed by Spartan Group Holdings, LLC (Attachments: # 1 Proposed Order # 2 Service List) (Vasek, Julian) filed as document number 152 .
The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Thursday, March 14, 2024

Jason K. McDonald
Clerk, U.S. Bankruptcy Court