**Spartan Group Holdings, LLC**
**SGH**
**A/P Detailed Aging excl interco - DP**
**As of January 31, 2024**

| Vendor | Subsidiary | Document N | Transaction | Transaction D | Date Due | Age | Current 1/30/2024 Open Balance | 1/30/2024 (30) Open Balance | 12/31/2023 (60) Open Balance | 12/01/2023 (90) Open Balance | pre 11/02/2023 (>90) Open Balance | Total Open Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vendor:V-2 | SGH | 12142024 | Bill | 12/14/2023 | 12/14/2023 | 48 | $0.00 | $0.00 | $3,344.65 | $0.00 | $0.00 | $3,344.65 |
| Vendor:V-2 | SGH | 9-664-5885 | Bill | 12/15/2023 | 12/30/2023 | 32 | $0.00 | $0.00 | $3.47 | $0.00 | $0.00 | $3.47 |
| Vendor:V-2 | SGH | 745279 | Bill | 12/15/2023 | 12/15/2023 | 47 | $0.00 | $0.00 | $440.18 | $0.00 | $0.00 | $440.18 |
| Vendor:V-2 | SGH | 600000048 | Bill | 12/15/2023 | 1/14/2024 | 17 | $0.00 | $831.48 | $0.00 | $0.00 | $0.00 | $831.48 |
| Vendor:V-2 | SGH | 9403 | Bill | 12/19/2023 | 1/18/2024 | 13 | $0.00 | $405.93 | $0.00 | $0.00 | $0.00 | $405.93 |
| Vendor:V-2 | SGH | 9399 | Bill | 12/19/2023 | 1/18/2024 | 13 | $0.00 | $812.94 | $0.00 | $0.00 | $0.00 | $812.94 |
| Vendor:V-2 | SGH | 9401 | Bill | 12/19/2023 | 1/18/2024 | 13 | $0.00 | $737.49 | $0.00 | $0.00 | $0.00 | $737.49 |
| Vendor:V-2 | SGH | 9400 | Bill | 12/19/2023 | 1/18/2024 | 13 | $0.00 | $909.30 | $0.00 | $0.00 | $0.00 | $909.30 |
| Vendor:V-2 | SGH | 9402 | Bill | 12/19/2023 | 1/18/2024 | 13 | $0.00 | $3,758.94 | $0.00 | $0.00 | $0.00 | $3,758.94 |
| Vendor:V-2 | SGH | 301286252 | Bill | 12/21/2023 | 12/21/2023 | 41 | $0.00 | $0.00 | $255.90 | $0.00 | $0.00 | $255.90 |
| Vendor:V-2 | SGH | 746119 | Bill | 12/22/2023 | 12/22/2023 | 40 | $0.00 | $0.00 | $440.18 | $0.00 | $0.00 | $440.18 |
| Vendor:V-2 | SGH | 9409 | Bill | 12/29/2023 | 12/29/2023 | 33 | $0.00 | $0.00 | $381.32 | $0.00 | $0.00 | $381.32 |
| Vendor:V-2 | SGH | 9408 | Bill | 12/29/2023 | 12/29/2023 | 33 | $0.00 | $0.00 | $301.71 | $0.00 | $0.00 | $301.71 |
| Vendor:V-2 | SGH | 746794 | Bill | 12/29/2023 | 12/29/2023 | 33 | $0.00 | $0.00 | $440.18 | $0.00 | $0.00 | $440.18 |
| Vendor:V-2 | SGH | 191488381 | Bill | 1/1/2024 | 1/31/2024 | 0 | $6,456.81 | $0.00 | $0.00 | $0.00 | $0.00 | $6,456.81 |
| Vendor:V-2 | SGH | 137132 | Bill | 1/1/2024 | 1/1/2024 | 30 | $0.00 | $4,444.16 | $0.00 | $0.00 | $0.00 | $4,444.16 |
| Vendor:V-2 | SGH | INV002727 | Bill | 1/1/2024 | 1/31/2024 | 0 | $2,503.60 | $0.00 | $0.00 | $0.00 | $0.00 | $2,503.60 |
| Vendor:V-2 | SGH | INV002689 | Bill | 1/1/2024 | 1/31/2024 | 0 | $21,277.29 | $0.00 | $0.00 | $0.00 | $0.00 | $21,277.29 |
| Vendor:V-2 | SGH | 373940K01 | Bill | 1/1/2024 | 1/31/2024 | 0 | $125.25 | $0.00 | $0.00 | $0.00 | $0.00 | $125.25 |
| Vendor:V-2 | SGH | 493779M20 | Bill | 1/1/2024 | 1/1/2024 | 30 | $0.00 | $61.25 | $0.00 | $0.00 | $0.00 | $61.25 |
| Vendor:V-2 | SGH | 36293 | Bill | 1/1/2024 | 1/31/2024 | 0 | $7,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,500.00 |
| Vendor:V-2 | SGH | 157643 | Bill | 1/2/2024 | 2/1/2024 | -1 | $512.00 | $0.00 | $0.00 | $0.00 | $0.00 | $512.00 |
| Vendor:V-2 | SGH | 279677 | Bill | 1/2/2024 | 1/2/2024 | 29 | $0.00 | $165.00 | $0.00 | $0.00 | $0.00 | $165.00 |
| Vendor:V-2 | SGH | 279794 | Bill | 1/2/2024 | 1/2/2024 | 29 | $0.00 | $405.00 | $0.00 | $0.00 | $0.00 | $405.00 |
| Vendor:V-2 | SGH | 279676 | Bill | 1/2/2024 | 1/2/2024 | 29 | $0.00 | $145.50 | $0.00 | $0.00 | $0.00 | $145.50 |
| Vendor:V-2 | SGH | 4311 | Bill | 1/3/2024 | 2/2/2024 | -2 | $479.17 | $0.00 | $0.00 | $0.00 | $0.00 | $479.17 |
| Vendor:V-2 | SGH | A353A56C | Bill | 1/4/2024 | 2/3/2024 | -3 | $85.00 | $0.00 | $0.00 | $0.00 | $0.00 | $85.00 |
| Vendor:V-2 | SGH | 01042024 | Bill | 1/4/2024 | 1/4/2024 | 27 | $0.00 | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 |
| Vendor:V-2 | SGH | 01042024 | Bill | 1/4/2024 | 1/4/2024 | 27 | $0.00 | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 |
| Vendor:V-2 | SGH | 01042024 | Bill | 1/4/2024 | 1/4/2024 | 27 | $0.00 | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 |
| Vendor:V-2 | SGH | 01042024 | Bill | 1/4/2024 | 1/4/2024 | 27 | $0.00 | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 |
| Vendor:V-2 | SGH | 00280209- | Bill | 1/5/2024 | 2/4/2024 | -4 | $1,467.70 | $0.00 | $0.00 | $0.00 | $0.00 | $1,467.70 |
| Vendor:V-2 | SGH | 00280209 ( | Bill | 1/5/2024 | 2/4/2024 | -4 | $1,467.70 | $0.00 | $0.00 | $0.00 | $0.00 | $1,467.70 |
| Vendor:V-2 | SGH | 45797031 | Bill | 1/5/2024 | 2/4/2024 | -4 | $807.91 | $0.00 | $0.00 | $0.00 | $0.00 | $807.91 |
| Vendor:V-2 | SGH | 158328DM | Bill | 1/10/2024 | 2/9/2024 | -9 | $400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $400.00 |
| Vendor:V-2 | SGH | 748146 | Bill | 1/10/2024 | 1/10/2024 | 21 | $0.00 | $125.00 | $0.00 | $0.00 | $0.00 | $125.00 |
| Vendor:V-2 | SGH | 01112024 | Bill | 1/11/2024 | 2/10/2024 | -10 | $848.84 | $0.00 | $0.00 | $0.00 | $0.00 | $848.84 |
| Vendor:V-2 | SGH | 01122024 | Bill | 1/12/2024 | 2/11/2024 | -11 | $13.96 | $0.00 | $0.00 | $0.00 | $0.00 | $13.96 |
| Vendor:V-2 | SGH | 319425794 | Bill | 1/13/2024 | 1/13/2024 | 18 | $0.00 | $5,061.20 | $0.00 | $0.00 | $0.00 | $5,061.20 |
| Vendor:V-2 | SGH | 0000B0673 | Bill | 1/13/2024 | 2/12/2024 | -12 | $54.15 | $0.00 | $0.00 | $0.00 | $0.00 | $54.15 |
| Vendor:V-2 | SGH | 3455-0 | Bill | 1/15/2024 | 2/14/2024 | -14 | $2,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,200.00 |
| Vendor:V-2 | SGH | 600000049 | Bill | 1/16/2024 | 2/15/2024 | -15 | $831.48 | $0.00 | $0.00 | $0.00 | $0.00 | $831.48 |
| Vendor:V-2 | SGH | 01172024 | Bill | 1/17/2024 | 1/17/2024 | 14 | $0.00 | $1,553.67 | $0.00 | $0.00 | $0.00 | $1,553.67 |
| Vendor:V-2 | SGH | 1789366 | Bill | 1/17/2024 | 2/16/2024 | -16 | $35,359.70 | $0.00 | $0.00 | $0.00 | $0.00 | $35,359.70 |
| Vendor:V-2 | SGH | 01252024 | Bill | 1/25/2024 | 2/24/2024 | -24 | $10.08 | $0.00 | $0.00 | $0.00 | $0.00 | $10.08 |
| Vendor:V-2 | SGH | 01262024 | Bill | 1/26/2024 | 2/25/2024 | -25 | $40.78 | $0.00 | $0.00 | $0.00 | $0.00 | $40.78 |
| Vendor:V-2 | SGH | 0000B0673 | Bill | 1/27/2024 | 2/26/2024 | -26 | $663.99 | $0.00 | $0.00 | $0.00 | $0.00 | $663.99 |
| Vendor:V-2 | SGH | 9418 | Bill | 1/30/2024 | 1/30/2024 | 1 | $0.00 | $1,101.40 | $0.00 | $0.00 | $0.00 | $1,101.40 |
| Vendor:V-2 | SGH | INV002777 | Bill | 1/31/2024 | 3/1/2024 | -30 | $871.14 | $0.00 | $0.00 | $0.00 | $0.00 | $871.14 |
| Vendor:V-2 | SGH | 012357046 | Bill | 1/31/2024 | 3/1/2024 | -30 | $41.80 | $0.00 | $0.00 | $0.00 | $0.00 | $41.80 |
| **Total** | | | | | | | **$84,018.35** | **$21,518.26** | **$5,607.59** | **$0.00** | **$0.00** | **$111,144.20** |

**Spartan Group Holdings, LLC**

**SGH**

# A/R Aging Summary excl interco - DP
# As of January 31, 2024

| Customer | Current | 01/01/2024 - 01/30/2024 (30) | 12/02/2023 - 12/31/2023 (60) | 11/02/2023 - 12/01/2023 (90) | Before 11/02/2023 (>90) | Total |
|---|---|---|---|---|---|---|
| | Open Balance | Open Balance | Open Balance | Open Balance | Open Balance | Open Balance |
| - No Customer/Project - | $0.00 | $0.00 | $0.00 | $32.32 | $0.00 | $32.32 |
| **Total** | **$0.00** | **$0.00** | **$0.00** | **$32.32** | **$0.00** | **$32.32** |

# Spartan Group Holdings, LLC
## SGH
## Balance Sheet
## End of Jan 2024

| Financial Row | Amount |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Bank** | |
|       **10000 - Cash & Cash Equivalents** | |
|         10002 - BOA SGH 0161 | $86.62 |
|         10010 - BMO - 4046785 | $10,087.60 |
|       **Total - 10000 - Cash & Cash Equivalents** | **$10,174.22** |
|     **Total Bank** | **$10,174.22** |
|     **Accounts Receivable** | |
|       12510 - AR - Cancom | $32.32 |
|       12600 - Intercompany Accounts Receivable | $93,057,209.59 |
|     **Total Accounts Receivable** | **$93,057,241.91** |
|     **Other Current Asset** | |
|       **12500 - Other Receivables** | |
|         12501 - Other Receivables - Other | $1,326.95 |
|         12508 - AR - Employees & Officers | ($323,150.26) |
|         12509 - N/R – Other – North Star | $44,918.00 |
|         12550 - NR-Peter Ashton | $679,185.00 |
|       **Total - 12500 - Other Receivables** | **$402,279.69** |
|       **15000 - Prepaid Expenses** | |
|         15002 - Prepaid Insurance | $271,754.23 |
|         15003 - Prepaid Other | $76,249.75 |
|       **Total - 15000 - Prepaid Expenses** | **$348,003.98** |
|     **Total Other Current Asset** | **$750,283.67** |
|   **Total Current Assets** | **$93,817,699.80** |
|   **Fixed Assets** | |
|     **17000 - Fixed Assets** | |
|       13011 - CIP-Other | $294,873.81 |
|       17005 - Computer Equipment | $29,101.84 |
|       17011 - NetSuite Software | $543,702.43 |
|       17012 - Land | $1,472,395.27 |
|     **Total - 17000 - Fixed Assets** | **$2,340,073.35** |
|     **17100 - Accumulated Depreciation** | |
|       17103 - A/D - Furniture & Fixtures | ($1,850.16) |
|       17105 - A/D - Computer Equipment | ($4,850.28) |
|       17108 - A/D - Software | ($155,071.22) |
|     **Total - 17100 - Accumulated Depreciation** | **($161,771.66)** |
|   **Total Fixed Assets** | **$2,178,301.69** |
|   **Other Assets** | |
|     12401 - AR Other Related Parties | $202,000.00 |
|     18001 - Investment In Subsidiaries | $30,000.00 |
|     19000 - Deposits | $66,530.86 |
|   **Total Other Assets** | **$298,530.86** |
| **Total ASSETS** | **$96,294,532.35** |
| **Liabilities & Equity** | |
|   **Current Liabilities** | |
|     **Accounts Payable** | |
|       21000 - Accounts Payable - Trade | $1,527,397.72 |
|       21600 - Intercompany Accounts Payable | $88,047,315.46 |
|     **Total Accounts Payable** | **$89,574,713.18** |

| Financial Row | Amount |
|---|---|
| **Credit Card** | |
|   **21002 - Accounts Payable Credit Cards** | |
|     21003 - Accounts Payable - Amex CC | $313,244.69 |
|     21004 - Accounts Payable - BMO CC | $46,849.43 |
|   **Total - 21002 - Accounts Payable Credit Cards** | **$360,094.12** |
| **Total Credit Card** | **$360,094.12** |
| **Other Current Liability** | |
|   **20000 - Current portion - debt** | |
|     20002 - Revolving Line of Credit | $13,348,293.74 |
|     20010 - Current Portion of LT Debt | $3,661.93 |
|   **Total - 20000 - Current portion - debt** | **$13,351,955.67** |
|   **22000 - Accrued Payroll Liabilities** | |
|     22002 - Healthcare & FSA | ($154,497.81) |
|     22003 - Dental & Vision | ($8,096.46) |
|     22004 - Life Insurance | $2,450.09 |
|     22005 - LTD/STD/Supplemental Insurance | $402.20 |
|     22010 - 401(k) Deferral & Loan | $792.54 |
|     22011 - 401(k) Match | ($4,947.74) |
|     22014 - Child Support | ($2,959.61) |
|     22019 - Accrued Employee Benefits | $150.99 |
|   **Total - 22000 - Accrued Payroll Liabilities** | **($166,705.80)** |
|   **23000 - Accrued Payroll Tax** | |
|     23000 - Accrued Payroll Tax | $1,796.16 |
|     23001 - Accrued Payroll Taxes - Fed W/H | ($59,691.84) |
|     23002 - Accrued Payroll Taxes - FUTA | ($93.50) |
|     23003 - Accrued Payroll Taxes - SUTA | ($1,304.89) |
|     23004 - Accrued Payroll Taxes - State WH | ($4,700.10) |
|   **Total - 23000 - Accrued Payroll Tax** | **($63,994.17)** |
|   23005 - Accrued Sales Tax | ($122.07) |
|   23009 - Accrued Other Taxes | ($4.12) |
|   23011 - Accrued Franchise Tax | ($8,650.00) |
|   23019 - Accrued Interest | $1,864,598.70 |
|   24000 - Accrued Other Expenses | ($57,116.94) |
|   **26000 - Short Term Debt** | |
|     26010 - Balance Mgmt, LLC-C6 | $562,592.11 |
|     26015 - Capital UT, LLC | $225,036.86 |
|     26025 - Short Term Loan | $229,000.00 |
|     26030 - Wave Advance | $916,665.34 |
|     26035 - Riverside Capital | $1,033,334.34 |
|     26040 - Diverse Capital | $1,202,142.00 |
|     26045 - Dynasty Capital | $320,000.00 |
|     26050 - Redston | $350,100.00 |
|     26055 - Eminent Funding | $171,003.60 |
|     26060 - Proventure Capital | $160,000.00 |
|     26065 - Legacy Capital-Panthers Capital Funding | $214,817.00 |
|   **Total - 26000 - Short Term Debt** | **$5,384,691.25** |
|   27014 - N/P L&P Rebar | $75,000.00 |
| **Total Other Current Liability** | **$20,379,652.52** |
| **Total Current Liabilities** | **$110,314,459.82** |
| **Long Term Liabilities** | |
|   **27000 - Long Term Debt** | |
|     27025 - NP-Smithville Land | $1,469,750.20 |
|   **Total - 27000 - Long Term Debt** | **$1,469,750.20** |
| **Total Long Term Liabilities** | **$1,469,750.20** |
| **Equity** | |
|   28001 - Member Contributions | $700,000.00 |
|   Retained Earnings | ($15,425,701.97) |
|   Net Income | ($763,975.70) |
| **Total Equity** | **($15,489,677.67)** |
| **Total Liabilities & Equity** | **$96,294,532.35** |

# Spartan Group Holdings, LLC
## SGH
## Income Statement
## Jan 2024

| Financial Row | Amount |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Gross Profit** | **$0.00** |
|   Expense | |
|     60000 - Headcount costs | |
|       60001 - Salaries - Supervision | $122,498.15 |
|       60003 - Salaries - Clerical | $2,532.54 |
|       60005 - Salaries - Other | $132,299.89 |
|       60008 - Employee Benefits | $3,606.70 |
|       60011 - Worker's Comp Insurance | $2,935.40 |
|     **Total - 60000 - Headcount costs** | **$263,872.68** |
|     70000 - Office Expenses | |
|       70007 - Data Processing - Maintenance | $32,210.24 |
|       70013 - Telecommunications | $1,656.75 |
|       70019 - Miscellaneous | $7,740.32 |
|       70020 - Bank Fees | $2,544.02 |
|       70021 - Outside Services | $831.48 |
|       70023 - Postage & Freight | $718.14 |
|     **Total - 70000 - Office Expenses** | **$45,700.95** |
|     70001 - Advertising & Business Development | $2,679.17 |
|     70009 - Data Processing-Software | $82,733.82 |
|     70010 - Interest Expense | $102,823.00 |
|     70098 - Professional Services | |
|       70014 - Legal | $715.50 |
|       70016 - Consulting | $55,000.00 |
|     **Total - 70098 - Professional Services** | **$55,715.50** |
|     70099 - Employee-related costs | |
|       70002 - Training | $7,500.00 |
|     **Total - 70099 - Employee-related costs** | **$7,500.00** |
|     80000 - Depreciation and Amortization | |
|       80003 - Depreciation - Equipment | $16,053.55 |
|     **Total - 80000 - Depreciation and Amortization** | **$16,053.55** |
|     80007 - Insurance - Other | $166,725.40 |
|     80097 - Facilities | |
|       70003 - Company vehicle | $1,201.55 |
|       80001 - Rent | $21,995.99 |
|       80011 - Utilities - Water | ($682.05) |
|     **Total - 80097 - Facilities** | **$22,515.49** |
|   **Total - Expense** | **$766,319.56** |
| **Net Ordinary Income** | **($766,319.56)** |
| **Other Income and Expenses** | |
|   Other Income | |
|     90002 - Other Income | $2,343.86 |
|   **Total - Other Income** | **$2,343.86** |
| **Net Other Income** | **$2,343.86** |
| **Net Income** | **($763,975.70)** |

# Spartan Group: Footnotes to January Monthly Operating Reports
*April 17, 2024*

1. Part 1e.: This reflects the net payments paid by or paid for another entity. A negative value indicates net payments have been made on behalf of another entity, whereas a positive balance reflects net payments have been made on the entity's behalf.
2. Part 2: Intercompany Receivables and Intercompany Payables have been removed which generates a different value for assets, liabilities, and equity from the balance sheet to more accurately reflect actual assets and liabilities.
3. Part 7a.: Payments for prepetition missed employee payrolls totaling $215,926 were paid by SGH.
4. Employees
    a. All employees are employees of Spartan Group Holdings, LLC ("SGH").
    b. Payroll is paid by SGH and the expense is allocated to each entity's P&L
    c. Debtors Full-Time Employees will show "0" on all other entities despite there being a payroll and wage expense on the Income Statement
5. Comingling of funds
    a. When funds are received by an entity other than SGH, they are remitted to SGH
    b. SGH pays vendors for benefit of that specific entity
    c. When funds are transferred to SGH, the remitting entity creates an intercompany receivable owed by SGH while SGH reflects the offset to the cash receipt as an intercompany payable
    d. When SGH pays an invoice on behalf of another entity, it's financials show a reduction to cash, which is offset by a new intercompany receivable
        i. By paying cash for benefit of such entity, it shows it is then owed that cash
        ii. Ultimately, this is netted out by intercompany payables to that entity
6. Balance Sheet
    a. Includes "intercompany Accounts Receivable" in assets and "Intercompany Accounts Payable" in liabilities
7. Income Statement
    a. "Other Income" is included in Part 4a., which may create differences when compared to Income Statement provided as a Supporting Document
8. Construction Trust Funds
    a. In certain instances, beginning in January 2024, certain customers of Spartan Reinforcing, LLC ("SR") and Spartan Concrete Construction, LLC ("SCC") directly paid SR's and SCC's vendors, including via joint check agreements.  SR and SCC reflected these payments in their books as reductions in accounts payable, but the books and these MORs do not otherwise treat direct payments as having been made by SR or SCC.